

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 3 1 2003

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GOODY'S FAMILY CLOTHING, INC.    ) | |
| ) | |
|     Plaintiff    ) | |
| ) | |
| vs.    ) | CIVIL ACTION FILE |
| ) | NO: 1:03-CV-0668 GET |
| CENTRAL SPRINKLER COMPANY a/k/a ) | |
| TYCO FIRE PRODUCTS, LP and    ) | |
| LIFE SAFETY, INC.    ) | |
| ) | |
|     Defendants    ) | |

## DEFENDANT CENTRAL SPRINKLER COMPANY'S EXPERT WITNESS DISCLOSURE PURSUANT TO FRCP 26(a)(2)

COMES NOW Defendant CENTRAL SPRINLKER COMPANY a/k/a TYCO FIRE PRODUCTS, LP (hereinafter "Defendant" or "Central Sprinkler"], and pursuant to Fed. R. Civ. P. 26(a)(2) discloses as follows:

Pursuant to Federal Rules of Evidence 702, 703 and/or 705 Defendants may present expert witness testimony from John G. O'Neil of the Protection Engineering Group PLC. Mr. O'Neil's Summary of Qualifications, statement of fees and list of cases in which he has testified as an expert in the past four years are attached as Ex. A. A copy of his report containing his opinions is attached hereto as Ex. B.

Respectfully submitted this 31st day of October 2003.

Timothy H. Kratz
Georgia Bar No. 429297
Jefferson M. Allen
Georgia Bar No. 010898
Attorneys for Defendant
Central Sprinkler Company

McGuireWoods LLP
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia  30309
Telephone:  (404) 443-5730
Facsimile:  (404) 443-5784

2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GOODY'S FAMILY CLOTHING, INC. | ) | |
| | ) | |
| Plaintiff | ) | |
| vs. | ) | CIVIL ACTION FILE |
| | ) | NO: 1:03-CV-0668 GET |
| CENTRAL SPRINKLER COMPANY a/k/a | ) | |
| TYCO FIRE PRODUCTS, LP and | ) | |
| LIFE SAFETY, INC. | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I HEREBY certify that I have served a copy of DEFENDANT CENTRAL SPRINKLER COMPANY'S EXPERT WITNESS DISCLOSURE upon counsel for all parties by hand delivery, addressed to:

Samuel S. Woodhouse, Esquire
Cozen O'Connor
SunTrust Plaza, Suite 2200
303 Peachtree Street, NE
Atlanta, Georgia 30308
Attorney for Plaintiff

This 31st day of October, 2003.

Jefferson M. Allen
Georgia Bar No. 010898

MCGUIREWOODS LLP
1170 Peachtree Street, N.E.
Suite 2100, The Proscenium
Atlanta, Georgia 30309
Telephone: (404) 443-5704

\\COM\283639.1

3



# EXHIBIT / ATTACHMENT

**(To be scanned in place of tab)**

*the*
**PROTEᴗ ʟON ENGINEERING**
GROUP, PC

# John G. O'Neill, P.E., FSFPE

**Education**

B.S. Fire Protection Engineering, 1969
University of Maryland
College Park, MD

**Registration**

Professional Engineer
* California

**Professional Affiliations**

* Fellow, Society of Fire Protection Engineers
* Member, National Fire Protection Association
* Chairman, NFPA Technical Correlating Committee on Automatic Sprinklers, NFPA 13, 13D, 13R, 16 & 24 Standards
* Former member of U.S. Technical Advisory Group to ISO on Fire Suppression Systems

**Specialty Fields**

A design professional with over 30 years of fire protection and life safety consulting engineering experience specializing in
* Fire protection system design
* Building/fire code and life safety analysis
* Fire protection system acceptance and testing
* Performance based design
* Fire modeling
* Forensic investigation and expert witness services.

## Summary of Qualifications

With over 33 years of specialized and directly applicable experience in the fire protection engineer field, Mr. O'Neill brings a widely diverse expertise in this field to the projects he is engaged in. He is a nationally recognized leader in the field of water based fire protection systems and, for the past six years, has been Chairman of the NFPA's Technical Correlating Committee on Automatic Sprinklers. Mr. O'Neill has extensive experience in the design and installation of sprinkler, standpipe and water supply systems, and other fire suppression systems, the application of building codes as they apply to fire protection systems, the evaluation and resolution of code compliance issues, the research and development of sprinkler related products, and direct experience in the investigation of fire related events. .

## *Representative Experience*

* **Fire Investigations/Expert Witness Support** - Conducted over 35 fire investigations and provided expert witness services regarding fire suppression systems including sprinkler/standpipe, foam-water, underground piping, gaseous and wet-chemical systems for a wide range of facilities and clientele.

* **Naval Air Station, Willow Grove, PA** - Provided expert witness services involving failure of fire protection water supply piping to a U.S. Navy hangar, Willow Grove Naval Air Station, PA

* **East Penn Manufacturing Company, PA** - Expert witness services regarding sprinkler system performance in a fire involving a large battery storage and distribution warehouse in Lyon Station, PA

* **Eagle Erie Conference Center, VA** - Investigation of fire suppression system failure in a commercial kitchen equipment fire at a conference center in Lynchburg, VA

* **Ford Motor Co. Assembly Plant, OH** - Expert witness regarding the performance of carbon dioxide fire suppression system in a fire involving an industrial paint spray operation.

1

- **New Orleans Distrib. .n Center, LA** - Expert witness regarding .eged failure of sprinkler systems and underground piping in a large warehouse fire.

- **Posey County Warehouse, IN – Linpac & GE Plastics** - Expert witness regarding the performance of sprinkler system and associated water supply at a large plastics manufacturing and storage facility fire in Mt. Vernon, IN.

- **Rigby Produce Warehouse, ID** – Expert witness regarding estimated performance of active fire protection systems in this non-sprinklered warehouse fire.  Provided code analysis regarding requirements for active fire protection systems.

- **U.S. Air Force Medical Center, Dayton, OH** - Expert witness involving contractor's claim for installation of fire sprinkler and fire alarm systems at U.S. Air Force Medical Center at Wright Patterson Air force Base. Client was the U.S. Army Corps of Engineers, Louisville, District

- **Atlanta Medical Center, GA** - Expert witness for alleged sprinkler system piping failure in a high rise medical center in Atlanta, GA

- **Sprinkler Forensic Investigations - Various Locations -** Forensic investigations and expert witness services regarding freeze related sprinkler systems failures and alleged non-fire related sprinkler activations in commercial, institutional and residential properties

- **VA Medical Center, Tuscaloosa, AL -** Expert witness regarding a contract claim centered on the sprinkler system installation in the VA Medical Center in Tuscaloosa, AL

- **National Park Service Training Centers –** Lecturer regarding fire protections systems criteria, installation, inspections, testing and maintenance for NPS facilities managers. Conducted training classes at NPS's Harpers Ferry, WV and Grand Canyon, AZ Training Centers

- **American Fire Sprinkler Association (AFSA) Instructor -** Prepared  lesson material and served as instructor for the American Fire Sprinkler Association Seminar on Automatic Sprinklers in the Building Codes – August, 2002

- **Andrews Air Force Base, Camp Springs, MD -** Project manager for investigation of hydraulic transient, surge related dedicated  fire suppression system failures, and design of system improvements to remediate surge problems at a flammable liquid bladder tank handling facility and hangar. Provided surge analysis and design of dedicated fire protection system modifications for the US Air Force One Maintenance Complex

- **National Library of Canada, Ottawa, Canada -** Consulting fire protection engineer to the National Research Council of Canada regarding full scale fire testing program and subsequent design of the retrofit installation of sprinkler, standpipe, and hose stations system in the stack areas of the National Archives and National Library of Canada.

- **British Aerospace Corporation, Dulles, VA -**  Project manager for fire protection/sprinkler system analysis and design for large rack storage warehouses for British Aerospace Corporation.

- **CVS Corporation, Petersburg, VA -**  Project manager for fire protection/sprinkler system analysis and design for large rack storage warehouse.

- **National Air & Space Udvar-Hazy Museum** – Project manager for fire protection performance based code analysis a. Ire suppression systems design for the ne. Smithsonian Institution $300 museum and restoration facility located at Washington Dulles Airport in Chantilly, VA

- **Main State Department, Washington, DC -** Project manager for the design of phased life safety improvements and fire and sprinkler systems in this 2.2 million sq-ft high-rise building.

- **World Building, Silver Spring, MD** – Project manager for design and construction technical supervision phased sprinkler, standpipe and fire pump and fire alarm evacuation system improvements at this high-rise office building in downtown Silver Spring

- **World Bank Headquarters, Washington, DC** – Project manager for retrofit design and construction technical supervision of a pre-action sprinkler system and associated fire detection and alarm system in the Bank's main data center in this high-rise office and conference center

- **Naval Surface Weapons Centers, VA and MD -** Project manager for the analysis and design of high speed fire suppression systems for munitions and propellant handling / manufacturing facilities at the Naval Surface Weapons Centers at Dahlgren, VA and Indian head, MD

- **The College of William and Mary, Williamsburg, VA -** Project manager for providing life safety/code analyses for the restoration and partial adaptive reuse of the historic (1697) Wren Building at the College of William and Mary. Project included use of computer fire modeling to help resolve life safety/exiting issues while preserving the historic fabric of the building

- **Patent Office Building Renovation, Washington, DC -** Project manager for the fire protection and security design for a $120M renovation and restoration project of the historic Patent Office Building, Washington, DC. Building houses the Museum of American Art and the National Portrait Gallery of the Smithsonian Institution

- **National Archives and Records Administration (Archives II), College Park, MD -** Principal-in-Charge for the fire protection consulting and design of the 1.75 million sq-ft, $200M National Archives II in College Park, MD. Project manager who developed innovative concepts for improved fire protection of 750,000 sq-ft of mobile compact shelving used for storage of archival collections. Developed testing plan and oversaw full scale fire testing program to validate concepts.

- **DOD Secured Facilities – Ft Meade & Brookmont, MD -** Project manager for sprinkler, fire pump, underground water piping, fire alarm, and life safety improvements at Department of Defense secured facilities including high-rise buildings, including projects up to $10M in construction costs

- **U.S. Air Force One Maintenance Complex, Andrews AFB, MD -** Project manager for hydraulic transient, surge/failure analysis of the dedicated fire suppression systems at this critical facility.

- **Headquarters, Sakhalin Energy Company, Yuzhno-Sakhalinsk, Russia -** Project manager for the design of sprinkler, fire pump, and fire alarm systems for a new high-rise office building in Yuzhno-Sakhalinsk, Russia as part of a design–build team. Systems included wet-pipe, dry pipe and pre-action systems designed to meet seismic zone 4 earthquake criteria

- **National Archives II – College Park, MD -** Project manager for water quality and metallurgical tests, study, design and construction management of a $1.4M sprinkler system corrosion repair and treatment project

- **U.S. Department of** ~~..e~~, **Washington, DC -** Project Manager ~~..~~ ihe design of sprinkler, fire pump and on-site fire protection water storage systems for the new U.S. Embassy in Lima, Peru and the U.S. Embassy Annex in Tegucigalpa, Honduras. This was part of a design-build effort.

- **Cleveland Hopkins International Airport (Continental Terminal), Cleveland, OH -** Project fire protection engineer and code consultant to the owner and design team for the new $80M Continental /Continental Express Airlines Terminal and underground passenger connector. Developed performance based life safety analysis for special egress requirements.

- **Construction Management Services (Issue Resolution), Various Locations and Firms -** Construction management support for resolution of issues involving fire rated construction and fire protection systems in over 30 multifamily residential, commercial and institutional buildings..

- **Industrial Facilities (Special Hazards) -** Project engineer for review of over 75 Special Hazard projects and associated suppression systems and safeguards at various locations in the Mid-Atlantic region for Factory Mutual Engineering District Office in Philadelphia, PA..

## Technical Papers, Articles, Reports Published

- National Bureau of Standards Reports:
    - "Fire Test of an Interstitial Steel Truss Floor-Ceiling assembly", 1972
    - "Fire Test of a Hospital corridor Wall Assembly," 1972
    - "Fire Tests of Stairwell – Sprinkler Systems," 1981

- Fast Response Sprinklers in Patient Room Fires, *Fire Technology,* November, 1981

- "Full-Scale Fire Tests and Development of Design Criteria for Sprinkler Protection of Mobile Shelving Units", *Fire Technology,* first quarter edition, 1994

- "Securing Our Nation's History with Improved Fire Protection," *Consulting Specifying Engineer,* may, 1995

- "Pumping Power", *Consulting Specifying Engineer,* May, 1997

- "Mist Opportunities", *Consulting Specifying Engineer,* August, 1997

**Prior Testimonies – I    ‹ 4 years**                                    **July 1, 2003**
**John G. O'Neill**

1.  The Haskell Company vs. Delta Fire Sprinklers, Inc

    American Arbitration Association – Case No. 33 110 000 46 98
    Retained by Defendant
    *Depositions – November 1998 and March 1999*

2.  Commerce and Industry Insurance Company vs. Grinnell Fire Protection Systems
    *et al*

    United States District Court, Eastern District of Louisiana- Case No. 97-0775
    Retained by Defendant
    Depositions – October 1999 and November 2000

3.  Ford Motor Company vs. Qsource Engineering et al

    Common Pleas Court Ohio, Hamilton County Case No. A-9503779
    Retained by Defendant
    Deposition – October 1998

4.  Charles Hart, Robin Hart, Yolande Caceres, and others vs. Central Sprinkler
    Company

    California Superior Court – Los Angeles County – Case No. BC 176727
    Retained by Defendant
    *Sworn Declaration – February 1999*

5.  Angelo Sangiacomo, Trinity Properties & Roy Smith and others vs. Central
    *Sprinkler Company*

    United States District Court – Eastern District – Case No. 99-CV-1500
    Retained by Defendant
    Sworn Declaration – October 1998

6.  Rigby Produce Company vs. Intermountain Gas Company et al

    State of Idaho – Seventh Judicial District – County of Jefferson –
    Case No. CV 00-818
    Retained by Defendant
    Deposition – July 2002

7.  New Hampshire Insurance Co. v. Linpac Plastics, Inc., et al

    United States District Court – Southern District of Indiana
    Case No. EV00 – 200 – C-Y /N
    Retained by Defendant
    Deposition – December 2002



the
PROTECTION ENGINEERING
GROUP, PLC

October 30, 2003

Mr. Jefferson M. Allen, Esquire
McGuireWoods, LLP
Suite 2100
1170 Peachtree Street, NE
Atlanta, GA 30303

**Goodys Family Clothing Stores vs Central Sprinkler Company, Life Safety Inc;**

Dear Mr. Allen:

My rate for all services for this case is $195 per hour. As of today, I estimate that I will have incurred 79 hours on this case plus approximately $805.00 in reimbursable expenses.

Please let me know if I can clarify anything.

Sincerely,

**The Protection Engineering Group, PC**

John G. O'Neill, P.E.
Vice President

Document4



# EXHIBIT / ATTACHMENT

## B

**(To be scanned in place of tab)**

*the*
## PROTECTION ENGINEERING
### G R O U P ,   P C

TECHNICAL INVESTIGATION REPORT

**FIRE PROTECTION SYSTEM LEAKAGES**
**GOODYS FAMILY CLOTHING STORES**
**PRINCETON, WV & FORT OGLETHORPE, GA**

Prepared By

The Protection Engineering Group, PC.
14325-F Willard Road
Chantilly, VA 20151

October 30, 2003

John G. O'Neill, P.E

14325-F Willard Road, Chantilly, VA 20151    PO Box 220407, Chantilly, VA 20153-0407
703-488-9990 · fax 703-488-9994

**Technical Investigation Report**                                      **October 30, 2003**
**Goodys Family Clothing Stores – Princeton, WV & Fort Oglethorpe, GA**

---

### 1.0 Introduction

Mr. John G. O'Neill, PE of The Protection Engineering Group, PC. (PE Group) has been engaged to review available information regarding alleged sprinkler discharges at Goodys Family Clothing Stores in Princeton, WV and Fort Oglethorpe, GA. The make and model of the sprinklers allegedly involved was a Central Sprinkler Company pendent sprinkler, Model No. ELO-16-GB-FR with identifying marks ELO64 804A. Sprinklers manufactured in 1999 and 2000 were installed in these stores and were allegedly involved in the discharges at Princeton, WV. Life Safety, Inc. installed the sprinkler systems at both stores.

Mr. O'Neill reviewed details of the sprinkler model, manufacturing and associated product standards and testing protocols, inspected sprinklers allegedly removed from the stores and taken into custody, and the reports and depositions of the plaintiff's experts in order to determine in his opinion, within a reasonable degree of fire sprinkler engineering certainty, what caused and contributed to the activation and discharge of the sprinklers.

The analysis and findings contained herein are based on information obtained by and made available at the time of this report. The author reserves the right to add to or modify this report if new information becomes available.

### 2.0 Findings

- No evidence or analysis has been presented to support an opinion that manufacturer's defects resulted in the alleged sprinkler discharges.

- Sprinklers allegedly involved in the discharges at the Fort Oglethorpe, GA were not made available for examination to either Mr. Wright, the plaintiff's expert charged with investigating these incidents, or Mr. O'Neill

- One of the sprinklers allegedly involved in the Princeton, WV incidents was not retained by Mr. Franck, the plaintiff's expert charged with investigating these incidents, and was not made available for inspection by Mr. O'Neill

- Two sprinklers that allegedly activated in the Princeton, WV store showed signs that an improper wrench had been used to install the sprinklers. Use of an improper wrench does not follow Central Sprinkler Company's installation guidelines and can cause damage to the sprinkler due to slippage and improper torque during installation. One sprinkler showed signs of impact damage that could have occurred during the handling and installation of the sprinkler.

- Physical damage to sprinklers during or after installation is a widely known cause of accidental sprinkler activations to include activations after the sprinklers had been installed over time.

## 3.0 Reviewed Documentation

The following documents were reviewed in conjunction with this investigation:

- Report by Advanced Engineering Associates, Inc., dated June 22, 2001, Sprinkler Discharge at Goodys Family Clothing Store #323.

- Report by FPE Forensics, PSC dated September 10, 2003, Water Leak Origin and Cause; Goody's Family Clothing, Inc.; Fort Oglethorpe, GA.

- Deposition of Harold E. Franck, October 10, 2003; Goody's Family Clothing, Inc vs. Central Sprinkler Company a/k/a Tyco Fire Products, LP and Life Safety, Inc.

- Deposition of T. Steven Wright, October 14, 2003, Goody's Family Clothing Inc vs, Central Sprinkler Company a/k/a Tyco Fire Products, LP and Life Safety, Inc.

- Central Sprinkler Company Technical Data Sheet ELO-16 GB FR OH 1-95.

- Quality Plan, Plan No. QIP-45GB, Glass Bulb Sprinklers, Central Sprinkler Company, dated 4-29-99.

- Quality Plan, Plan No. QIP-43GB, Glass Bulb Sprinklers, Central Sprinkler Company, dated 8-9-99.

- Underwriters Laboratories – Standard 199, Automatic Sprinklers including revisions up to October 1998.

- Underwriters Laboratories – Listing Report for Central Sprinkler Company Model ELO-16-GB-QR sprinklers issued 12-9-93 and updated 4-10-97, 3-26-99, and 1-9-02.

- Underwriters Laboratories Follow-up Service Procedures issued 9-1-98, 10-5-98 and revised 4-9-99, 5-4-99, 1-27-00, and1-23-01.

Technical Investigatic  Report                                   October 30, 2003
Goodys Family Clothi..  Stores – Princeton, WV & Fort Ogl...orpe, GA

---

- Factory Mutual Research Approval Reports, including modifications, Model ELO-16-GB FR sprinklers prepared for Central Sprinkler Company, dated 7-24-94, 11-2-94, 2-26-97, 2-28-97 7 3-31-97.

- National Fire Protection Association (NFPA) 13 – 1999 Edition – Standard for Installation of Sprinkler Systems.

- Fleming, R., "Unexpected Discharge of Fire Sprinklers", NFPA Journal, November/December 2000

- Sprinkler Tech Notes, November / December 1999, National Fire Sprinkler Association.

## 4.0 Background

Princeton, WV Store

Information regarding the alleged discharges at this location was obtained from the report and deposition of Mr. Harold Franck, PE. of Advanced Engineering Associates, Inc.(Advanced Engineering). The system was installed in June 2000 by Life Safety Incorporated (Life Safety) of Lafayette, AL.  Life Safety installed what was reported as ELO 64 sprinklers, manufactured by Central Sprinkler Company. (This model sprinkler is a Model ELO-16 GB FR sprinkler with a 0.64 in orifice size. A copy of the manufacturer technical data sheet is enclosed as an appendix to this report.)

The first sprinkler that reportedly operated was on September 15, 2000, before the store had opened.  The location was reported as unknown.  One sprinkler reportedly operated on March 13, 2001 in "the boys area" and two sprinklers, reportedly operated on June 3, 2001, one "near the customer service area" and one "in the juniors area."  No times of the day were reported as to when the alleged activations occurred.  There were apparently some problems with the fire alarm system sounding an alarm, but no information was provided.  The sprinkler system was required by the applicable installation standard, to have a means to indicate water flow alarm when a sprinkler activates.  The photos in the Advanced Engineering's report indicate that the flow alarms were connected to the fire alarm system.

All of the sprinklers in the store were reportedly replaced on June 4, 2001.

Mr. Franck testified that he first went to the site on June 7, 2001. He was shown a box of sprinklers reportedly removed the day after the June 3, 2001 discharge. He testified that he had no information about how the sprinklers were placed in the

box, and he was shown which sprinklers allegedly discharged. He did not observe the sprinklers that allegedly discharged on June 3 in their installed locations. He found three sprinklers in the box of sprinklers allegedly removed on June 4, 2001, in which the glass bulbs appeared to be intact, but with no fluid.

Fort Oglethorpe, GA Store

Information regarding the alleged sprinkler discharges at this location was obtained from the report and deposition of Mr. T. Steven Wright, P.E. of FPE Forensics, PSC. He obtained his information from telephone interviews with Mr. Dan Arnold, Seneca Engineering, who reportedly visited the site on October 18, 2000 and Ms Sheila Evans, a Goodys Store employee.

Mr. Wright reported that two discharge incidents involved Model ELO-GB-16 FR sprinklers manufactured by Central Sprinkler Company. The incidents were reported to have occurred on October 11, 2000 and on April 8, 2001. Mr. Wright did not visit the site where the alleged discharges had occurred. The two sprinklers allegedly involved in these incidents were not provided to Mr. Wright for examination, and in his testimony he could not confirm their disposition. Mr. Wright reported that he was informed that all of the sprinklers had been removed from the store following the April 8, 2001 incident. Sprinklers that allegedly been removed were delivered to Mr. Wright on September 5, 2003; however, they did not include the two sprinklers that allegedly operated. He testified that another investigation firm, ATS from Atlanta had shipped the sprinklers to Mr. Wright.

**5.0 Inspection of Sprinklers**

Mr. O'Neill visited the Advanced Engineering Associates office on October 3, 2003 to inspect sprinklers removed from the Princeton, WV store that were in the custody of Mr. Franck, and the sprinklers allegedly removed from the Fort Oglethorpe, GA store that were in the custody of Mr. Wright.

Mr. Franck displayed four sprinklers that he had retrieved from the Princeton location. They included the sprinkler that allegedly operated on 3-13-01, one that allegedly operated on June 3, 2001, a sprinkler with an intact glass bulb with no fluid, and a sprinkler that had not activated and had been removed from the system, and that Mr. Franck stated was representative of the sprinklers originally installed and that had not actuated.

Mr. O'Neill noted that one of the sprinklers that allegedly operated at the Princeton store on 3-13-01 had an escutcheon attached to it that was manufactured by Viking Sprinkler Company. It had a tag that stated, "For use with Viking Model M commercial sprinkler." The escutcheon was dented indicating it had been

dropped or hit by some solid object. The part of the escutcheon that had the impact damage was the part that would be concealed in the ceiling, so the impact could could have occurred prior to or during the installation of the sprinkler.

The two sprinklers that had allegedly activated and the one with the fluid missing from the bulb all showed signs of physical impact and that an improper wrench was used to install the sprinklers. The sprinkler that was completely intact and reportedly representative of the sprinklers removed from store showed no sign of an improper wrench being used and had only a minor scratch on one side of the sprinkler frame.

The sprinklers that Mr. Wright brought for inspection included five sprinklers shown in his report where the glass bulbs were intact and fluid was missing, and where Mr. Wright had detected minute cracks in the glass bulbs. All of the sprinklers he had brought for inspection were ELO-16-GB-FR sprinklers, manufactured in 1999 or 2000.

In addition to the ones noted above and described in his report, the following sprinklers were presented:

- Seven manufactured in 2000, all with the glass bulbs and caps missing

- Three manufactured in 1999, all with the glass bulbs missing and caps still in place

- Seven manufactured in 1999, all with glass bulbs and caps missing

- Bag containing six sprinklers, all with glass bulbs missing, five with caps still in place and one with cap missing and one cap in the bag

- Bag containing 14 caps and Belleville springs (from cap assemblies), three broken glass bulbs

In addition, Mr. Wright presented 43 intact sprinklers, i.e., that had the glass bulbs and cap assemblies still in place. Only seven of the 43 sprinklers showed signs on the wrench boss of possible use of an improper wrench to install or remove the sprinklers. Many sprinklers showed signs of fluid stains on the frames indicating the fluid from broken glass bulbs from other sprinklers had spilled on these sprinklers.

Mr. Wright testified that the sprinklers as noted above were as he had received them. It is obvious that the sprinklers noted above where the bulbs were broken and cap assemblies still in place were damaged in the process of removal and do

not represent the condition of the sprinklers as installed. Further, Mr. Wright had
no knowledge that the five sprinklers described in his report and noted above
represented the conditions of those sprinklers as installed or that the damage to the
glass bulbs occurred in the process of removal.

## 6.0 Review of Harold Franck's (Advanced Engineering Associates, Inc.) Report and Deposition

Two site visits were reportedly made in conjunction with Advanced Engineering's
investigations of the sprinkler activations. Mr. Franck testified that he first visited
the site on June 7, 2001. He returned to the site on June 13 and made ceiling
temperatures and air velocity anemometer measurements. He concluded that air
movement and ceiling temperatures were considered normal.

Mr. Franck included a photo in his report of three sprinklers, allegedly removed
from the system, in which the fluid in the glass bulb fusible elements was missing.
He testified that these sprinklers were in boxes along with other sprinklers
allegedly removed from the system after the June 3, 2001 incident. He was shown
three sprinklers that were reported to him as having discharged in the two
incidents. Mr. Franck did not observe any of the sprinklers removed from the
system in their installed locations, including the three sprinklers that allegedly
operated and the three sprinklers with glass bulbs in place with no fluid.

Mr. Franck testified that he did not review the Central Sprinkler installation
guidelines for this sprinkler and had no knowledge of the procedures implemented
by Life Safety, Inc regarding the handling and installation of these sprinklers. He
had not noted that escutcheon on one of the sprinklers that allegedly operated was
from a different manufacturer, Viking Sprinkler Company, and did not note that
the Central technical guideline requires the use of an Central Sprinkler escutcheon,
specified for this model sprinkler. He testified that he had not noted the tag on the
Viking escutcheon that stated it was to be used with Viking Model M sprinklers,
which were not the sprinklers installed.

He further testified that he had not reviewed any Central Sprinkler quality control
and final testing protocols for manufactured sprinkler products, and he had not
reviewed the UL or FM product standards under which the ELO-GB-16 sprinklers
are tested and listed .

He concluded that the physical evidence indicated that the sprinkler discharges
were caused by the loss of the 'alcohol" (fluid in the glass bulb) and that the
sprinklers were defective.

Mr. Franck's analysis is incomplete, and his conclusion is flawed, and cannot be
supported based on these reasons:

**Technical Investigatio' Report**                              **October 30, 2003**
**Goodys Family Clothing Stores – Princeton, WV & Fort Ogl...orpe, GA**

---

- The fluid in the glass bulbs of this make and model sprinkler does not contribute to the load bearing capabilities of the glass bulb. The glass bulb in combination with the screw in the frame and the cap/seal mechanism over the orifice are designed and manufactured to hold the cap in place.

- Mr. Franck's conclusion fails to recognize that role of the fluid is to expand when the fluid reaches the activation temperature (in this case, 155°F) and shatter the glass bulb, thereby allowing the cap over the orifice to release and allow water to flow.

- Mr. Franck's conclusion does not indicate at what point, in his opinion, the sprinklers became defective.

- He did not investigate any factors that could have resulted in the loss of fluid in the glass bulbs such as minute fractures caused by mishandling or impact during the installation. Further, he could not confirm that the fluid was missing from the bulbs of these sprinklers prior to their removal.

- He did not review the Central Sprinkler's technical data and installation instructions and determine if the cautionary guidelines on storing of sprinklers before installation, use of proper wrenches and proper handling of sprinklers were followed by the installer.

- He did not determine whether a hydrostatic test of the completed system at this site was completed and independently witnessed by the installing contractor at the time of installation, as required by the applicable installation standard, NFPA 13.

- Mr. Franck offered no information regarding the working sprinkler system pressures that were imposed on the sprinklers at the times of the alleged activations.

- He noted that there were problems with the fire alarm notification system but did not indicate the impact of those problems on a timely notification and response to the alleged sprinkler activations.

### 7.0 Review of Steven Wright's Report and Deposition

Mr. Wright concluded that the sprinklers that allegedly operated were caused by either manufacturing defect or damage during the handling and installation of of the sprinklers by Life Safety, Inc.  <u>However, Mr. Wright testified that he was not provided for examination the sprinklers that allegedly activated.</u>

Technical Investigatio` ⁀Report                                          **October 30, 2003**
Goodys Family Clothi.ₙ.g Stores – Princeton, WV & Fort Ogl.._.orpe, GA

_____

Mr. Wright`s his conclusion that a manufacturing defect was a possible
cause has no technical basis for these reasons:

- Mr. Wright did not note in his report, as he later testified , that he was not  given
  the sprinklers that allegedly operated and he did not have the opportunity to
  examine them.

- Mr. Wright should have identified that a possible cause as the
  sprinklers being directly hit and damaged, thereby causing the sprinklers
  to discharge.

- He testified that he did not review testing protocols in the UL and FM
  product standards under which the ELO -16 GB FR sprinklers are
  listed.

- Mr. Wright  did not consider the rigorous testing protocol required in these
  standards to assure the integrity of listed sprinklers under conditions where
  the sprinklers are installed in accordance with Central Sprinkler's guidelines,
  and normal service conditions.

- Mr. Wright testified that he did not attempt to review Central Sprinkler
  quality control procedures for the ELO -16 GB FR sprinklers.

- In his report where he describes in detail the small cracks in the glass bulbs
  of five sprinklers to include those where the fluid was missing, he failed to
  mention that these were among numerous sprinklers he received from the site to
  include those where the glass bulbs had been completely broken when the
  sprinklers were removed, or in the handling of the sprinklers, after they had been
  removed from the system.

- No basis was given in his report or in his deposition that these five sprinklers had
  the cracked bulbs n their installed state, prior to their removal from the system.

## 8.0 Sprinkler Specifications and Product Tests

The Central Sprinkler Company Model ELO – 16 GB FR sprinkler is listed by
Underwriters Laboratories (UL), and approved by Factory Mutual (FM) for
installation in fire protection sprinkler systems.  Sprinklers which obtain these
listings and approvals must pass a rigorous testing protocol, which not only tests
the fire suppression capabilities of the sprinklers but also the ability of the
sprinkler to maintain their integrity over the service life of the sprinklers, which is
minimum 20 years.  UL Standard 199, the standard that defines the testing

**THE PROTECTION ENGINEERING GROUP, PC**

protocol for automatic fire sprinklers, includes several tests to assure that the sprinkler will not operate under various service conditions. The protocol includes rigorous vibration and impact tests. Following exposure to these tests, the sprinklers must maintain their integrity while tested to pressures over 400 psi. There is no indication that the activated sprinklers failed any of the required tests.

The introduction of quick response sprinklers nearly 20 years ago included fusible elements with a lower mass than standard response sprinklers. Therefore, UL introduced another test to assure these sprinklers would also maintain their integrity. A "rough usage test" was added to the protocol where a sample sprinkler is placed in a drum with 5 hardwood cubes and the drum is rotated at a rate of one revolution per second for 3 minutes. The test is repeated for a total of five sample sprinklers. To pass this test, all 5 samples must than pass the "leakage test ", which requires the sprinkler to withstand an internal hydrostatic test of 700 psi.

The Central Model ELO – 16 GB FR sprinkler has successfully passed this "rough usage" test as well as all of the other tests, including the vibration and impact tests set in UL 199. The sprinkler has also met the approval processes of FM, an internationally recognized testing laboratory that has similar testing protocols.

The Quality Plans maintained by Central Sprinkler Company focus on assuring that all manufactured sprinklers meet the same standards as set in the above mentioned testing laboratory standards. Among the various quality tests, each sprinkler is visually inspected and tested to an internal hydrostatic pressure of 500 psi before it leaves the factory. This test is done even though this sprinkler is intended for use in sprinkler systems with maximum working pressures of 175 psi, as clearly stated in the Data Sheet. Each sprinkler is visibly checked and the sprinklers are packed separately in corrugated cardboard boxes with clearly marked instructions on the outside, to handle with care and to avoid storing sprinklers in cool and dry areas.

In order to maintain the above-mentioned laboratory listings and approvals, the sprinklers are subject to periodic follow-up examinations by these laboratories.

The importance of proper handling of sprinklers and use of proper wrenches in the installation of sprinklers available from all sprinkler manufacturers has been well documented in industry publications.

Russell Fleming, PE, Executive Vice President of Engineering for the National Fire Sprinkler Association (NFSA) published an article in the National Fire Protection Association (NFPA) Journal regarding unexpected discharges of automatic sprinklers. Mr. Fleming noted that likelihood of an automatic sprinkler operating in the absence of a fire has historically been one per year for every 16 million sprinklers in use. He indicated that when discharges occur in the absence of a fire, **"Typically, such discharges are the result of inadvertent overheating,**

---

*freezing, mechanical damage, corrosion, or sabotage." Fleming emphasized that
sprinklers be handled carefully during installation and stated that if a sprinkler
is hit the unit may be damaged or the parts may separate.  He further stated that
"Obviously a large force can open a sprinkler immediately, <u>but a smaller force
can do the same thing over time."</u>*

Further, an NFSA sprinkler industry  publication, *NFSA Tech Notes,* in its
Nov/Dec, 1999 edition, *emphasized* the need for the use of proper wrenches to
install all types of sprinklers from all manufacturers, and the possible
consequences of not using proper wrenches on glass bulb sprinklers.  It stated,
*"Wrenches provided by the manufacturers are specially designed to reduce the
possibility of slippage from the wrench boss during installation since such
slippage can damage the sprinklers.  The damage may not be immediately
obvious, but can result in inadvertent operation months later.  In the case of
glass bulb sprinklers, wrench slippage can crack a bulb tip and result in the loss
of the fluid over time, preventing proper operation.  Appropriate wrenches are
specified in the sprinkler product literature."*

## 9.0 Analysis

The rigorous testing protocols in the sprinkler product standards and testing
procedures assure that sprinklers will not operate except when exposed to high
temperatures at the rating of the sprinklers or when the fusible element is directly
impacted by an external force, such as dropping the sprinkler during installation or
use of an improper wrench, all of which simply defeat the structure of the element.
The impact may cause minute fractures to the glass bulbs that can result in the loss
of the fluid and weakening of the glass bulb structure over time.

The final pressure test of 500 psi for each sprinkler assures that any possible defect
in the ability of the sprinkler to withstand normal maximum working static
pressures would have been identified prior to the sprinklers leaving the factory.

The visual inspection assures that any glass bulb sprinklers without fluid would be
rejected and not packaged and sent from the factory.

Since Mr. Wright did not have the opportunity to inspect the sprinklers that
allegedly operated, he could only speculate on what were possible causes of the
alleged activations at the Fort Oglethorpe, GA store.  He offered no analysis or
basis for his opinion that manufacturing defect could have been one of the reasons
for the alleged activations.

The two sprinklers that allegedly activated at the Princeton, WV store, did show
signs that an improper wrench was used to install the sprinklers.  The proper
wrench as stated in the Central Sprinkler installation instructions and as shown in

the appendix fits tightly to the wrench boss and is designed to minimize the chance of slippage. The wrench boss is just above the orifice of a sprinkler and is sized and designed to match the appropriate wrench to the sprinkler and to absorb the recommended torque to be applied during the installation of the sprinkler to the threaded pipe outlet, Further, the impact damage to the escutcheon on the sprinkler that allegedly operated on 3-13-01 could have occurred during the handling prior to and during installation of the sprinkler at this site.

One of the sprinklers that allegedly activated on June 3, 2001 was not retained by Advanced Engineering and was not made available for examination by Mr. O'Neill.

The use of an escutcheon from a different manufacturer on the sprinkler from the Princeton, WV store is evident that basic, clearly identified installation instructions were not followed in the installation of the sprinklers by Life Safety, Inc. This obvious error is indicative of poor quality control procedures in the handling and installation of the sprinklers at this site. The Central Sprinkler technical guideline and installation instructions clearly indicate that a specific type of escutcheon manufactured by Central must be used with the ELO-16-GB FR sprinkler. Further, it states that the reasons for this warning are that the response and spray distribution of the sprinkler could be adversely affected. The use of an escutcheon that is part of the listed sprinkler assembly is required by NFPA 13, the applicable installation standard at these locations.

## 10.0   Conclusions

- No analysis or technical basis has been presented to substantiate the opinion that manufacturing defects could have been a cause of the alleged activations at the Fort Oglethorpe, GA store. The sprinklers that allegedly discharged were not made available to either Mr. Steven Wright, the plaintiff's expert, nor Mr. O'Neill for examination.

- No analysis or technical basis has been presented to substantiate the opinion that a manufacturing defect was the cause of the alleged sprinkler activations at the Princeton, WV store. Mr. Franck did not consider the installation instructions to include the use of proper wrenches in his investigation, and the impact damage evident with one of the sprinklers.

- The two sprinklers that allegedly activated at the Princeton, WV store, and that were made available for examination by Mr. O'Neill, showed signs of physical impact damage and that an improper wrench was used to install them. Also, there is clear evidence that Central Sprinkler installation instructions were not followed during this installation, since an improper

**Technical Investigatio⌐ ⌐eport**                                    **October 30, 2003**
***Goodys Family Clothi⌐g Stores – Princeton, WV & Fort Ogl⌐.⌐orpe, GA***

escutcheon from a different manufacturer was installed with the sprinklers. The intact sprinkler that had not activated and that was reported to be representative of the remaining intact sprinklers removed from store showed no signs of physical impact damage and no sign that an improper wrench had been used to install it.

- Given all of the available information discussed above, and considering the rigorous product standards testing protocols and the Central Sprinkler quality control plans, there is no evidence to show that a manufacturing defect was the cause of the alleged sprinkler discharges. Rather, the most likely cause of the alleged discharges was improper handling and / or of use improper wrenches during the installation of the sprinklers.

The author reserves the right to supplement or modify this report if additional information becomes available.

Technical Investigation Report                                    October 30, 2003
Goodys Family Clothing Stores – Princeton, WV & Fort Oglethorpe, GA

---

## Appendix

- Central Sprinkler Company Technical Data Sheet ELO-16 GB FR OH1-95

- Photographs of sprinklers taken from Princeton and Fort Oglethorpe stores

- Photographs of exemplar wrenches recommended by Central Sprinkler Company for the ELO-16 GB FR sprinkler, recessed and pendent

- Underwriters Laboratories  - Standard 199, Automatic Sprinklers including revisions up to October 1998

- Quality Plan, Plan No. QIP-43GB, Glass Bulb Sprinklers, Central Sprinkler Company, dated 4-29-99

- Quality Plan, Plan No. QIP-45GB, Glass Bulb Sprinkers, Central Sprinkler Company, dated 8-9-99

- NFPA 13 -99 edition, sections 3-2.7.2 & 10-2.2



# EXHIBIT / ATTACHMENT

**(To be scanned in place of tab)**

Case 2:08-cv-00668-GET Document 20-1 Filed 10/01/03 Page 28 of 150

# ELO-16 GB FR

**Extra Large Orifice**
**Fast Response**
**Extended Coverage Ordinary Hazard**
Upright, Pendent and Recessed Pendent Glass Bulb
Automatic Sprinkler

Manufactured by: Central Sprinkler Company
451 North Cannon Avenue, Lansdale, Pennsylvania 19446



OPTIMA



## Product Description

The Central Model ELO-16 GB FR Extra Large Orifice Automatic Glass Bulb Upright, Pendent and Recessed Pendent Sprinklers are designed for Extended Coverage spacing in Ordinary Hazard occupancies per NFPA 13 with very low pressure required.

The ELO-16 GB FR (upright and pendent) is the first extended coverage ordinary hazard sprinkler ever Approved by Factory Mutual. As with any project that requires Factory Mutual Approval, always consult the F.M. Guidelines for their specific requirements.

The Model ELO-16 GB FR incorporate a specially designed deflector that provides a much greater area of coverage than most commercial sprinklers. The extra large orifice allows this greater area of coverage, while requiring much lower pressure.

The ELO-16 GB FR are intended for use, as all extended coverage sprinklers are, with hydraulically designed systems and using the flows and pressures as shown in this brochure. For example, 17'-6" x 15'-0" spacing would be calculated at the Listed 18' x 18' flow and pressure.

**Operation:** *The glass bulb capsule operating mechanism contains a heat-sensitive liquid that expands upon application of heat. At the rated temperature, the frangible capsule ruptures, thereby releasing the orifice seal. The sprinkler then discharges water in a pre-designed spray pattern to control or extinguish the fire.*

**Installation Limitations:**
- Unobstructed or non-combustible obstructed construction*
- Minimum hydraulic design area of 5 heads or 1500 sq. ft., whichever is greater.
- Minimum spacing between sprinklers is 12' for upright and 12'-6" for pendent.

\* *WEB members of open WEB trusses must not exceed 1" diameter. Maximum ceiling slope of 2° per foot.*



## Technical Data

Model: ELO-16 GB FR
Style:  Upright, Pendent and Recessed Pendent
Escutcheon:  Model ELO Recessed (2-piece)
***Note: For the recessed configuration, only the Model ELO Recessed 2-piece Escutcheon may be used. Substitution of other "recessed" escutcheons may impair the operating sensitivity and distribution pattern. For the pendent version, non-recessed escutcheons such as the Model 401 may be used, but are not required.***
Wrench:  ELO/ESLO/ESFR Combination (upright and pendent) Part #1073
         ELO Offset (recessed pendent) Part #1092
Orifice Size: 0.64" *(16.3 mm)* (ELO)
K-Factor: 11.4 *(163.02)*
Thread Size: ¾" N.P.T. *(19.1 mm)*
Temperature Rating & Glass Bulb Color:

| | | |
|---|---|---|
| Ordinary | 155°F/68°C | Red |
| Intermediate | 200°F/93°C | Green |
| High | 250°F/121°C | Blue |

Approvals: U.L., **F.M.
*\*\*Upright & Pendent only, not recessed pendent.*
Maximum Working Pressure: 175 psi
Factory Hydro Test: 100% at 500 psi
Standard Finishes: brass, chrome plated
Decorative Coatings *(F.M.)*: white or black painted
Corrosion-Resistant Coatings *(F.M.)*: wax, lead, wax-over-lead
Corrosion-Resistant Coatings *(U.L.)*: white or black painted
Escutcheon: brass, chrome plated, white or black painted
Length: 3⅛" *(7.94 cm)*
Width: 2" *(5.08 cm)*
Weight: 5.0 oz. *(142 grams)*



# Quick Response Extended Coverage Ordinary Hazard Upright, Pendent & Recessed Pendent Sprinkler

## ELO-16 GB FR Extended Coverage Ordinary Hazard Upright

## ELO-16 GB FR Extended Coverage Ordinary Hazard Pendent



1" x 3/4" Reducing Coupling

ELO .64

3 1/8"

2" Diameter

ELO .64

2 3/8" (Ref.)

3 1/8"

1 7/8" Diameter

Note: Central's Model 65 or 401 escutcheon may be used. When using Central's Model 65 escutcheon, the face of R.C. is to protrude 1/8" ±1/16" beyond the finished ceiling line.

## ELO-16 GB FR
## Extended Coverage Ordinary Hazard Recessed Pendent



1" x 3/4" Reducing Coupling

Face of Reducing Coupling

3/8" Min.
1 1/8" Max.

1/8"

ELO .64

Finished Ceiling Line

Model ELO (2-piece) Recessed Escutcheon

2 1/4" Dia. Min.
2 3/4" Dia. Max.
3 1/4" Diameter



# Design Data

## For FM Projects

**Consult the Factory Mutual Guidelines for specific Factory Mutual requirements if Factory Mutual Approval is required.**

### Design Requirements — Commercial Extended Coverage Applications
**Ordinary Hazard, Group 1, Density 0.15 GPM/ft² - NFPA 13 1991**
Minimum Distance From Deflector to Top of Commodities is 18".

| Spacing Between Sprinklers | Maximum Location From Any Wall | Minimum Design Flow per Sprinkler *(gpm)* | Minimum Design Pressure per Sprinkler *(psi)* |
|---|---|---|---|
| 14 x 14 feet (196 sq. ft.) | 7 feet | 29.4 | 6.7 |
| 16 x 16 feet (256 sq. ft.) | 8 feet | 38.4 | 11.3 |

### Design Requirements — Commercial Extended Coverage Applications
**Ordinary Hazard, Group 1, Density 0.16 GPM/ft² - NFPA 13 1989 or earlier**
Minimum Distance From Deflector to Top of Commodities is 18".

| Spacing Between Sprinklers | Maximum Location From Any Wall | Minimum Design Flow per Sprinkler *(gpm)* | Minimum Design Pressure per Sprinkler *(psi)* |
|---|---|---|---|
| 14 x 14 feet (196 sq. ft.) | 7 feet | 31.4 | 7.6 |
| 16 x 16 feet (256 sq. ft.) | 8 feet | 41.0 | 12.9 |

### Design Requirements — Commercial Extended Coverage Applications
**Ordinary Hazard, Group 2, Density 0.19 GPM/ft² - NFPA 13 1989 or earlier**
Minimum Distance From Deflector to Top of Commodities is 18".

| Spacing Between Sprinklers | Maximum Location From Any Wall | Minimum Design Flow per Sprinkler *(gpm)* | Minimum Design Pressure per Sprinkler *(psi)* |
|---|---|---|---|
| 14 x 14 feet (196 sq. ft.) | 7 feet | 37.2 | 10.6 |
| 16 x 16 feet (256 sq. ft.) | 8 feet | 48.6 | 18.2 |

### Design Requirements — Commercial Extended Coverage Applications
**Ordinary Hazard, Group 2, Density 0.20 GPM/ft² - NFPA 13 1991**
Minimum Distance From Deflector to Top of Commodities is 18".

| Spacing Between Sprinklers | Maximum Location From Any Wall | Minimum Design Flow per Sprinkler *(gpm)* | Minimum Design Pressure per Sprinkler *(psi)* |
|---|---|---|---|
| 14 x 14 feet (196 sq. ft.) | 7 feet | 39.2 | 11.8 |
| 16 x 16 feet (256 sq. ft.) | 8 feet | 51.2 | 20.2 |

### Design Requirements — Commercial Extended Coverage Applications
**Ordinary Hazard, Group 3, Density 0.21 GPM/ft² - NFPA 13 1989 or earlier**
Minimum Distance From Deflector to Top of Commodities is 18".

| Spacing Between Sprinklers | Maximum Location From Any Wall | Minimum Design Flow per Sprinkler *(gpm)* | Minimum Design Pressure per Sprinkler *(psi)* |
|---|---|---|---|
| 14 x 14 feet (196 sq. ft.) | 7 feet | 41.2 | 13.1 |
| 16 x 16 feet (256 sq. ft.) | 8 feet | 53.8 | 22.3 |

**Caution: Minimum spacing between sprinklers is 12' for upright and 12'-6" for pendent.**



# Installation

All Central Model ELO-16 GB FR Automatic Glass Bulb Sprinklers must be installed according to current NFPA 13 Standards and these installation instructions. Deviations from these requirements and standards or any alteration to the sprinkler itself will void any warranty made by Central Sprinkler Company. In addition, installation must also meet local government provisions, codes, and standards as applicable.

The system piping must be properly sized to ensure the minimum required flow rate at the sprinkler. Check for the proper model, style, orifice size, and temperature rating prior to installation. Install sprinklers after the piping is in place to avoid mechanical damage; replace any damaged units.

Upon completion of the installation, the system must be tested per recognized standards.

In the event of a thread leak, remove the unit, apply new pipe joint compound or tape, and reinstall.

**Installation Sequence**

**Step 1.** For Recessed Pendent Sprinklers, the face of the sprinkler fitting should be installed a nominal ¾" (±⅜") behind the ceiling line. Adjustments are made via the push-on escutcheon.

**Step 2.** Use only a non-hardening pipe joint compound or Teflon* tape. Apply only to the male threads.

*Step 3.* Hand tighten the sprinkler into the fitting. Use the appropriate Central wrench to tighten the unit into the fitting. A leak-tight joint requires only 7 to 14 ft.-lbs. of torque; a tangential force of 14 to 28 lbs. delivered through a 6" handle will deliver adequate torque. Torque levels over 21 ft.-lbs. may distort the orifice seal, resulting in leakage.

The upright sprinklers shall be oriented so the frame arms are parallel with the branch line pipe per NFPA.

*Teflon is a trademark of the DuPont Corp.

# Care & Maintenance

Sprinklers must be handled carefully. They must not be transported or stored where ambient temperature may exceed 100°F/38°C. For best results, store them in a dry, cool location in the original shipping package.

Do not install sprinklers that have been dropped or visibly damaged. Sprinklers should never be painted, coated, plated, or altered in any other way from manufactured condition or they may not function properly. Any sprinklers altered in such manner must be replaced.

The owner is responsible for the proper operating condition of all fire protection devices and accessories. The NFPA Standard 25 entitled, "Inspection, Testing and Maintenance of Water-Based Fire Protection System", contains guidelines and minimum maintenance requirements. Furthermore, the local Authority Having Jurisdiction may have additional regulations and requirements for maintenance, testing, and inspection that must be obeyed.

It is advisable to have sprinkler systems inspected regularly by a qualified inspection service. Length of time between such inspections can vary due to accessibility, ambient atmosphere, water supply, and site activity.

Do not attempt to reassembly or otherwise reuse a sprinkler that has operated. Replace any sprinkler

biting corrosion or damage; always use new sprinklers of the same type and temperature rating as replacements.

Because the discharge pattern is critical to protection of life and property, nothing should be hung or attached to the sprinkler unit that would disrupt the pattern. Such obstructions must be removed. In the event that construction has altered the original configuration, additional sprinklers should be installed to maintain the protection level.

Do not attempt to replace sprinklers without first removing the fire protection system from service. Be certain ties Having Jurisdiction, and notify all personnel who may be affected during system shutdown. A fire watch during maintenance periods is a wise precaution.

To remove the system from service mode, first refer to the system operating guide and valve instruction. Drain the water and relieve pressure in the pipes. Remove the existing unit and install the replacement, using only the special sprinkler wrench. Be certain to match the model, style, orifice, and temperature rating.

A fire protection system that has been shut off after an activation should be returned to service immediately. Inspect the entire system for damage and replace or repair as necessary. Sprinklers that did not operate but were subjected to corrosive elements of combustion or excessive temperatures should be inspected, and replaced if need be. The Authority Having Jurisdiction will detail minimum replacement requirements and regulations.



# Ordering Information

**Ordering Information:** When placing an order, indicate the full product name. Please specify the quantity, model, style, orifice size, temperature rating, type of finish or coating, and sprinkler wrench.

**Availability and Service:** Central sprinklers, valves, accessories, and other products are available throughout the U.S. and Canada, and internationally, through a network of Central Sprinkler distribution centers. You may write directly to Central Sprinkler Company, or call (215) 362-0700 for the distributor nearest you.

**Guarantee:** Central Sprinkler Company will repair and/or replace any products found to be defective in material or workmanship within a period of one year from the date of shipment. Please refer to the current Price List for further details of the warranty.

**Patents:** The ELO-16 GB FR Optima™ sprinklers are protected under U.S. Patent No. 5,366,022.

**Conversion Table:**
1 inch = 25.400 mm
1 foot = 0.3048 M
1 pound = 0.4536 kg
1 foot pound = 1.36 Nm
1 psi = 6.895 kpa
      = 0.0689 bar
      = 0.0703 kg/cm²
1 U.S. gallon = 3.785 dm³
             = 3.785 liters

Conversions are approximate.

OPTIMA™ is a registered trademark of Central Sprinkler Company.



## Central Sprinkler Company
451 N. Cannon Avenue, Lansdale, PA 19446
Phone (215) 362-0700
FAX   (215) 362-5385

Central Sprinkler Company
U.S.A.

ELO-16 GB FR OH 0



# EXHIBIT / ATTACHMENT

## Z

**(To be scanned in place of tab)**



Princeton – Alleged Activated Sprinkler





Princeton – Alleged Activated Sprinkler with Damaged Viking Escutcheon



Princeton – Representative of Intact Sprinkler



Ft. Oglethorpe – Sprinklers with Broken Bulbs & Caps in Place
(Note: Glass bulbs were broken during or after their removal from the system)



Exemplar -- Proper Wrench with ELO-16-GB FR Recessed Sprinkler

*the*
**PROTECTION ENGINEERING**
G R O U P ,  P C



Exemplar – Proper Wrench with ELO-16-GB FR Pendent Sprinkler



# EXHIBIT / ATTACHMENT

## 3

**(To be scanned in place of tab)**



# UL 199

ISBN 0-7629-0167-5

Underwriters Laboratories

Standard for

## Automatic Sprinklers for Fire-Protection Service



**Superseded requirements for**

**the Standard for**

**Automatic Sprinklers for Fire-Protection Service**

**UL 199, Tenth Edition**

The requirements shown are the current requirements that have been superseded by requirements in this edition. The numbers in parentheses refer to the new requirements with future effective dates that have superseded these requirements. To retain the current requirements, do not discard the following requirements until the future effective dates are reached.

18.1 An automatic sprinkler shall, when bath tested, operate within a range having a maximum temperature not in excess of either 10°F (5°C) or 107 percent of the minimum temperature of the range, whichever is greater. For the purpose of this determination, the marked temperature rating is to be included as one of the values within the range, making a total of eleven values in the range. Upon operation, all operating parts of the sprinkler shall clear the waterway as intended.

54.1 The frames of all sprinklers shall be marked with the manufacturer's or private labeler's name or identifying symbol and the model designation in cast or die-stamped markings.

54.2 The frames of all sprinklers shall be marked with the manufacturer's or private labeler's name or identifying symbol and the model designation in cast or die-stamped markings.

54.3 Nominal 1/2 inch and 17/32 inch orifice size sprinkler frames having means of attachment to pipes other than threads shall be marked by cast or stamped numerals to indicate the nominal orifice size.

54.4 Sprinklers intended for upright installation shall be permanently and prominently marked on any nonoperating part with the word "Upright", "UPRT" or the letters "SSU" (Spray Sprinkler Upright), and sprinklers intended for pendent installation shall be permanently and prominently marked on any nonoperating part with the word "Pendent", "PEND", or the letters "SSP" (Spray Sprinkler Pendent).

54.5 Sprinklers intended for horizontal sidewall installation shall be marked with the words SIDEWALL and TOP. See 54.7.

54.6 Sprinklers intended for pendent sidewall installation shall be marked with the words PENDENT and SIDEWALL. Sprinklers intended only for upright sidewall installation shall be marked with the words UPRIGHT and SIDEWALL. Sprinklers intended for either position shall be marked with the word SIDEWALL and are not required to be marked PENDENT or UPRIGHT. See 54.7.

54.11 A quick-response sprinkler shall be marked with any one of the following: "QUICK RESPONSE SPRINKLER," "QR SPKR," or "QR."

54.13 An extended coverage sprinkler intended for light hazard occupancies shall be marked with one of the following: "EXTENDED COVERAGE SPRINKLER," "EXT COV," "EC SPKR," or "EC."

54.14 An extended coverage sprinkler intended for ordinary hazard occupancies shall be marked with one of the following: "Extended Coverage-Ordinary Hazard Sprinkler," "ECO SPKR," "ECO," or "ECOH."

54.15 A quick response-extended coverage sprinkler intended for light hazard occupancies shall be marked with one of the following: "QUICK RESPONSE-EXTENDED COVERAGE SPRINKLER," "QR-EC SPKR," or "QR-EC."

54.16 A quick response-extended coverage sprinkler intended for ordinary hazard occupancies shall be marked with one of the following: "QR Extended Coverage Ordinary Hazard," "QR-ECO SPKR," "QR-ECOH SPKR," "QR-ECO," or "QR-ECOH."

Underwriters Laboratories Inc. (UL)
333 Pfingsten Road
Northbrook, IL  60062-2096

UL Standard for Safety for Automatic Sprinklers for Fire-Protection Service, UL 199

Tenth Edition, Dated April 8, 1997

Revisions: This Standard contains revisions through and including January 24, 2000.

UL is in the process of converting its Standards for Safety to the Standard Generalized Markup Language (SGML), and implementing an SGML compliant document management and publishing system. SGML - an international standard (ISO 8879-1986) - is a descriptive markup language that describes a document's structure and purpose, rather than its physical appearance on a page. Significant benefits that will result from UL's use of SGML and these new systems include increased productivity, reduced turnaround times, and data and information consistency, reusability, shareability, and portability. However, the fonts, pagination, and general formatting of UL's new electronic publishing system differ from that of UL's previous publishing system. Consequently, when revision pages are issued for a Standard with the new publishing system, these differences may result in the printing of pages on which no requirements have been changed - these additional pages result from relocation of text due to repagination and reformatting of the Standard with the new publishing system.

Text that has been changed in any manner is marked with a vertical line in the margin. Changes in requirements are marked with a vertical line in the margin and are followed by an effective date note indicating the date of publication or the date on which the changed requirement becomes effective.

The new and revised requirements are substantially in accordance with UL's Bulletin(s) on this subject dated May 7, 1999. The bulletin(s) is now obsolete and may be discarded.

The revisions dated January 24, 2000 include a reprinted title page (page1) for this Standard.

The revisions dated May 12, 1997 were issued to correct the effective date for paragraph 55.1.

The master for this Standard at UL's Northbrook Office is the official document insofar as it relates to a UL service and the compliance of a product with respect to the requirements for that product and service, or if there are questions regarding the accuracy of this Standard.

UL's Standards for Safety are copyrighted by UL. Neither a printed copy of a Standard, nor the distribution diskette for a Standard-on-Diskette and the file for the Standard on the distribution diskette should be altered in any way. All of UL's Standards and all copyrights, ownerships, and rights regarding those Standards shall remain the sole and exclusive property of UL.

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form by any means, electronic, mechanical photocopying, recording, or otherwise without prior permission of UL.

Revisions of UL Standards for Safety are issued from time to time. A UL Standard for Safety is current only if it incorporates the most recently adopted revisions.

UL provides this Standard "as is" without warranty of any kind, either expressed or implied, including but not limited to, the implied warranties of merchantability or fitness for any purpose.

In no event will UL be liable for any special, incidental, consequential, indirect or similar damages, including loss of profits, lost savings, loss of data, or any other damages arising out of the use of or the inability to use this Standard, even if UL or an authorized UL representative has been advised of the possibility of such damage. In no event shall UL's liability for any damage ever exceed the price paid for this Standard, regardless of the form of the claim.

UL will attempt to answer support requests concerning electronic versions of its Standards. However, this support service is offered on a reasonable efforts basis only, and UL may not be able to resolve every support request. UL supports the electronic versions of its Standards only if they are used under the conditions and operating systems for which it is intended. UL's support policies may change from time-to-time without notification.

UL reserves the right to change the format, presentation, file types and formats, delivery methods and formats, and the like of both its printed and electronic Standards without prior notice.

Purchasers of the electronic versions of UL's Standards for Safety agree to defend, indemnify, and hold UL harmless from and against any loss, expense, liability, damage, claim, or judgement (including reasonable attorney's fees) resulting from any error or deviation introduced while purchaser is storing an electronic Standard on the purchaser's computer system.

If a single-user version electronic Standard was purchased, one copy of this Standard may be stored on the hard disk of a single personal computer, or on a single LAN file-server or the permanent storage device of a multiple-user computer in such a manner that this Standard may only be accessed by one user at a time and for which there is no possibility of multiple concurrent access.

If a multiple-user version electronic Standard was purchased, one copy of the Standard may be stored on a single LAN file-server, or on the permanent storage device of a multiple-user computer, or on an Intranet server. The number of concurrent users shall not exceed the number of users authorized.

Electronic Standards are intended for on-line use, such as for viewing the requirements of a Standard, conducting a word search, and the like. Only one copy of the Standard may be printed from each single-user version of an electronic Standard. Only one copy of the Standard may be printed for each authorized user of a multiple-user version of an electronic Standard. Because of differences in the computer/software/printer setup used by UL and those of electronic Standards purchasers, the printed copy obtained by a purchaser may not look exactly like the on-line screen view or the printed Standard.

An employee of an organization purchasing a UL Standard can make a copy of the page or pages being viewed for their own fair and/or practical internal use.

The requirements in this Standard are now in effect, except for those paragraphs, sections, tables, figures, and/or other elements of the Standard having future effective dates as indicated in the note following the affected item. The prior text for requirements that have been revised and that have a future effective date are located after the Standard, and are preceded by a "SUPERSEDED REQUIREMENTS" notice.

New product submittals made prior to a specified future effective date will be judged under all of the requirements in this Standard including those requirements with a specified future effective date, unless the applicant specifically requests that the product be judged under the current requirements. However, if the applicant elects this option, it should be noted that compliance with all the requirements in this Standard will be required as a condition of continued Listing and Follow-Up Services after the effective date, and understanding of this should be signified in writing.

Copyright © 2000 Underwriters Laboratories Inc.

Case 1:03-cv-00668-GET   Document 20   Filed 10/31/03   Page 45 of 150

This Standard consists of pages dated as shown in the following checklist:

Page                                                                                                                Date

1-3 ........................................................................................................... January 24, 2000
4................................................................................................................ May 25, 1999
5-6 ........................................................................................................... January 24, 2000
7 ................................................................................................................. April 8, 1997
8-11 ......................................................................................................... January 24, 2000
12-15 .......................................................................................................... April 8, 1997
16 ............................................................................................................ January 24, 2000
16A-18 ...................................................................................................... October 8, 1997
18A-18B..................................................................................................... January 24, 2000
19 ............................................................................................................. October 8, 1997
20 ............................................................................................................... April 8, 1997
21-22B ........................................................................................................ May 25, 1999
23 ............................................................................................................... April 8, 1997
24-25 ........................................................................................................ October 8, 1997
26-28 .......................................................................................................... April 8, 1997
29-30B ..................................................................................................... January 24, 2000
31 ............................................................................................................... April 8, 1997
32 ............................................................................................................ January 24, 2000
32A-32B..................................................................................................... October 8, 1997
33 ............................................................................................................... April 8, 1997
34 ............................................................................................................ January 24, 2000
35-36 .......................................................................................................... April 8, 1997
37-38A ...................................................................................................... January 24, 2000
38B ........................................................................................................... October 8, 1997
39 ............................................................................................................ January 24, 2000
40-41 .......................................................................................................... April 8, 1997
42 ............................................................................................................ January 24, 2000
43-48 .......................................................................................................... April 8, 1997
49-51 ........................................................................................................ October 8, 1997
52 ............................................................................................................... April 8, 1997
53-54A ........................................................................................................ May 25, 1999
54B ........................................................................................................... October 8, 1997
55.............................................................................................................. May 8, 1997
56 ............................................................................................................... April 8, 1997
57 ............................................................................................................ January 24, 2000
58 .............................................................................................................. May 25, 1999
59 ............................................................................................................... April 8, 1997
60-61 ........................................................................................................ October 8, 1997
62 ............................................................................................................... April 8, 1997
63 ............................................................................................................ October 8, 1997
64-65 ....................................................................................................... January 24, 2000
66 ............................................................................................................ October 8, 1997
A1-A4 .......................................................................................................... April 8, 1997
SR1-SR2 ................................................................................................... January 24, 2000

No Text on This Page

**APRIL 8, 1997**
(Title Page Reprinted: January 24, 2000)

1

**UL 199**

**Standard for Automatic Sprinklers for Fire-Protection Service**

First Edition – December, 1919
Second Edition – February, 1966
Third Edition – December, 1967
Fourth Edition – October, 1969
Fifth Edition – May, 1974
Sixth Edition – September, 1977
Seventh Edition – July, 1982
Eighth Edition – February, 1990
Ninth Edition – December, 1995

**Tenth Edition**

**April 8, 1997**

An effective date included as a note immediately following certain requirements is one established by Underwriters Laboratories Inc.

Revisions of this Standard will be made by issuing revised or additional pages bearing their date of issue. A UL Standard is current only if it incorporates the most recently adopted revisions, all of which are itemized on the transmittal notice that accompanies the latest set of revised requirements.

**ISBN 0-7629-0167-5**

COPYRIGHT © 1974, 2000 UNDERWRITERS LABORATORIES INC.

No Text on This Page

# CONTENTS

FOREWORD ................................................................................4

INTRODUCTION

1 Scope ...........................................................................5
2 General .........................................................................5
3 Glossary ........................................................................5
    3.1 General ....................................................................5
    3.2 Basic definitions ..........................................................5
    3.3 Sprinkler type definitions .................................................6
4 Components ......................................................................8

CONSTRUCTION

5 General .........................................................................8
6 Inlet Threads ...................................................................9
7 Temperature Ratings ............................................................9
7A Pressure Rating ...............................................................10
8 Nominal Orifice Sizes ..........................................................10
9 Coatings And Platings ..........................................................11

PERFORMANCE

10 General ........................................................................11
11 Samples ........................................................................15
12 Load On Heat Responsive Element Test ...........................................15
13 Strength Of Heat Responsive Element Test .......................................15
    13.1 Fusible-alloy types ......................................................15
    13.2 Frangible-bulb types .....................................................16
14 Leakage Test ...................................................................16
15 Hydrostatic Strength Test ......................................................16A
16 30-Day Leakage Test ............................................................17
17 Water Hammer Test ..............................................................18
18 Operating Temperature (Bath) Test ..............................................18A
19 Sensitivity Tests ..............................................................18A
    19.1 General ..................................................................18A
    19.2 Sensitivity – oven heat test .............................................19
    19.3 Sensitivity – room heat test for ordinary and intermediate temperature rated standard
         response ceiling type sprinklers (including concealed, flush, and recessed) ..........22
    19.4 Sensitivity – room heat test for standard response extended coverage sprinklers ....22
    19.5 Sensitivity – room heat test for QR and QR extended coverage sprinklers ..........23
20 Operation – Lodgement Test .....................................................24
21 Flow Endurance Test ............................................................25
22 Operation – Cold Soldering Test ................................................25
    22.1 General ..................................................................25
    22.2 Intermediate level sprinklers ............................................26
23 High Temperature – Test For Uncoated Sprinklers ................................26
24 High Temperature – Test For Coated Sprinklers ..................................27
25 Strength Of Frame Test .........................................................27
26 Impact Resistance Test .........................................................27

27 Rough Usage Test ........................................................................29
28 Vibration Test ...........................................................................29
29 Calibration Test .........................................................................30
30 10 Pan Distribution Test ..................................................................31
31 16 Pan Distribution Test ..................................................................32
32 Water Distribution Test – Conventional (Old Style) Sprinklers ............................34
33 100 Pan Distribution Test – Sidewall Sprinklers ........................................37
34 350 Pound Wood Crib Fire Test .........................................................39
    34.1 General ..........................................................................39
    34.2 Test Method – spray upright, spray pendent, ceiling, dry, or recessed or extended
         coverage for ordinary hazard occupancies types ................................40
    34.3 Test method – sidewall types for ordinary hazard use ..........................41
    34.4 Test method – all types ........................................................41
35 10-Day Corrosion Test ..................................................................45
36 30-Day Corrosion Test ..................................................................45
    36.1 General ..........................................................................45
    36.2 20 Percent salt spray ...........................................................46
    36.3 Samples for moist hydrogen sulfide air mixture test and moist carbon dioxide-sulfur
         dioxide air mixture test ......................................................46
    36.4 Moist hydrogen sulfide air mixture .............................................46
    36.5 Moist carbon dioxide-sulfur dioxide air mixture ................................47
37 90-Day Moist Air Test ..................................................................47
38 Stress-Corrosion Cracking Of Brass Sprinkler Parts Test .................................47
39 Stress-Corrosion Cracking Of Stainless Sprinkler Parts Test .............................48
40 Exposure Tests On Sprinklers Incorporating Polymeric Gaskets Or "O" Ring Seals .........49
    40.1 General ..........................................................................49
    40.2 Corrosive exposures .............................................................49
    40.3 Temperature cycling exposure ...................................................49
    40.4 Hydrocarbon exposure followed by moist air exposure .............................49
    40.5 Hydrocarbon exposure followed by water immersion exposure ......................50
    40.6 Exposure to antifreeze solutions ...............................................50
41 Vacuum Test ...........................................................................50
42 Elastomeric Parts Test ................................................................50A
43 Freezing Test .........................................................................50A
44 Fire Test for Extended Coverage Sprinklers Intended for Light Hazard Occupancies .......50A
    44.1 General ..........................................................................50A
    44.2 Test method – sidewall type .....................................................51
    44.3 Test method – ceiling, pendent, or upright types ...............................51
    44.4 Test method – all types ........................................................51
45 Wall Wetting Test for Extended Coverage Sprinklers Intended for Light Hazard Occupancies .54
46 Evaporation Test For Sprinkler Coatings ................................................54A
47 Cycling Tests For Flow Control (FC) Sprinklers .........................................55
    47.1 Operational cycling test ........................................................55
    47.2 Cycling after water exposure test ...............................................55
    47.3 Contaminated-water cycling test .................................................55
48 Piled Stock Fire Test For Flow (FC) Control Sprinklers .................................56
49 Piled Stock Fire Test for Extended Coverage Sprinklers Intended for Ordinary Hazard
   Occupancies ...........................................................................59
50 Distribution Tests for Extended Coverage Sprinklers Intended for Ordinary Hazard
   Occupancies ...........................................................................62
51 High Temperature Exposure Test For Flow Control (FC) Sprinklers ........................63

## FOREWORD

A. This Standard contains basic requirements for products covered by Underwriters Laboratories Inc. (UL) under its Follow-Up Service for this category within the limitations given below and in the Scope section of this Standard. These requirements are based upon sound engineering principles, research, records of tests and field experience, and an appreciation of the problems of manufacture, installation, and use derived from consultation with and information obtained from manufacturers, users, inspection authorities, and others having specialized experience. They are subject to revision as further experience and investigation may show is necessary or desirable.

B. The observance of the requirements of this Standard by a manufacturer is one of the conditions of the continued coverage of the manufacturer's product.

C. A product which complies with the text of this Standard will not necessarily be judged to comply with the Standard if, when examined and tested, it is found to have other features which impair the level of safety contemplated by these requirements.

D. A product employing materials or having forms of construction which conflict with specific requirements of the Standard cannot be judged to comply with the Standard. A product employing materials or having forms of construction not addressed by this Standard may be examined and tested according to the intent of the requirements and, if found to meet the intent of this Standard, may be judged to comply with the Standard.

E. UL, in performing its functions in accordance with its objectives, does not assume or undertake to discharge any responsibility of the manufacturer or any other party. The opinions and findings of UL represent its professional judgment given with due consideration to the necessary limitations of practical operation and state of the art at the time the Standard is processed. UL shall not be responsible to anyone for the use of or reliance upon this Standard by anyone. UL shall not incur any obligation or liability for damages, including consequential damages, arising out of or in connection with the use, interpretation of, or reliance upon this Standard.

F. Many tests required by the Standards of UL are inherently hazardous and adequate safeguards for personnel and property shall be employed in conducting such tests.

Case 1:03-cv-00668-GET    Document 20    Filed 10/31/03    Page 52 of 150

## INTRODUCTION

### 1 Scope

1.1 These requirements cover automatic sprinklers intended for installation on sprinkler systems for fire-protection service. Requirements for the installation and use of sprinklers are included in the Standard for the Installation of Sprinkler Systems, NFPA 13.

1.2 A product that contains features, characteristics, components, materials, or systems new or different from those covered by the requirements in this Standard, and that involves a risk of fire, electric shock, or injury to persons shall be evaluated using the appropriate additional component and end-product requirements to determine that the level of safety as originally anticipated by the intent of this Standard is maintained. A product whose features, characteristics, components, materials, or systems conflict with specific requirements or provisions of this Standard shall not be judged to comply with this Standard. Where appropriate, revision of requirements shall be proposed and adopted in conformance with the methods employed for development, revision, and implementation of this Standard.

1.2 revised January 24, 2000

### 2 General

2.1 Sprinklers are categorized by operating temperature rating, nominal "K" factor, installation position, type of coating or plating, and other factors that have a bearing on their application.

2.1 revised January 24, 2000

2.2 If a value for measurement is followed by a value in other units in parentheses, the second value may be only approximate. The first stated value is the requirement.

2.3 Where these requirements reference "extended coverage sprinklers", the requirements apply to both extended coverage light hazard and extended coverage ordinary hazard sprinklers unless otherwise specified.

### 3 Glossary

### 3.1 General

3.1.1 For the purpose of this standard the following definitions apply:

### 3.2 Basic definitions

3.2.1 DISCHARGE COEFFICIENT "K" – Coefficient of discharge in the formula,

$$Q = K\sqrt{p}$$

in which:

      *Q is the flow in gallons per minute (L/s x 15.85), and*

      *p is the pressure in pounds per square inch gauge (psig) (MPa x 145).*

3.2.2 HEAT RESPONSIVE ELEMENT – That portion of a sprinkler that breaks, melts, or otherwise functions to initiate the automatic operation of the sprinkler when exposed to sufficient heat.

3.2.3 OPERATING TEMPERATURE – The temperature at which the heat responsive element of a sprinkler operates when subjected to a 1°F (0.5°C) per minute temperature rise while immersed in a liquid bath.

3.2.4 ORIFICE – The opening that controls the amount of water discharged from a sprinkler at a given pressure.

3.2.5 AUTOMATIC SPRINKLER – A sprinkler intended to open automatically by operation of a heat-responsive element that maintains the discharge orifice closed by means such as the exertion of pressure on a cap (button or disc). A sprinkler is installed on piping so that a spray of water is discharged in a specific pattern for suppression or control of fires.

### 3.3 Sprinkler type definitions

3.3.1 EXTENDED COVERAGE SPRINKLER INTENDED FOR LIGHT HAZARD OCCUPANCIES – A sprinkler intended:

> a) For use at greater than standard spacing;
>
> b) To open automatically by operation of a heat responsive element and releasing mechanism having a response time equal to or less than a standard response sprinkler used on standard spacings;
>
> c) To discharge water over a specified coverage area at a specified minimum water flow rate; and
>
> d) For use in light hazard occupancies as described in NFPA 13, Standard for Installation of Sprinklers. The use limitation for this sprinkler specifies the coverage area dimensions, minimum operating water flow rate, "K" factor, the type of ceiling configuration under which the sprinkler is intended to be installed, and installation position from the wall and ceiling, when different from NFPA 13.

3.3.1 revised January 24, 2000

3.3.2 EXTENDED COVERAGE SPRINKLER INTENDED FOR ORDINARY HAZARD OCCUPANCIES – A sprinkler intended:

> a) For use at greater than standard spacing;
>
> b) To open automatically by operation of a heat responsive element and releasing mechanism having a response time equal to or less than a standard response sprinkler used on standard spacings;
>
> c) To discharge water over a specified coverage area at a specified minimum water flow rate; and
>
> d) For use in ordinary hazard occupancies as described in NFPA 13, Standard for Installation of Sprinklers.

The use limitation for this sprinkler specifies the coverage area dimensions, minimum operating water flow rate, "K" factor, the type of ceiling configuration under which the sprinkler is intended to be installed, and installation position from the wall and ceiling, when different from NFPA 13.

3.3.2 revised January 24, 2000

3.3.3 FLUSH CEILING SPRINKLER – A sprinkler in which only a minimum of the parts project below the ceiling.

3.3.4 COATED, PAINTED, OR PLATED SPRINKLER – A sprinkler that has factory applied coatings, paint, or platings for corrosion protection or decorative purposes.

3.3.5 CONCEALED CEILING SPRINKLER – A recessed sprinkler assembly having a cover plate installed approximately flush with the ceiling material for aesthetic purposes.

3.3.6 DRY-TYPE SPRINKLER – A sprinkler intended for use where the sprinkler or piping system is exposed to freezing temperatures. These sprinklers consist of an upright, pendent, sidewall, flush, or other types.

3.3.7 CONVENTIONAL (OLD STYLE) SPRINKLER – A sprinkler intended for installation in the upright or pendent position, that directs from 40 to 60 percent of the total water initially discharged in the downward direction. When installed in the upright position, this discharge covers a 10 foot (3.05 m) diameter circle, 10 feet (3.05 m) below the sprinkler, when the sprinkler is discharging water at the rate of 15 gallons per minute (0.95 L/s). See Water Distribution Test – Conventional (Old Style) Sprinklers, Section 32.

3.3.8 FLOW CONTROL (FC) SPRINKLER – A sprinkler that is intended to control water flow by automatically cycling open and closed within a specified temperature range.

3.3.9 A HIGH TEMPERATURE, WAX COATED SPRINKLER – A sprinkler intended to be installed where corrosion resistant, high temperature rated sprinklers are required and where the maximum ambient temperature does not exceed 150°F.

3.3.10 OPEN SPRINKLER – An automatic sprinkler with the heat responsive and activating elements removed. The discharge orifice is open.

3.3.11 PENDENT SPRINKLER – A sprinkler intended to be installed so that its deflector is located below the orifice and the water flows downward through the orifice.

3.3.12 QUICK RESPONSE (QR) SPRINKLER – A sprinkler that complies with the applicable requirements for such sprinklers in the Sensitivity Tests, Section 19, and that is intended to be installed at standard spacings.

3.3.13 QUICK RESPONSE-EXTENDED COVERAGE LIGHT HAZARD OCCUPANCY SPRINKLER – A sprinkler that complies with the applicable requirements for such sprinklers in the Sensitivity Tests, Section 19, when tested and installed in a test room at greater than standard spacings as stated in the installation instructions and complies with the requirements for extended coverage light hazard occupancy sprinklers.

3.3.14 QUICK RESPONSE-EXTENDED COVERAGE ORDINARY HAZARD OCCUPANCY SPRINKLER – A sprinkler that complies with the applicable requirements for such sprinklers in the Sensitivity Tests, Section 19, when tested and installed in a test room at greater than standard spacings as stated in the installation instructions and complies with the requirements for extended coverage ordinary hazard occupancy sprinklers.

3.3.15 RECESSED SPRINKLER – A sprinkler assembly in which all or part of the sprinkler body or frame, other than the shank thread, is mounted within a housing that is recessed within a wall or ceiling.

3.3.16  SIDEWALL SPRAY S    NKLER – A sprinkler intended for installation on or near the wall and *near the ceiling, and intended to discharge water onto the walls and outward in a quarter-spherical* pattern.

3.3.17  SPRAY SPRINKLER – A sprinkler intended for installation in either the upright or pendent position respectively, designed to distribute water downward in an umbrella-shaped pattern. The discharge from a spray sprinkler having a nominal 5.6 "K" factor covers a circle 16 feet (4.88 m) in diameter, 4 feet (1.22 m) below the sprinkler, when the sprinkler is discharging water at the rate of 15 gallons per minute (0.95 L/s). See 10 Pan Distribution Test, Section 30.

3.3.17 revised January 24, 2000

3.3.18  UPRIGHT SPRINKLER – A sprinkler intended to be installed so that its deflector is located above the orifice and the water flows upward through the orifice.

## 4  Components

4.1  Except as indicated in 4.2, a component of a product covered by this standard shall comply with the requirements for that component.

4.2  A component need not comply with a specific requirement that:

   a) Involves a feature or characteristic not needed in the application of the component in the *product covered by this standard, or*

   b) Is superseded by a requirement in this standard.

4.3  A component shall be used in accordance with its recognized rating established for the *intended* conditions of use.

4.4  Specific components are recognized as being incomplete in construction features or restricted in performance capabilities. Such components are intended for use only under limited conditions, such as certain temperatures not exceeding specified limits, and shall be used only under those specific conditions for which they have been recognized.

## CONSTRUCTION

## 5  General

5.1  An automatic sprinkler shall be constructed to effect closure of its water seat for extended periods of time without leakage and to open as intended and release all parts at a pressure of 5 psi (0.034 MPa) up *to the rated pressure.*

5.1 revised October 8, 1997

5.2  Stampings shall show no cracking or splitting and shall be uniformly smooth and clean cut.

5.3  An automatic sprinkler shall be chemically or mechanically staked to maintain the manufacturer's assembly load. The assembly load shall not be able to be changed by the use of common hand tools *without causing visible damage to the sprinkler.*

Case 1:03-cv-00668-GET   Document 20   Filed 10/31/03   Page 56 of 150

5.4 Sprinkler types or materials not anticipated by these requirements require additional evaluation, such as tests to investigate special metallic or nonmetallic materials.

5.5 When installed with the intended fittings specified in the installation instructions (see Section 55, Design Parameters and Installation Instructions), dry sprinklers installed in dry systems shall be constructed to minimize the potential to accumulate water, scale, and sediment on the sprinkler inlet and shall provide an unobstructed flow path upon operation.

5.5 effective October 8, 1998

## 6 Inlet Threads

6.1 Sprinklers shall be provided with external pipe threads at the inlet end as specified in Table 8.1. Inlet-end pipe threads shall comply with the Standard for Pipe Threads, General Purpose (Inch) (Revision and Redesignation of ASME/ANSI B2.1-1968)(R1992), ASME B1.20.1-1983.

*Exception No. 1: Ceiling- and dry-type sprinklers shall be permitted to be provided with 3/4- or 1-inch external NPT pipe threads.*

*Exception No. 2: Internal taper pipe threads (NPT) of 3/4- or 1-inch size shall be permitted to be used for an 8.0 nominal "K" factor, ceiling type, and dry type sprinklers in lieu of those specified in Table 8.1.*

*Exception No. 3: Sprinklers intended for use in installations where sprinkler fittings incorporate pipe threads other than NPT type threads shall be permitted to be provided with pipe threads complying with a national pipe thread standard compatible with those fittings.*

*Exception No. 4: Sprinkler inlets intended for attachment to piping by means other than threads are able to be used when the sprinklers:*

> *a) Have a nominal "K" factor corresponding to the discharge coefficient as specified in Table 8.1;*

> *b) Are provided with nominal "K" factor markings as specified in 54.2; and*

> *c) Are intended to be attached in a manner that does not involve welding and that permits sprinkler removal from sprinkler piping without the use of special tools or torch cutting equipment.*

6.1 revised January 24, 2000

6.2 Threads shall be clean cut and true and free from burrs, scoring or chatter marks.

## 7 Temperature Ratings

7.1 The temperature ratings and temperature classifications of automatic sprinklers shall be as specified in Table 7.1. The frame arms of automatic sprinklers or glass bulb heat responsive elements shall be colored according to the color code specified in Table 7.1. See 54.9.

**Table 7.1**
**Temperature classification ratings and color coding**

| Temperature classification | Temperature rating | | Color code | | Maximum ceiling temperature | |
|---|---|---|---|---|---|---|
| | Degrees F | (Degrees C) | Frame arms | Glass bulb | Degrees F | (Degrees C) |
| Ordinary | 135 – 170 | (57 – 77) | Uncolored or black | Orange or red | 100 | (38) |
| Intermediate | 175 – 225 | (79 – 107) | White | Yellow or green | 150 | (66) |
| High | 250 – 300 | (121 – 149) | Blue | Blue | 225 | (107) |
| Extra high | 325 – 375 | (163 – 191) | Red | Purple | 300 | (149) |
| Very extra high | 400 – 475 | (204 – 246) | Green | Black | 375 | (191) |
| Ultra high | 500 – 575 | (260 – 302) | Orange | Black | 475 | (246) |

## 7A Pressure Rating

7A.1 Sprinklers shall have a rated pressure of 175 psig (1.2 Mpa), 250 psig (1.7 Mpa), or 300 psig (2.1 Mpa).

7A.1 added October 8, 1997

## 8 Nominal Orifice Sizes

8.1 A sprinkler shall have a discharge coefficient complying with one of the nominal "K" factor ranges specified in Table 8.1. The nominal "K" factor is to be determined from the discharge coefficient "K", as specified by the Calibration Test, Section 29.

8.1 revised January 24, 2000

**Table 8.1**
**Nominal "K" factor and Thread Size**

Table 8.1 revised January 24, 2000

| Nominal K | Discharge coefficient "K" | External thread-type |
|---|---|---|
| 1.4 | 1.3 – 1.5 | 1/2 inch NPT |
| 1.9 | 1.8 – 2.0 | 1/2 inch NPT |
| 2.8 | 2.6 – 2.9 | 1/2 inch NPT |
| 4.2 | 4.0 – 4.4 | 1/2 inch NPT |
| 5.6 | 5.3 – 5.8 | 1/2 inch NPT |
| 8.0 | 7.4 – 8.2 | 3/4 inch NPT or 1/2 inch NPT |
| 11.2 | 11.0 – 11.5 | 3/4 inch NPT or 1/2 inch NPT |
| 14.0 | 13.5 – 14.5 | 3/4 inch NPT |

8.2 Sprinkler orifices shall have individual "K" factor values that are within ±5 percent of the average "K" factor determined at a specific pressure for the dimensional tolerance specified by the manufacturer.

8.2 revised January 24, 2000

8.3 The diameter of a discharge orifice or any internal passage of a sprinkler shall be at least 0.21 inch (5.3 mm).

## 9  Coatings And Platings

9.1  The operation and distribution characteristics of a sprinkler shall not be impaired by the application of any factory applied coating, paint, or plating when the sprinkler is tested in accordance with these requirements.

9.2  A corrosion resistant coating or plating shall be uniformly applied.

9.3  A wax coating shall not be brittle when new nor become brittle with age.

## PERFORMANCE

## 10  General

10.1  To determine compliance with these requirements, the various types and patterns of a sprinkler shall be subjected to the performance tests described in Sections 12 – 51, and specified in Table 10.1.

10.2  When a recessed or concealed sprinkler is tested with an escutcheon during the performance tests, the sprinkler is to be recessed to the maximum depth allowed by the sprinkler/escutcheon combination.

## Table 10.1 Continued

| Section number and test | Basic sprinkler types, lowest temperature rating | | | Variations to basic sprinkler types | | | | Other sprinkler types[a] | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Spray upright/pendent | Old style | Flow control | Each additional temperature rating | Each additional orifice size | Decorative coatings or platings | Corrosion resistant coatings or platings | Dry | Ceiling | Side-wall | EC light hazard | EC ordinary hazard | Quick response | Other[b] |
| 42. Elastomeric parts test | – | – | X | – | – | – | – | – | – | – | – | – | – | X |
| 43. Freezing test | X | X | X | – | X | – | – | – | – | – | X | – | – | – |
| 44. Fire test for EC sprinklers | – | – | – | – | – | – | – | – | – | – | X | – | – | – |
| 45. Wall wetting test for EC sprinklers | – | – | – | – | – | – | – | – | – | – | X | – | – | – |
| 46. Evaporation test for sprinkler coatings | – | – | – | – | – | – | X | – | – | – | – | – | – | – |
| 47. Cycling tests for FC sprinklers | – | – | X | – | – | – | – | – | – | – | – | – | – | – |
| 48. Piled stock fire test for FC sprinklers | – | – | X | – | – | – | – | – | – | – | – | – | – | – |
| 49. Piled stock fire test for ECOH sprinklers | – | – | – | – | – | – | – | – | – | – | – | X | – | – |
| 50. Distribution test for ECOH sprinklers | – | – | – | – | – | – | – | – | – | – | – | X | – | – |
| 51. High temperature exposure test for FC sprinklers | – | – | X | – | – | – | – | – | – | – | – | – | – | – |

NOTE – This table is intended only as a guide to determining which tests are applicable to sprinkler types, and variations of sprinkler types. Other sprinkler types or materials not anticipated by these requirements may require additional tests, such as tests to evaluate and identify special metallic or nonmetallic materials. An "X" indicates a required test.

[a] An other sprinkler type is also identified as a basic sprinkler type when the sprinkler meets the definition of a standard, conventional (old style), or flow control sprinkler. In such cases, the sprinkler shall also comply with the tests specified in the "Basic Sprinkler Types, Lowest Temperature Rating" column of this table. The "additional" tests specified under the "Other Sprinkler Types", column apply to sprinklers that have components or installation techniques not evaluated during "basic sprinkler type" testing.

[b] Sprinklers having components of stainless steel or nonmetallic sealing materials.

[c] Not required for light and ordinary hazards occupancies.

## 11 Samples

11.1 The number of samples required for investigation varies for different sprinkler types. The number of samples required for examination and test are to be determined following a review of detailed drawings, examination of a preliminary sample, or both.

## 12 Load On Heat Responsive Element Test

12.1 The average and maximum design loads exerted on the heat responsive element, and the overall load tolerance based on the design load for the assembly, is to be determined. When the application of the rated working pressure to the inlet end of the sprinkler increases the assembly load by more than 10 percent, the additional load is to be added to the measured load on the heat responsive element. The information developed is to be used for Strength of Heat Responsive Element Test, Section 13.

12.2 At least 25 sprinklers are to be tested to determine the average load. An arrangement for measuring the load on the heat responsive element is to be developed for each specific design.

## 13 Strength Of Heat Responsive Element Test

### 13.1 Fusible-alloy types

13.1.1 A heat responsive element in the ordinary temperature rating shall either:

    a) Sustain a load of 15 times its maximum design load for a period of 100 hours; or

    b) Demonstrate the ability to sustain the maximum design load when tested in accordance with 13.1.2 and 13.1.3.

13.1.2 Compliance with 13.1.1(b) is to be determined by subjecting sample heat-responsive elements to loads in excess of the maximum design load. A minimum of ten samples are to be loaded at various values as required up to 15 times the design load. At least one heat responsive element shall sustain a load for a time greater than 1000 hours. These load and time values shall then be used to derive a least-square, full logarithmic regression curve of time as a function of load, from which the loads at 1 hour and 1000 hours are to be determined. The design load shall comply with the following equation:

$$L_d \leq 1.02\, L_m^2/L_o$$

in which:

    $L_d$ is the maximum design load,

    $L_m$ is the load at 1000 hours, and

    $L_o$ is the load at 1 hour.

13.1.3 The test samples are to be loaded at a conditioned temperature of 70 ±5°F (21 ±3°C).

## 13.2 Frangible-bulb types

13.2.1 The lower tolerance limit for bulb strength, based on calculations with a degree of confidence of 0.99 for 99 percent of samples, shall exceed two times the upper tolerance limit for sprinkler assembly load based on calculations with the same degree of precision as for bulb strength. Calculations are to be based on the Normal or Gaussian Distribution except where another distribution is shown to be more applicable due to manufacturing or design factors. The bulb strength is to be measured by applying a steadily increasing load, utilizing a compression testing machine, until the bulb breaks. This test is to be conducted with the bulb mounted in the seating parts, with the same dimensions used in the sprinkler and a material hardness within the range of 38 – 50 Rockwell C. The rate of loading shall not exceed 55 pounds-force load per second (25 kg/s), or at a rate that deflects the bulb 0.02 inch (0.51 mm) per minute, whichever measurement is convenient for the test apparatus being used. Bulb seatings shall be permitted to be reinforced circumferentially so as not to interfere with the bulb breakage. A minimum of 15 samples of each temperature rating and each bulb type are to be tested. See Appendix A.

13.2.1 revised January 24, 2000

13.2.2 A sprinkler having a frangible bulb shall withstand the thermal shock of rapid temperature changes 20°F (11°C) below its marked operating temperature or 20°F below the lowest allowable value of the operating temperature range determined in the Operating Temperature (Bath) Test, Section 18, whichever is lower. At least five samples of the sprinkler are to be conditioned for 5 minutes in a liquid bath at 20°F less than their rated operating temperature or minimum permitted operating temperature. The samples then are to be removed and immediately submerged in another liquid bath at 50°F (10°C). There shall be no breakage or fracture of the glass bulb.

## 14 Leakage Test

14.1 When tested as described in 14.2 and 14.3, an automatic sprinkler shall not exhibit leakage at any pressure from 0 to the applicable leakage test pressure shown in Table 14.1.

14.1 revised October 8, 1997

### Table 14.1
### Test pressures for the leakage and hydrostatic tests

Table 14.1 added October 8, 1997

| Rated pressure | | Leakage test pressure | | Hydrostatic test pressure | |
|---|---|---|---|---|---|
| psig | (MPa) | psig | (MPa) | psig | (MPa) |
| 175 | (1.2) | 500 | (3.4) | 700 | (4.8) |
| 250 | (1.7) | 500 | (3.4) | 1000 | (6.9) |
| 300 | (2.1) | 600 | (4.1) | 1200 | (8.3) |

14.2 At least 20 samples are to be individually tested. The sprinkler inlets are to be filled with water and vented of air.

14.3 The pressure is to be increased from 0 to the test pressure at a rate not exceeding 300 psig (2.07 MPa) per minute and then held for 1 minute. There shall be no visible leakage in any sample.

14.3 revised October 8, 1997

Case 1:03-cv-00668-GET   Document 20   Filed 10/31/03   Page 62 of 150

## 15 Hydrostatic Strength Test

15.1 An automatic sprinkler shall withstand, for 1 minute, without rupture, an internal hydrostatic pressure equal to the hydrostatic test pressure shown in Table 14.1.

15.1 revised October 8, 1997

15.2 At least 20 samples are to be individually tested. The sprinkler inlets are to be filled with water and vented of air. The pressure is to be increased from 0 to the hydrostatic test pressure shown in Table 14.1 at a rate not exceeding 300 psig (2.07 MPa) per minute. The pressure is to be maintained at the test pressure and held for 1 minute. The sample shall not rupture, operate, or release any of its operating parts during the pressure increase nor while being maintained at the test pressure for 1 minute.

15.2 revised October 8, 1997

No Text on This Page

Case 1:03-cv-00668-GET    Document 20    Filed 10/31/03    Page 64 of 150

## 16 30-Day Leakage Test

16.1 When tested as described in 16.2 – 16.4, an automatic sprinkler shall:

a) Experience no leakage when subjected to the 30 day test pressure specified in Table 16.1 for 30 days;

b) Not leak when subjected to the leakage test pressure specified in Table 14.1 or less for 1 minute following the 30 days; and

c) Show no distortion or other mechanical damage following the leakage testing, as determined by visual examination.

16.1 revised October 8, 1997

**Table 16.1**
**Test pressures for the 30-day leakage test**

Table 16.1 added October 8, 1997

| Rated pressure | | 30-day test pressure | |
|---|---|---|---|
| psig | (MPa) | psig | (MPa) |
| 175 | (1.2) | 300 | (2.1) |
| 250 | (1.7) | 450 | (3.1) |
| 300 | (2.1) | 500 | (3.4) |

16.2 Five samples are to be installed on a water-filled test line maintained under a constant test pressure as specified in Table 16.1 for 30 days. The samples are to be examined weekly during the test period for evidence of leakage of water at the closure cap.

16.2 revised October 8, 1997

16.3 Following completion of this 30-day test period, the samples are to be tested to verify that they do not leak at the leakage test pressure specified in Table 14.1 or at any lower pressure. The pressure is to be increased from 0 to the test pressure a rate not exceeding 300 psig (2.07 MPa) per minute. The pressure is to be maintained at the leakage test pressure specified in Table 14.1 for 1 minute, and is then to be decreased to 0 psig at a rate not exceeding 300 psig per minute.

16.3 revised October 8, 1997

16.4 The samples then are to be visually examined to verify there is no evidence of distortion or other mechanical damage.

## 17 Water Hammer Test

17.1 When tested as described in 17.2 – 17.5, an automatic sprinkler shall:

    a) Experience no leakage when subjected to 3,000 applications of pressure surges having a test pressure range as specified in Table 17.1;

    b) Not leak when subjected to the leakage test pressure specified in Table 14.1 for 1 minute, following the 3,000 cycles of water hammer; and

    c) Show no distortion or other physical damage following the water hammer testing, as determined by visual examination.

*17.1 revised October 8, 1997*

**Table 17.1**
**Test pressure ranges for the water hammer test**

*Table 17.1 added October 8, 1997*

| Rated pressure | | Test pressure range | |
|---|---|---|---|
| psig | (MPa) | psig | (MPa) |
| 175 | (1.2) | 50 – 500 | (0.34 – 3.4) |
| 250 | (1.7) | 50 – 500 | (0.34 – 3.4) |
| 300 | (2.1) | 150 – 600 | (1 – 4.1) |

17.2 Five samples are to be installed on a water-filled test line connecting with a small motor-operated piston pump that produces a rapid rise in discharge pressure in accordance with Table 17.1 at the rate of 60 cycles per minute. The test piping is to be filled so that there is water at the sprinkler seat, and the pump is to be placed in operation and adjusted to produce the specified test-pressure cycle.

*17.2 revised October 8, 1997*

17.3 During the pressure cycling, observations are to be made for evidence of leakage.

17.4 Following completion of the pressure cycling, the samples are to be tested to verify that they do not leak at the leakage test pressure specified in Table 14.1 or at any lower pressure. The pressure is to be *increased from 0 to the required test pressure at a rate not exceeding 300 psig (2.07 MPa) per minute.* The pressure is to be maintained at the leakage test pressure specified in Table 14.1 for 1 minute, and is then to be decreased to 0 psig at a rate not exceeding 300 psig per minute.

*17.4 revised October 8, 1997*

17.5 The samples then are to be visually examined to verify there is no evidence of distortion or other mechanical damage.

Case 1:03-cv-00668-GET   Document 20   Filed 10/31/03   Page 66 of 150

## 18 Operating Temperature (Bath) Test

18.1 An automatic sprinkler, when tested as described in 18.1 – 18.7, shall operate within a maximum temperature range as follows: 1) ±3.5 percent of the marked nominal temperature for sprinklers rated less than 400°F, and 2) 107 percent of the mark nominal temperature for sprinklers rated 400°F and higher. For the purpose of this determination for sprinklers rated 400°F and higher, the marked temperature rating is to be included as one of the values within the range, making a total of eleven values in the range. Upon operation, all operating parts of the sprinkler shall clear the waterway as intended.

*Revised 18.1 effective January 20, 2001*

18.2 At least ten samples of each type of sprinkler produced, including plated, painted, coated, and uncoated types of each temperature rating are to be subjected to this test. A sprinkler that does not require pressure to operate is to be tested at zero gauge pressure. A sprinkler that requires pressure to operate is to be tested while pressurized at 4-1/2 ±1/2 psig (31 ±3.4 kPa).

18.3 The samples are to be placed in an upright position and completely immersed in the water or oil bath. The bath vessel is to be provided with a source for heating the liquid at the prescribed rate and with means to agitate the liquid and measure the temperature of the liquid bath.

18.4 Water is to be used in bath tests of sprinklers that have operating temperature ratings of 175°F (79°C) or lower. Samples having operating temperature ratings of 176 – 575°F (80 – 302°C) are to be bath-tested in an oil having a flash point exceeding the test temperature.

18.5 An agitator is to be used as an aid in obtaining uniformity in temperature of the liquid in the bath.

18.6 A laboratory mercury thermometer, calibrated in accordance with the Standard Specification for ASTM Thermometers (Method 9501 – Federal Test Method Standard No. 791b), E 1-95, is to be used to determine temperatures of the liquids in bath tests. The bulb of the thermometer is to be held level with the sprinkler operating parts by a support member.

18.7 The temperature of the bath liquid is to be increased at a convenient rate until the liquid is within 20°F (11°C) of the temperature rating of the device [30°F (16°C) for 325°F (163°C) and higher temperature ratings]. The rate of temperature rise then is to be controlled at a rate not exceeding 1°F (0.5°C) per minute until operation of the sprinkler or until a temperature 20°F above the rated temperature is reached. The temperature of the liquid and the time of operation, as each sprinkler operates, are to be recorded.

## 19 Sensitivity Tests

### 19.1 General

19.1.1 An automatic sprinkler, other than a dry-type, shall comply with the following requirements:

  a) 19.2.2 for standard response sprinklers;

  b) 19.3.1 for standard response ordinary and intermediate temperature rated ceiling type sprinklers;

  c) 19.4.1 for standard response extended coverage sprinklers; or

Case 1:03-cv-00668-GET    Document 20    Filed 10/31/03    Page 67 of 150

    d) *19.2.1 and 19.5.1 for QR and QR extended coverage sprinklers.*

A sprinkler that complies with (a) and not (b) of 19.2.1 does not comply with this standard.

19.1.2 A coating shall not remain on sprinkler parts in a manner that impairs operation or distribution at the time of sprinkler operation in 19.2 and 19.5.

**19.2 Sensitivity – oven heat test**

19.2.1 A QR sprinkler shall have the following operating time characteristics when tested in the sensitivity test oven as specified in 19.2.3 – 19.2.5:

　　a) Fourteen seconds or less for each sprinkler when subjected to the test in 19.2.3.

　　b) Mean time equal to or less than a 1.30 multiple of the mean time of the sprinkler tested in accordance with (a) after being subjected to the exposure tests specified in Sections 23, 26, 28, and 35.

19.2.2 A standard response sprinkler shall have an operating time greater than 14 seconds and not greater than the maximum operating time specified in Table 19.1 when tested in the oven heat test as specified in 19.2.3 – 19.2.5.

*Exception: The 14 second minimum time of the oven sensitivity test does not apply to extended coverage and ceiling type sprinklers complying with the Room Heat Test for QR and QR Extended Coverage Sprinklers in 19.5.1 – 19.5.5.*

19.2.2 revised October 8, 1997

**Table 19.1**
**Maximum operating time for sprinklers in sensitivity oven**

| Sprinkler temperature rating, degrees | | Oven temperature, degrees | | Maximum operating time, seconds, for sprinkler types | | | |
|---|---|---|---|---|---|---|---|
| F | (C) | F | (C) | Quick response type | Standard response type | Ceiling[a] type | Coated type[b] |
| 135 – 170 | (57 – 77) | 275 | (135) | 14 | 100 | 100 | 180 |
| 175 – 225 | (79 – 107) | 386 | (197) | 14 | 100 | 100 | 180 |
| 250 – 300 | (121 – 149) | 555 | (290) | 14 | 100 | – | 180 |
| 325 – 375 | (163 – 191) | 765 | (407) | – | 100 | – | 180 |
| 400 – 475 | (204 – 246) | 765 | (407) | – | 120 | – | 180 |
| 500 – 575 | (260 – 302) | 765 | (407) | – | 180 | – | 180 |
| [a] Ceiling sprinklers include recessed, flush, and concealed types. | | | | | | | |
| [b] Corrosion resistant sprinklers with coated heat responsive elements including wax, lead, teflon, wax over lead, and polyester coatings. | | | | | | | |

19.2.3 Sprinklers of each style are to be tested in the sensitivity test oven in the pendent position with the heat responsive element located at least 1 inch (25.4 mm) away from the inside surfaces of the oven as follows:

a) For sprinkler designs without frame arms and incorporating symmetrical heat responsive elements and symmetrical sprinkler bodies, ten samples are to be orientated in the pendent position.

b) For sprinkler designs with or without frame arms and incorporating unsymmetrical heat responsive elements or unsymmetrical body designs, ten samples are to be orientated in the pendent position with the heat responsive element upstream of the axis of the sprinkler body.

c) For sprinkler designs incorporating frame arms with symmetrical heat responsive elements, ten samples are to be orientated in the pendent position with the frame arms in a plane perpendicular to the direction of air flow.

d) For ceiling style sprinkler designs incorporating removable cups, escutcheons, and removable closure assemblies, ten samples are to be orientated in the pendent position with the closure assemblies removed. For ceiling style sprinkler designs incorporating an integral closure assembly, ten samples are to be orientated in the pendent position with the heat responsive element exposed to the air flow.

19.2.4 The samples are to be conditioned at 75 ±2°F (24 ±1°C) for at least 2 hours. The inlet end of each sprinkler sample is to be connected to a source of air pressure at 4 ±1 psig (28 ±7 kPa) and quickly plunged into the sensitivity test oven in a pendent position. Each sprinkler is to be observed to determine if operation occurs as intended within the time specified in 19.2.1.

19.2.5 The sensitivity test oven is to consist of an 8 inch (203 mm) square stainless steel chamber as shown in Figure 19.1. A constant air velocity of 8.33 ±0.05 feet per second (2.54 ±0.01 m/s) and an air temperature as specified in Table 19.1 for each temperature rating and style sprinkler are to be established. Air velocity is to be measured using an orifice plate and a manometer or a bidirectional probe and a velometer. The air temperature is to be measured by use of a No. 30 AWG (0.05 mm$^2$) thermocouple centered upstream from the sprinkler as shown in Figure 19.1.

Case 1:03-cv-00668-GET   Document 20   Filed 10/31/03   Page 70 of 150

**Figure 19.1**
**Sensitivity test oven**

Figure 19.1 revised May 25, 1999



Case 1:03-cv-00668-GET    Document 20    Filed 10/31/03    Page 71 of 150

## 19.3 Sensitivity – room heat test for ordinary and intermediate temperature rated standard response ceiling type sprinklers (including concealed, flush, and recessed)

19.3.1 Ceiling type ordinary temperature rated sprinklers shall operate within the time period specified in 19.3.3(a) when installed in an 8-foot (2.4-m) high ceiling of a closed room.

19.3.2 Ceiling type intermediate temperature rated sprinklers shall operate within the time period specified in 19.3.3(b) when installed in an 8-foot (2.4-m) high ceiling of a closed room.

19.3.3 The mean response time and unbiased standard deviation for a sample of at least ten sprinklers shall be used to compute the statistical tolerance that 99 percent of the sample response times do not exceed that limit. The computed statistical tolerance limit (see Appendix A) shall be less than or equal to:

      a)   3 minutes, 51 seconds for ordinary temperature rated sprinklers; and

      b)   3 minutes, 9 seconds for intermediate temperature rated sprinklers.

19.3.4 Ceiling type sprinklers are to be installed in the center of the ceiling of a closed room with dimensions of 15 by 15 feet (4.57 by 4.57 m) and a ceiling 8 feet (2.4 m) high. The sample sprinkler assemblies are to be installed in accordance with the manufacturer's installation instructions in a manner that does not inhibit air flow through the escutcheons, that is, with any vented escutcheons unblocked.

19.3.5 The fire source is to consist of a 1 by 1 by 1 foot (305 by 305 by 305 mm) sandbox burner with a flow of natural gas of 340 or 915 standard cubic feet (9.6 or 25.8 $m^3$) per hour for ordinary and intermediate temperature rated sprinklers, respectively. This box is to be located in one of the corners of the 15 by 15 foot (4.57 by 4.57 m) room. The response test is to be started when the sprinklers are at the ambient temperature and the ambient temperature, measured in the center of the room and 10 inches (254 mm) from the ceiling is:

      a)   87 ±2°F (31 ±1°C) for ordinary temperature rated sprinklers; and

      b)   120 ±3°F (48.9 ±1.7°C) for intermediate temperature rated sprinklers.

## 19.4 Sensitivity – room heat test for standard response extended coverage sprinklers

19.4.1 An extended coverage sprinkler shall operate within a time period specified in 19.4.2 when installed on a wall or ceiling of a closed room having an 8-foot (2.4-m) high ceiling and when tested as specified in 19.4.3 – 19.4.5.

19.4.2 The mean response time and unbiased standard deviation for a sample of at least ten extended coverage sprinklers shall be used to compute the statistical tolerance limit so that there is 95 percent confidence that 99 percent of the sample response times do not exceed that limit. The computed statistical tolerance limit (see Appendix A) shall be less than or equal to:

      a)   3 minutes, 51 seconds for ordinary temperature rated sprinklers intended for light hazard occupancies;

      b)   3 minutes, 9 seconds for intermediate temperature rated sprinklers intended for light hazard occupancies; and

      c)   2 minutes, 30 seconds for ordinary temperature rated sprinklers intended for ordinary hazard occupancies.

19.4.3 The extended coverage sprinkler is to be installed on a wall or ceiling of a closed room having an 8-foot (2.4-m) high ceiling and an area specified by the manufacturer. The deflector of a sidewall type is to be located 4 inches (102 mm) and the maximum distance below the ceiling specified by the manufacturer. The base of a horizontal sidewall type sprinkler is to be installed adjacent to the wall. The deflector of an upright or pendent type sidewall sprinkler is to be mounted at the minimum clearance from the wall or vertical surface as specified by the manufacturer. An upright or pendent sprinkler shall be tested 10 inches (254 mm) below the ceiling and located in the center of the room. A ceiling mounted type sprinkler is to be installed as specified by the manufacturer.

No Text on This Page

19.4.4 A recessed or concealed extended coverage sprinkler having a vented escutcheon is to be installed and tested in an unblocked manner, that is, in a manner that does not inhibit air flow through the escutcheon.

19.4.5 The fire source for the room heat test specified in 19.5 is to consist of a 1 by 1 by 1 foot (305 by 305 by 305 mm) sand burner with a flow of natural gas of 340 or 915 standard cubic feet (9.6 or 25.8 m³) per hour for ordinary and intermediate temperature rated sprinklers, respectively. The burner is to be located in one of the corners opposite the wall on which the sprinkler is located for a sidewall type and located in one corner for a ceiling type. The response test is to be started when the ambient temperature measured in the center of the room and 10 inches (254 mm) from the ceiling is:

    a) 87 ±2°F (31 ±1°C) for ordinary temperature rated sprinklers; and

    b) 120 ±3°F (48.9 ±1.7°C) for intermediate temperature rated sprinklers.

## 19.5 Sensitivity – room heat test for QR and QR extended coverage sprinklers

19.5.1 Ordinary or intermediate temperature rated QR sprinklers and QR extended coverage sprinklers for light hazard occupancies shall have an operating time of 75 seconds or less for each sprinkler when tested as specified in 19.5.3 – 19.5.5. Ordinary or intermediate temperature rated QR extended coverage sprinklers for ordinary hazard occupancies shall have an operating time of 55 seconds or less for each sprinkler when tested as specified in 19.5.3 – 19.5.5.

19.5.2 A recessed or concealed sprinkler having a vented escutcheon is to be installed and tested in an unblocked manner, that is, in a manner that does not inhibit air flow through the escutcheon.

19.5.3 Sprinklers of each type are to be installed in a test room (see 19.5.4) in the following position and orientation:

    a) For pendent and ceiling type sprinkler designs without frame arms and incorporating symmetrical heat responsive elements and symmetrical sprinkler bodies, ten samples are to be installed in their intended position at the ceiling.

    b) For pendent and ceiling type sprinkler designs with or without frame arms and incorporating unsymmetrical heat responsive elements, ten samples are to be orientated with the heat responsive element downstream of the axis of the sprinkler body in relation to the direction of the fire source. The samples are to be in their intended position.

    c) For pendent and ceiling type sprinkler designs incorporating frame arms with symmetrical heat responsive elements, ten samples are to be orientated with the frame arms in a plane parallel to the direction of the fire source. The samples are to be installed in their intended position.

    d) For upright sprinklers having configurations referenced in (a), (b), and (c), ten samples are to be installed in the pendent position.

    e) For sidewall sprinkler designs, ten samples are to be installed in their intended position with the deflector located 4 inches (102 mm) below the ceiling.

19.5.4  The sprinkler is to be mounted as specified in 19.5.3 on a ceiling or a wall of a closed room having an 8 foot (2.4 m) high ceiling. For a QR sprinkler, the room is to be 15 by 15 feet (4.6 by 4.6 m). For a QR extended coverage sprinkler, the room size is to be as specified by the manufacturer and be the same dimensions used for the extended coverage tests in these requirements. The sprinkler inlet waterway is to be filled with water having a temperature of 70 ±3°F (21 ±1.6°C). The water is to be pressurized to 4-1/2 ±1/2 psig (31 ±3.4 kPa), when required for sprinkler operation.

19.5.5  The fire source is to consist of a 1 by 1 by 1 foot (305 by 305 by 305 mm) sand burner located in one corner of the room with a flow of natural gas of 500 standard cubic feet (14.2 m³) per hour for ordinary temperature rated sprinklers and 600 standard cubic feet (17.0 m³) per hour for intermediate temperature rated sprinklers. A pendent, upright, or ceiling type sprinkler is to be installed along a diagonal line on the ceiling at a distance of 16 feet, 9 inches (5.1 m) from the corner of the room where the sand burner is located. A pendent, upright, or ceiling type extended coverage sprinkler is to be installed in the intended position at a point where a diagonal line from the corner having the burner to the opposite corner intersects an arc having a radius equal to the distance from the corner having the burner to the midpoint of the opposite wall. A sidewall sprinkler is to be installed on the midpoint of the furthest wall furthest the corner having the sand burner. The test is to be started when the ambient temperature is 87 ±2°F (31 ±1°C) for ordinary temperature rated sprinklers and 120 ±2°F (49 ±1.1°C) for intermediate temperature rated sprinklers, as measured in the center of the room 10 inches (254 mm) below the ceiling. The gas burner is to be ignited, and the operation time of the sprinkler is to be recorded.

## 20  Operation – Lodgement Test

20.1  An automatic sprinkler of other than the upright dry-type shall operate at service pressures of 7 psig (48 kPa) to the rated pressure. All operating parts shall release with sharp, positive action. Operating parts intended to be released from the sprinkler assembly shall be thrown clear of the sprinkler frame and deflector so as not to impair the water distribution pattern.

20.1 revised October 8, 1997

20.2  An upright dry-type sprinkler of the maximum length shall operate at a pressure of 12.5 psig (86 kPa) or less, to clear from the waterway of all internal parts which adversely affects normal flow. When the minimum pressure required to clear operating parts exceeds 5 psig (34 kPa), the minimum operating pressure of such a sprinkler shall be designated as two times the minimum pressure required to clear operating parts.

20.3  For sprinklers rated 175 psig (1.2 MPa), 30 samples of automatic sprinklers are to be individually tested. Each sample is to be installed in its intended installation position on a rigid piping arrangement and supplied with flowing water at service pressures in accordance with the following: five sprinklers at 7 psig (48 kPa) [when the sprinkler is a dry upright type, 12.5 psig is to be used], five sprinklers at 25 psig (172 kPa), five sprinklers at 50 psig (345 kPa), five sprinklers at 75 psig (517 kPa), five sprinklers at 125 psig (862 kPa), and five sprinklers at 175 psig (1.21 MPa). In addition, for sprinklers having ratings exceeding 175 psig (1.2 MPa), five sprinklers shall be tested at each 25 psig (172 kPa) increment from 200 psig (1.38 MPa) to the rated pressure. Each sample is then to be operated by exposing the heat responsive element to a uniform application of heat. A sprinkler does not comply when a part interfering with correct water distribution maintains interference for a minimum of 1 minute under flowing water service pressure. The service pressure and the action of the operating parts, when releasing, are to be observed to determine compliance with these requirements.

20.3 revised October 8, 1997

20.4 Five samples of upright dry-type sprinklers of maximum length are to be individually tested. Samples are to be installed on piping connected to a water supply intended for the purpose. With the supply pressure at 0 psig (0 kPa), the heat responsive element of each sample is to be operated. The service pressure is then to be increased at a rate not greater than 1 psig (7 kPa) in 15 seconds. The pressure at which internal parts clear the waterway is to be noted.

No Text on This Page

## 21  Flow Endurance Test

21.1  An automatic sprinkler shall withstand for 30 minutes, *without evidence of cracking, deformation, or separation of any part*, a waterflow at a pressure equal to the rated pressure plus 25 psig (172 kPa).

21.1 revised October 8, 1997

21.2  One sample of an automatic sprinkler is to be installed on an elbow in a pressurized water system. The heat responsive element of the sprinkler is to be activated, and the sample subjected to water flow at the specified pressure for 30 minutes.

## 22  Operation – Cold Soldering Test

### 22.1  General

22.1.1  *When tested in accordance with 22.1.2 – 22.1.5 and while discharging water at a service pressure of 75 psig (517 kPa) less than the rated pressure, an open pendent, upright, sidewall or extended coverage sprinkler shall not prevent the operation of a second ordinary-temperature rated automatic sprinkler of the same type.* When tested in accordance with 22.1.2, while discharging water at a service pressure of 100 psig (698 kPa), an open pendent or upright intermediate level sprinkler shall not prevent *the operation of a second ordinary-temperature rated automatic sprinkler of the same type.*

22.1.1 effective October 8, 1999

22.1.2  For pendent and upright sprinklers, an automatic and open sprinkler are to be installed on parallel pipe lines with the sprinklers located 6 feet (1.8 m) apart, and the frame arms parallel to the pipe line. The sprinkler deflectors are to be located *6, 14 and 22 inches (152, 356 and 559 mm)* below a flat ceiling.

22.1.2 effective October 8, 1999

22.1.3  For horizontal sidewall sprinklers, an automatic and open sprinkler are to be installed on the same pipe line with the sprinklers located 6 feet (1.8 m) apart or the minimum distance between sprinklers as specified in the installation instructions, to discharge water perpendicular to the pipe line. *The sprinklers are to be located 6 and 12 inches (152 and 305 mm) below a flat ceiling and 6 inches (152 mm) away from a back wall.*

22.1.3 effective October 8, 1999

22.1.4  For extended coverage and vertical sidewall sprinklers, the sprinkler is to be installed in the manner as described in 22.1.2 or 22.1.3, whichever is applicable based on the style of sprinkler tested, except that the sprinkler spacing is to be the *minimum distance between sprinklers as specified in the* installation instructions.

22.1.4 effective October 8, 1999

22.1.5  Water is to be discharged from the open sprinkler at a service pressure of 100 psig (689 kPa). Under this condition, the automatic sprinkler is *to be exposed to the heat and flame from a 1-foot-square* (305-mm-square) pan, 4 inches (102 mm) deep containing 1 pint (0.47 liter) of heptane (see 34.4.9), with *the top of the pan located 6 inches (152 mm) below the heat responsive element of the automatic* sprinkler. Observations are to be made for operation of the automatic sprinkler. Non-operation of the automatic sprinkler is an indication that the open sprinkler discharge prevented the automatic sprinkler from operating.

22.1.5 effective October 8, 1999

## 22.2 Intermediate level sprinklers

22.2.1 An ordinary-temperature rated sprinkler is to be installed in the center of and located 7 feet, 6 inches (2.29 m) below four open sprinklers which are located on the corners of a 10- by 10-foot (3- by 3-m) square. Water is to be discharged from the open sprinklers at a service pressure of 7 psig (48 kPa) per sprinkler. Under this condition, the closed sprinkler is to be exposed to the heat and flame from a 1-foot (305-mm) square pan, 4 inches (102 mm) deep, containing 1 pint (0.47 L) of heptane. The top of the pan is to be located 6 inches (152 mm) below the heat-responsive element of the closed sprinkler. The test sprinkler shall operate before the fuel is consumed. The test is then to be repeated with the closed sprinkler 5 feet (1.52 m) below the four open sprinklers.

## 23 High Temperature – Test For Uncoated Sprinklers

23.1 An uncoated automatic sprinkler shall withstand for 90 days, without evidence of weakness or malfunction, an exposure to a high-ambient temperature in accordance with Table 23.1, or 20°F (11°C) below the rated operating temperature of the samples (whichever is the lower temperature), and not less than 120°F (49°C). Following the exposure, each sprinkler shall comply with the Leakage Test, Section 14. Sprinklers of other than the dry type and QR recessed, QR concealed, QR-EC recessed, and QR-EC concealed are to then be subjected to the Sensitivity – Oven Heat Test, see 19.2.1 – 19.2.5. The Sensitivity – Room Heat Test is to be conducted on QR recessed, QR concealed, QR-EC recessed and QR-EC concealed type sprinklers, see 19.3.1 – 19.3.5; and the Response Test for Ordinary and Intermediate Temperature Rated Ceiling Type Sprinklers is to be conducted on standard response type recessed and concealed sprinklers, see 19.3.1 – 19.3.5. Each sample shall be operable, and the average time of operation shall not increase more than a 1.3 multiple when compared to the average time of samples not subjected to the High Temperature – Test for Uncoated Sprinklers. Dry-type sprinklers are to then be subjected to the plunge test described in 35.3.

**Table 23.1**
**High-temperature exposure test conditions**

| Sprinkler temperature rating | | High ambient test temperature | |
|---|---|---|---|
| Degrees F | (Degrees C) | Degrees F | (Degrees C) |
| 135 – 140 | 57 – 60 | 120 | 49 |
| 145 – 170 | 63 – 77 | 125 | 52 |
| 175 – 225 | 79 – 107 | 175 | 79 |
| 250 – 300 | 121 – 149 | 250 | 121 |
| 325 – 375 | 163 – 191 | 300 | 149 |
| 400 – 475 | 204 – 246 | 375 | 191 |
| 500 – 575 | 260 – 302 | 475 | 246 |

23.2 An automatically-controlled, circulating-type, constant-temperature oven is to be used for this test. Five automatic sprinklers of each operating temperature are to be placed in an oven at the specified test temperature.

## 24 High Temperature – Test For Coated Sprinklers

24.1 A coated automatic sprinkler shall withstand for 90 days without evidence of deterioration or malfunction an exposure to a high-ambient temperature as specified in Table 7.1, or 20°F (11°C) below the rated operating temperature of the samples (whichever is the lower temperature), and not less than 120°F (49°C). Following the exposure, the coating shall not show evidence of deterioration such as cracking, flaking, or flowing. Sprinklers of other than the dry-type then are to be subjected to the Sensitivity – Oven Heat Test, see 19.2.1 – 19.2.5. Dry-type sprinklers are then to be subjected to the plunge test described in 35.3.

24.2 An automatically-controlled, circulating-type, constant-temperature oven is to be used for this test. Five automatic sprinklers with each type of coating are to be placed in the oven at the specified test temperatures.

## 25 Strength Of Frame Test

25.1 An automatic sprinkler frame shall not show permanent distortion in excess of 0.2 percent of the distance between its bearing points when subjected to a test loading of twice its assembly load at rated hydrostatic pressure.

25.2 The distance between load-bearing points is to be measured to the nearest 0.001 inch (0.03 mm) from the plane of the sprinkler-orifice outlet at the center of the orifice to the center of the compression bearing surface.

25.3 At least ten sprinkler samples are to be individually installed in a test apparatus that applies a load to the upper compression bearing surface. A measuring instrument is to be attached to indicate the amount of deflection at the deflector end of the sprinkler frame.

25.4 The heat responsive element of the sample is to be carefully removed so as not to damage the frame. The negative deflection, due to release of the assembly load, is to be recorded. A load is then to be applied to redeflect the sprinkler at a rate of 0.02 inch (0.51 mm) per minute until the deflection returns to zero. The load at zero deflection is to be recorded as the assembly load.

25.5 A load of twice the assembly load at rated pressure is then to be applied to the individual sample. The deflection during the load application and the amount of permanent set after the load application are to be determined to verify compliance with the requirements in 25.1.

## 26 Impact Resistance Test

26.1 An automatic sprinkler shall not be damaged or leak when tested as described in 26.2. See Figure 26.1.

**Figure 26.1**
**Impact test apparatus**



Cold Drawn Seamless Steel Tubing
Inside Diameter 14.10 mm +0 −0.13 mm

Weight (see Detail "A")

Latching Pin

Adjustable Brackets (2)

Length to be Determined
(Function of Required Weight)

Break Corner
0.06 mm x 45°

1 m

Rigid
Support

**Detail "A" Weight**
12.70mm Diameter
AISI C1018 Cold
Finished Steel

Sprinkler Support
165mm Diameter
Cold Finished Steel
AISI C1018

28.6mm

S2469

26.2 Five sample 5.6 nominal "K" factor sprinklers are to be tested by dropping a cylindrical mass equivalent to the mass of the sprinkler to the nearest 5-g increment from a height of one meter onto the geometric center of the deflector or, when this is not practicable, onto the butt end of the sprinkler. The mass is to be prevented from impacting more than once upon each sample. Following the impact, each sprinkler is to be visually examined and there shall be no evidence of cracks, breaks, or any other damage. Each sample sprinkler shall then withstand a 435 psig (3 MPa) hydrostatic pressure for 1 minute without leakage. In addition, each sample shall then be subjected to the Sensitivity – Oven Heat Test, see 19.2.1 – 19.2.5, and shall operate at within a 1.3 multiple of the mean time obtained on samples not subjected to the Impact Resistance Test.

26.2 revised January 24, 2000

## 27 Rough Usage Test

27.1 An automatic sprinkler shall withstand the effects of rough usage without deterioration of its performance characteristics. Following 3 minutes of tumbling as described in 27.3, the sprinkler shall comply with the Leakage Test, Section 14, and the Sensitivity Tests, Section 19.

27.1 effective October 8, 1998

27.2 Five sample sprinklers are to be tested. The sprinklers are to be tested with a shipping protector in place when the protector is intended to be removed from the sprinkler after the sprinkler is installed and reference to this removal requirement is made in the installation instructions.

27.2 effective October 8, 1998

27.3 Five samples are to be individually placed in a vinyl-lined right hexagonal prism-shaped drum[a] designed to provide a tumbling action. The drum is to have an axis of rotation of 10 inches (254 mm). The distance between opposite sides is to be 12 inches (305 mm). For each test, one sample and five 1-1/2-inch (38.1-mm) hardwood cubes are to be placed in the drum. The drum is to be rotated at 1 revolution per second for 3 minutes. The sample is to be removed from the drum, examined for signs of damage, and then subjected to the Leakage Test, Section 14, and to the Sensitivity Tests, Section 19.

[a]A drum acceptable for this test is available from Kramer Industries, Inc., Copiague, NY 11726, Model K1401.

27.3 effective October 8, 1998

## 28 Vibration Test

28.1 An automatic sprinkler shall withstand the effects of vibration without deterioration of its performance characteristics. The sprinkler is to be subjected to vibration of 0.04 inch (1.0 mm) amplitude for 120 hours at a frequency that is continuously varied between 18 and 37 hertz. However, when the sprinklers exhibit resonance at a frequency within the range of 18 to 37 hertz, the resonant frequency is to be used for the entire test period. Following the vibration test, the sprinkler shall comply with the Leakage Test, Section 14. In addition, the sprinkler shall operate as intended when subjected to the Sensitivity – Oven Heat Test, see 19.2.1– 19.2.5.

28.2 Five sprinkler samples are to be threaded into the pipe couplings on a steel mounting plate, and the plate is to be bolted to the table of a vibration machine so that the sprinklers are mounted vertically. When dry sprinklers are tested, they are to be samples of the maximum length. The test sprinklers then are to be vibrated in the vertical direction.

28.3 This test is to be conducted with the test sprinklers unpressurized.

28.4 For these tests, amplitude is defined as the maximum displacement of sinusoidal motion from position of rest to one-half of the total table displacement; resonance is defined as the maximum magnification of the applied vibration.

## 29  Calibration Test

29.1 The discharge coefficient "K" of a sprinkler shall be determined and shall comply with the requirements specified in Nominal "K" Factors, Section 8.

29.1 revised January 24, 2000

29.2 The sprinkler is to be installed on an outlet from a reservoir sized so that the velocity head effect ($V^2/2$ g) is reduced to approach a velocity of zero. The outlet is to consist of a pipe coupling of a size corresponding with the size of the sprinkler thread (1/2, 3/4 or, 1 inch NPT), as described in the Standard for Pipe Threads, General Purpose (Inch) (Revision and Redesignation of ASME/ANSI B2.1-1968)(R1992), ASME B1.20.1-1983. For sprinklers having a nominal "K" factor of 8 or less, the coupling is to be installed in the reservoir by positioning the coupling in a hole so that the inlet to the coupling protrudes into the interior of the reservoir 1/8 inch (3.2 mm) or more. See Figure 29.1 as an example of the apparatus. For sprinklers having a nominal "K" factor greater than 8, the outlet shall consist of a nominal six-inch blank flange drilled and threaded to the appropriate thread size, and attached to a six-inch pipe. See Figure 29.2 for an example of this apparatus.

29.2 revised January 24, 2000

**Figure 29.1**
**Calibration test equipment**

Figure 29.1 revised May 25, 1999

S2464A

SECTION A—A

Case 1:03-cv-00668-GET  Document 20  Filed 10/31/03  Page 84 of 150

**Figure 29.2**
**Calibration test equipment for sprinklers with "K" factors greater than eight**

Figure 29.2 added January 24, 2000



Section AA

Detail B

S4138A

Note: All dimensions are nominal size

29.3 When dry-type sprinklers are tested, the range of lengths tested is to include the maximum and minimum lengths to be produced. The minimum length is to be used to determine compliance with the requirements specified in 8.2.

29.4 The sprinkler sample is to be flow tested first at a pressure of 7 psig (48 kPa) and then at 10 psig (69 kPa). Following this, the pressure is to be increased in 5 psig (34 kPa) increments up to 50 psig (345 kPa), in 10 psig (69 kPa) increments up to and including 75 psig (517 kPa) less than the rated pressure, decreased in 10 psig (69 kPa) increments down to 50 psig (345 kPa), in 5 psig (34 kPa) increments down to 10 psig (60 kPa), and then decreased to 7 psig (48 kPa). The flow at each increment of pressure is to be measured by a flow-measuring device having an accuracy of within 2 percent of the actual flow. The discharge coefficient "K" is to be calculated by dividing the flow in gallons per minute (L/S x 15.85) by the square root of the pressure in psig (MPa x 145). The average discharge coefficient "K" is then to be calculated.

29.4 revised October 8, 1997

Case 1:03-cv-00668-GET   Document 20   Filed 10/31/03   Page 86 of 150

## 30  10 Pan Distribution Test

30.1  When tested as described in 30.3 and 30.4, the water-distribution pattern from a sprinkler, except as noted in 30.2, shall not exceed a 16 foot (4.88 m) diameter circular area located in a horizontal plane 4 feet (1.22 m) below the sprinkler deflector.

30.2  Water shall not accumulate in areas outside the 16 foot (4.88 m) diameter circle unless the accumulations do not exceed 0.03 gallons per minute per square foot (0.007 L/s per m$^2$).

30.3  An open sprinkler is to be installed in its intended position (upright or pendent) in a tee fitting 1 inch by 1 inch with an inlet the size of the sprinkler, supplied with water by 1 inch piping flowing from one direction. The sprinkler deflector is to be located 7 inches (178 mm) below a minimum 12 by 12 foot (3.65 by 3.65 m) smooth, flat, horizontal ceiling. The frame arms are to be parallel to the piping on which installed. A ceiling or recessed type sprinkler is to be mounted in the ceiling in the intended installation position. The deflector is to be 4 feet (1.22 m) above a row of ten 1-foot-square (305-mm-square) collection pans mounted on a rotating table which has its pivot placed directly below the center of the sprinkler sample. The center of the first pan is to be directly below the center of the sprinkler. See Figure 30.1.

**Figure 30.1**
**10 pan sprinkler distribution test arrangement**



[1] Included only when upright sprinkler is being tested
[2] Included only when pendent sprinkler is being tested

S2485A

30.4  With the table and pans rotating at 1 revolution per minute (rpm), water is to be discharged from the sprinkler for a minimum of 10 minutes or until a pan is filled with water, whichever occurs first and at a rate of 15 gallons per minute (0.95 L/s) for 1.4, 1.9, 2.8, 4.2, and 5.6 nominal "K" factor sprinklers and at a rate of 21 gallons per minute (1.32 L/s) for 8.0 nominal "K" factor sprinklers. The water collected is to be measured and the density in gallons per minute per square foot (L/s per m$^2$) calculated.

30.4 revised January 24, 2000

## 31  16 Pan Distribution Test

31.1  Four sprinklers, flowing at the rates indicated in Table 31.1 and tested as specified in 31.2 – 31.6, shall discharge water at an average density of:

   a) Not less than the average shown in Table 31.1 for the 16 pans (see 31.5); and

   b) Not less than 75 percent of the specified average for any individual pan.

**Table 31.1**
**16 pan sprinkler distribution tests**

Table 31.1 revised January 24, 2000

| Nominal "K" Factor | Waterflow per sprinkler | | Minimum average collection | |
|---|---|---|---|---|
| | gpm | (L/s) | gpm/ft$^2$ | (L/s per m$^2$) |
| 1.4 | 3.75 | 0.24 | 0.0375 | 0.02 |
| 1.9 | 5.25 | 0.33 | 0.0525 | 0.04 |
| 2.8 | 7.50 | 0.47 | 0.0750 | 0.05 |
| 4.2 | 11.25 | 0.71 | 0.1125 | 0.08 |
| 5.6 | 15.00 | 0.95 | 0.1500 | 0.11 |
| 8.0 | 21.00 | 1.32 | 0.2100 | 0.14 |

31.1.1  Sprinklers rated at a pressure greater than 175 psig (1.2 MPa), shall be tested at a flow rate corresponding to a pressure of 75 psig (517 kPa) less than the rated pressure and comply with the requirements of 31.1 (a) and (b) for the "K" factor specified.

31.1.1 revised January 24, 2000

31.2  Two distribution tests are to be conducted. After completion of the first test, two of the four sprinklers in opposite corners are to be transposed, prior to conducting the second test. The results of each test shall be in accordance with 31.1.

31.3  Four open sprinklers are to be installed in their intended position (upright or pendent) in 90 degree elbows having a 1 inch inlet and an outlet the same size as the sprinkler inlet, each supplied with water through 1 inch piping, with sprinkler deflectors located 7 inches (178 mm) below a minimum 12- by 12-foot (3.66- by 3.66-m) smooth, flat, horizontal ceiling. The frame arms are to be parallel to the piping on which installed.

31.4  Each ceiling or recessed type sprinkler is to be mounted in the center of a minimum 2- by 2-foot (0.61- by 0.61-m) square "ceiling" in the intended installation position. When dry-type sprinklers are tested, the shortest available length is to be used.

31.5 The four sprinklers are to be installed at the corners of a 10- by 10- foot (3.05- by 3.05-m) square. Sixteen 1-foot-square (305-mm$^2$) pans, located 7 feet, 6 inches (2.29 m) below the sprinkler deflectors and centered between the sprinklers, are to be used to collect the sprinkler discharge. See Figure 31.1.

31.6 Water is to be discharged for a minimum of 10 minutes. The amount collected in each pan is to be measured, and the density in gallons per minute per square foot (L/s per m$^2$) calculated.

No Text on This Page

Case 1:03-cv-00668-GET   Document 20   Filed 10/31/03   Page 90 of 150

**Figure 31.1**
**16 pan sprinkler distribution test arrangement**



Note: A – 16 pans, 12 by 12 by 12 inches (0.3 by 0.3 by 0.3 m) deep.

B – Piping above ceiling and connecting piping to sprinkler branch piping all 1-1/2 inch.

## 32  Water Distribution Test – Conventional (Old Style) Sprinklers

32.1  When a conventional (old style) sprinkler is flowing water at the rate specified in Table 32.1 for various sprinkler "K" factors, the number of containers in which the quantity of water is less than 50 percent of the water coverage specified in column 2 of Table 32.1 shall not exceed the value specified in column 6 of Table 32.1.

32.1 revised January 24, 2000

**Table 32.1**
**Water coverage values for conventional sprinklers**

Table 32.1 revised January 24, 2000

| Nominal "K" Factor | Water coverage | | Flow rate per sprinkler | | Protected area | | Sprinkler spacing | | Number of containers with a lower content of water |
|---|---|---|---|---|---|---|---|---|---|
| | mm/min per m$^2$ | (gpm/ft$^2$) | l/min | (gpm) | m$^2$ | (ft$^2$) | m | (ft) | |
| 4.2 | 2.5 | (0.06) | 50.6 | (13.4) | 20.25 | (217.8) | 4.5 | (14.76) | 8 |
| 5.6 | 5.0 | (0.12) | 61.3 | (16.2) | 12.25 | (131.8) | 3.5 | (11.48) | 5 |
| | 15.0 | (0.36) | 135.0 | (35.7) | 9 | (96.8) | 3 | (9.84) | 4 |
| 8.0 | 10.0 | (0.24) | 90.0 | (23.8) | 9 | (96.8) | 3 | (9.84) | 4 |
| | 30.0 | (0.72) | 187.5 | (49.5) | 6.25 | (67.2) | 2.5 | (8.2) | 3 |

32.2  Four sprinklers of the same type shall be installed in a test chamber having minimum dimensions 7 by 7 m (23 by 23 feet) and maximum dimensions 8 by 8 m (26 by 26 feet). The sprinklers shall be arranged in a square, on piping prepared for this purpose. The arrangement of the piping and collection pans is shown in Figures 32.1 – 32.4. The frame arms of the sprinklers shall be positioned parallel to the supply pipes.

32.2 effective October 8, 1998

Case 1:03-cv-00668-GET   Document 20   Filed 10/31/03   Page 92 of 150

**Figure 32.1**
**Layout of water distribution collection room**
[Measured area 20.25 m² (217.9 ft²)]

Figure 32.1 effective October 8, 1998



SMI028B

**Figure 32.2**
**Layout of water distribution collection room**
[Measured area 12.25 m² (131.8 ft²)]

Figure 32.2 effective October 8, 1998



SMI029B

**Figure 32.3**
**Layout of water distribution collection room**
[Measured area 9 m² (96.8 ft²)]

Figure 32.3 effective October 8, 1998



**Figure 32.4**
**Layout of water distribution collection room**
[Measured area 6.25 m² (67.24 ft²)]

Figure 32.4 effective October 8, 1998



Case 1:03-cv-00668-GET   Document 20   Filed 10/31/03   Page 94 of 150

32.3  Water is to be discharged for a minimum of 10 minutes, and the amount collected in each pan is to be measured and recorded to determine the amount and uniformity of discharge.

32.3 effective October 8, 1998

32.4  Flush or recessed type sprinklers shall be mounted in a false ceiling of dimensions not less than 6 by 6 m (20 by 20 feet), arranged symmetrically in the test chamber. The sprinklers shall be fitted directly into the horizontal pipework by means of tee or elbow fittings.

32.4 effective October 8, 1998

32.5  The area covered and the water density of coverage for the three nominal "K" factors are given in Table 31.1.

32.5 revised January 24, 2000

32.6  The water distribution in the area between the four sprinklers shall be measured by means of square collection pans of size 500 mm (19.7 inches). The distance between the ceiling and the upper edge of the collection pans shall be 2.7 m (8.9 feet). The pans shall be positioned centrally in the room, beneath the four sprinklers. The water shall be collected for at least 3 min.

32.6 effective October 8, 1998

32.7  The water discharge of sprinklers downward from the deflectors is to be 40 to 60 percent for conventional sprinklers and 80 to 100 percent for spray sprinklers. The sprinklers are to be installed horizontally in a testing rig as shown in Figure 32.5. The deflector is to be positioned within the apparatus so that a theoretical dividing line between the two collecting volumes intersects a point on the axis of the sprinkler where the water spray is travelling substantially parallel to the plane of the partition. The sprinklers are to be tested at the flow conditions specified in Table 32.2.

Added 32.7 effective October 8, 1998

### Table 32.2
### Flow conditions

Table 32.2 revised January 24, 2000

| Nominal "K" Factor | Water flow rate l/minute |
|---|---|
| 4.2 | 50.6 |
| 5.6 | 61.3 |
| 8.0 | 90 |

## 33  100 Pan Distribution Test – Sidewall Sprinklers

33.1  When tested as described in 33.3 – 33.5, the water distribution from two sidewall sprinklers over a 100 foot square (9.3 m$^2$) floor area covered by 100 collection pans (see Figure 33.1) shall be as follows:

a) For 1.4, 1.9, 2.8, 4.2, and 5.6 nominal "K" factor sprinklers, a minimum average water collection in the pans of 0.050 gpm/ft$^2$ (0.034 L/s per m$^2$), and a minimum water collection of 0.030 gpm (0.00018 L/s) for any individual pan.

b) For 8.0 nominal "K" factor sprinklers, a minimum average water collection in the pans of 0.070 gpm/ft$^2$(0.048 L/s per m$^2$), and a minimum water collection of 0.030 gpm (0.00026 L/s) for any individual pan.

33.1 revised January 24, 2000

**Figure 32.5**
**Water distribution above and below the deflectors**

Added Figure 32.5 effective October 8, 1998



S3915

33.2  When tested as described in 33.3– 33.5, each sidewall sprinkler shall wet an area of a smooth wall located behind the sprinkler to within 4 feet (1.2 m) below the level of the sprinkler deflector. Such wetting shall account for a minimum of 3.5 percent of the total discharge at the minimum pressure specified in 33.4. The entire area shall be completely wetted within the curvilinear shape defined by the intended floor area and the apex located 4 feet below the deflector.

33.2 revised October 8, 1997

*No Text on This Page*

**Figure 33.1**
**Sidewall sprinkler distribution test**





NOTE: ALL PIPING 1 INCH (33.4mm OD) SCHEDULE 40

---

<u>DETAIL "A"</u>



S2468B

Case 1:03-cv-00668-GET    Document 20    Filed 10/31/03    Page 98 of 150

33.3 Two sprinklers are to be installed below a ceiling in their intended installation position, each supplied with water through 1-inch piping in front of a 20-foot wide by 8-foot high (6.1- by 2.4-m) wall section. The sprinklers are to be attached to the 1-inch piping as follows:

a) Upright and pendent type – by means of a 90- degree elbow, 1-inch close nipple, and a 1-by 1-inch 90-degree elbow;

b) Horizontal type – by means of a 90-degree elbow.

*The two sprinklers are to be installed with their deflectors 6 inches (152 mm) from the wall and spaced 10 feet (3.05 m) apart, with frame arms in a uniform direction. One hundred 1-foot (305-mm) square collection pans are to be located in a 10-by 10-foot (3.05- by 3.05-m) square, centered between the sprinklers and extending 2 to 12 feet (0.61 to 3.65 m) outward from the wall. The sprinkler deflectors are to be located 4 inches (102 mm) below a ceiling located 8 feet (2.4 m) above the floor. See Figure 33.1.*

33.4 For 1.4, 1.9, 2.8, 4.2, and 5.6 nominal "K" factor sprinklers, the water flow rate is to be 15 gpm (0.95 L/s). For 8.0 nominal "K" factor sprinklers, the water flow rate is to be 21 gpm (1.3 L/s). In addition, sprinklers rated for pressures exceeding 175 psig (1.2 MPa) are to be tested at a flow rate corresponding to a pressure of 75 psig (517 kPa) less than the rated pressure.

33.4 revised January 24, 2000

33.5 Water is to be discharged for a minimum of 10 minutes. The water wetting the wall behind the sprinkler is to be collected, measured, and the percentage of the total discharge calculated. The water impinging on the back wall is to flow downward on the surface of a nonporous plastic material that is to be placed over the surface of the wall. The water is to be directed from the plastic into a row of collection pans on the floor adjacent to the wall. A baffle is to be placed over the pan to prevent direct impingement of water from the sprinkler. *The amount collected in each pan is to be measured and recorded to determine the amount and uniformity of discharge.*

## 34 350 Pound Wood Crib Fire Test

### 34.1 General

34.1.1 When tested as described in 34.2.1– 34.4.14 while discharging water at the flow rates as shown in Table 34.1; and for sprinklers having a rated pressure exceeding 175 psig (1.2 MPa). at a flow rate corresponding to a pressure of 75 psig (517 kPa) less than the rated pressure; four open sprinklers shall:

a) Limit the loss in weight of the wood crib to not more than 20 percent; and

b) Result in the ceiling temperature reduced to a value less than 530°F (295°C) above ambient within 5 minutes after start of water discharge. Additionally, from the time the temperature initially falls below 530°F above ambient to the end of the test, the ceiling temperature shall not exceed this value for more than three consecutive minutes and the average temperature for this period shall not exceed 530°F above ambient.

34.1.1 revised October 8, 1997

34.1.2 Sidewall, 1.4, 1.9, 2.8, and 4.2 nominal "K" factor, and extended coverage type sprinklers, intended for use in light hazard occupancies only, are not to be subjected to the 350 lb. Wood Crib Fire Test.

34.1.2 revised January 24, 2000

**Table 34.1**
**Flows for 350 lb. wood crib fire test**

Table 34.1 effective October 8, 1998

| Sprinkler description | Spacing, feet | Test flow per sprinkler, GPM |
|---|---|---|
| Spray type, standard orifice | 10 x 10 | 15 and 25 |
| Spray type, large orifice | 10 x 10 | 21 and 35 |
| Sidewall, standard orifice | 10 x 20 | 15 and 25 |
| Sidewall, large orifice | 10 x 20 | 21 and 35 |
| Extended coverage sprinklers for ordinary hazard occupancies, upright and pendent | 12 x 12 | 22 and 29 |
|  | 14 x 14 | 30 and 39 |
|  | 16 x 16 | 39 and 51 |
|  | 18 x 18 | 49 and 65 |
|  | 20 x 20 | 60 and 80 |

## 34.2 Test Method – spray upright, spray pendent, ceiling, dry, or recessed or extended coverage for ordinary hazard occupancies types

34.2.1 Four open sprinklers of the spray upright, spray pendent, spray ceiling type, or spray dry type are to be installed at the corners of a 10 by 10 foot (3.05 by 3.05 m) piping grid or at the spacings specified by the manufacturer for the Extended Coverage Sprinklers for Ordinary Hazard Occupancies in a vented test room having a smooth, flat, horizontal ceiling 15 feet, 9 inches (4.8 m) high. Sprinkler frame arms are to be parallel to the piping and the wood crib centered between the four sprinklers. For extended coverage sprinklers, an additional fire test is to be conducted at the maximum sprinkler spacing specified by the manufacturer, using the highest flow indicated in Table 34.1 for the applicable spacing, with the crib positioned in a location yielding the least amount of water collected during the Distribution Tests for Extended Coverage Sprinklers Intended for Ordinary Hazard Occupancies, Section 50. The test room is to be a minimum of 60 by 60 feet (18.3 by 18.3 m) square. The piping grid is to be connected to a water-supply piping system. See Figure 34.2.

34.2.1 effective October 8, 1998

34.2.2 When dry-type sprinklers are tested, they are to be of the shortest length produced by the manufacturer.

34.2.3 The deflectors of upright sprinklers are to be located 7 inches (178 mm) below the ceiling. The deflectors of pendent sprinklers are to be located 12 inches (305 mm) below the ceiling. Each ceiling sprinkler (flush, concealed, or recessed type) is to be mounted in the center of a 4 by 4 foot (1.2 by 1.2 m) ceiling section in accordance with the manufacturer's installation instructions.

## 34.3 Test method – sidewall types for ordinary hazard use

34.3.1 Four open sidewall sprinklers are to be installed at the corners of a 10 by 20 foot (3.05 by 6.1 m) piping grid with the deflectors located 7 inches (178 mm) for upright sprinklers, 9-1/2 inches (241 mm) for horizontal sprinklers, and 12 inches (305 mm) for pendent sprinklers from the ceiling in a vented test room having a ceiling 15 feet, 9 inches (4.8 m) high. Sprinklers located at the extremities of each 20 foot (6.1 m) dimensional line are to face each other and are to be set to discharge in an opposing pattern with the line forming the axis of the spray. The test room is to be a minimum of 60 by 60 feet square. The piping grid is to be connected to the water supply.

## 34.4 Test method – all types

34.4.1 The fire employed for these tests is to combine the use of a combustible liquid (heptane, see 33.4.9) torch and a crib of wood weighing approximately 350 pounds (159 kg).

34.4.2 The wood crib is to consist of layers of trade size 2- by 4-inch [nominal 1-1/2 by 3-1/2 inch (38.1 by 88.9 mm)], trade size 4- by 4- inch [nominal 3-1/2 by 3-1/2 inch (88.9 by 88.9 mm)] and trade size 4- by 6-inch [nominal 3-1/2 by 5-1/2 inch (88.9 by 138 mm)] kiln-dried spruce or fir lumber (moisture content 6 to 12 percent) having the configuration and support illustrated by Figure 34.1.

34.4.3 The alternate layers of lumber are to consist of the sizes specified in 34.4.2 of the lengths specified in Figure 33.1, and placed at right angles to the adjacent layers as illustrated in Figure 34.1. The individual wood members in each layer are to be evenly spaced from each other, and form a square crib, 4- by 4-feet (1.22- by 1.22-m) in area and 21-1/2 inches (546 mm) high, supported, in turn, by the two 8 foot (2.44 m) long, 4- by 6-inch (104- by 152-mm) stringers. The total crib weight is to be determined and recorded.

34.4.4 The crib is to be supported by a steel framework as illustrated in Figure 34.2, or the equivalent. The crib supports are to be located beyond the edges of a 6- by 8-foot (1.83- by 2.44-m) steel pan.

34.4.5 The top of the wood crib is to be 7-1/2 feet (2.29 m) below the deflectors of the test sprinklers and 7-1/2 feet above the floor of the room.

34.4.6 The steel pan is to be 6 by 8 feet (1.83 by 2.44 m) by 12 inches (305 mm) deep, constructed of steel not less than 3/16 inch (5.4 mm) thick. The top edges are to be reinforced by a continuous steel angle section. The pan is to be liquid-tight and is to be filled prior to test with water to a depth of 4 inches (102 mm). The pan is to be provided with a means for draining to maintain the 4 inch water level.

**Figure 34.1**
*350 lb. Fire Test Crib*

## END VIEW



20-1/2"INCHES
520.7 mm

4 FEET
1.22 m

## SIDE VIEW



8 FEET
2.44 m

S2316A

| Quantity | Description of Material |
|---|---|
| 2 | 4- by 6-inch trade size lumber, 8 feet long |
| 13 | 4- by 4-inch trade size lumber, 4 feet long |
| 28 | 2- by 4-inch trade size lumber, 4 feet long |
| Note: 1 inch = 25.4 mm | |
| 1 foot = 0.305 m | |

Case 1:03-cv-00668-GET   Document 20   Filed 10/31/03   Page 102 of 150

**Figure 34.2**
**Typical Fire Test Arrangement**



S2318B

34.4.7 At a location in the pan and directly under the vertical axis of the wood crib, an atomizing nozzle is to be placed and arranged to spray heptane vertically upward. The nozzle and its supply piping are to be arranged as shown by Figure 34.2. To prevent flameout, an igniter is to be located near the nozzle. The igniter shall be any convenient device that prevents flameout, such as a container partially filled with heptane.

34.4.8 The atomizing nozzle[a] is to form a hollow-spray pattern having an included angle of 75 degrees when atomizing heptane at the rate of 1 gallon per minute (0.06 L/s).

[a] A nozzle having these characteristics is the Catalog Number WS-15 Industrial Nozzle as produced by the Delavan Manufacturing Co., West Des Moines, Iowa 50265.

34.4.9 The heptane is to be commercial grade having the characteristics described below:

Distillation –

        Initial Boiling Point – 90°C (194°F)

        50 Percent – 93°C (199°F)

        Dry Point – 96.5°C (208°F)

        Specific Gravity (60°F/60°F) (15.6°C/15.6°C) – 0.719

        Reid Vapor Pressure – 2.0 psi

        Research Octane Rating – 60

        Motor Octane Rating – 50

34.4.10 A means for supplying and metering the fuel is to be furnished.

34.4.11 The temperatures at the ceiling level are to be continuously recorded during the test, utilizing an unprotected No. 20 AWG (0.52 mm²) chromel-alumel thermocouple centrally located above the test crib 2 inches (50.8 mm) from the ceiling. The relation of the thermocouple to the ceiling and the crib is to be as illustrated in Figure 34.2.

34.4.12 The fuel flow is to be started and the torch ignited immediately. The 30-minute test period is to begin when the torch is ignited. Water application is to be started after a minimum free-burning time of 1 minute or after a ceiling temperature of 1400°F (760°C) is attained, whichever occurs last. Thirty minutes after ignition, the fuel flow to the torch is to be stopped, and after any residual fire in the crib is extinguished, the water is to be turned off.

34.4.13 The crib is then to be dried and weighed. The drying is to be accomplished either by using an oven or by storing the crib for 7 days after the test. When the crib is held for 7 days prior to weighing, the crib is to be stored in a sheltered area. The values of the crib weight measured before the test (6 to 12 percent moisture content) and after drying are to be corrected to the value at 0 percent moisture before calculations are performed to determine compliance with the 20 percent weight loss requirement specified in 34.1.1.

34.4.14 The *average temperature for the time interval between the time at which the ceiling temperature first falls below a temperature of 530°F (295°C) above initial ambient and the time at the end of the test is to be computed by comparing the area under the curve determined by the recorded ceiling temperatures with the area beneath a straight line drawn at the temperature point 530°F above initial ambient. The area beneath the curve of the recorded ceiling temperatures shall be the lesser of the two areas.*

## 35 10-Day Corrosion Test

35.1 The external parts of an automatic sprinkler shall withstand an exposure to salt spray, hydrogen sulfide, and carbon dioxide-sulfur dioxide atmospheres when tested in accordance with 36.1.4 – 36.5.1 for 10 days each. Following the exposure:

a) The Sensitivity – Oven Heat Test is to be conducted on sprinklers other than QR recessed, QR concealed, QR-EC recessed and QR-EC concealed types, see 19.2.1 – 19.2.5;

b) The Sensitivity – Room Heat Test is to be conducted on QR recessed, QR concealed, QR-EC recessed and QR-EC concealed type sprinklers, see 19.3.1 – 19.3.5; and

c) The Response Test for Ordinary and Intermediate Temperature Rated Ceiling Type Sprinklers is to be conducted on standard response type ceiling sprinklers, see 19.3.1 – 19.3.5.

Each sample shall be operable, and the average time of operation shall not increase more than a 1.3 multiple when compared with the average time of operation of samples not subjected to the 10-Day Corrosion Test. During the corrosive exposure, the inlet thread orifice is to be sealed by a plastic cap after the sprinkler has been filled with de-ionized water.

35.2 A dry pendent or dry ceiling sprinkler that uses *an operating assembly of the same type that has* complied with the operation requirements specified in 35.1 shall be subjected to the plunge test specified in 35.3. After the heat-responsive element operates, all parts shall clear the waterway *under an air* pressure of 10 psig (69 kPa).

35.3 The plunge test is to be conducted in a full draft air oven that has been preheated to a temperature of 300 ±5°F (149 ±3°C) or a *temperature of 100°F (55.6°C) higher than the marked temperature rating,* whichever is higher. Each sprinkler is to be individually connected to a 10 psig (69 kPa) air supply and quickly placed in the oven in the pendent position.

## 36 30-Day Corrosion Test

### 36.1 General

36.1.1 The external *parts of an automatic sprinkler having a corrosion-resistant coating or plating shall* withstand an exposure to salt spray, hydrogen sulfide, and carbon dioxide-sulfur dioxide atmospheres when *tested in accordance with 36.1.3 – 36.5.1 for 30 days. Following the exposure, the Sensitivity –* Oven Heat Test, see 19.2.1 – 19.2.5, is to be conducted, and each sample shall be operable, and the average *time of operation shall not increase more than a 1.3 multiple when compared to the average time* of samples not subjected to the 30-Day Corrosion Test. During the corrosive exposure, the inlet thread *orifice is to be sealed by a plastic cap after the sprinkler has been filled with de-ionized water.*

36.1.2 A dry pendent or dry ceiling-type sprinkler that uses an operating assembly of the same type that has complied with the operation requirements specified in 36.1.1 shall be subjected to the plunge test specified in 35.3. After the heat responsive element operates, all parts shall clear the waterway under an air pressure of 10 psig (69 kPa). See 35.3.

36.1.3 Not more than 5 days, nor less than 1 day, after the exposure period, each sample sprinkler is to be subjected to the Sensitivity – Oven Heat Test, see 19.2.1 – 19.2.5 for determination of its operating time.

36.1.4 Three groups, each consisting of five sample sprinklers, are to be assembled. One group is to be exposed to 20 percent salt spray, the second to hydrogen sulfide, and the third to sulfur dioxide-carbon dioxide.

36.1.5 CAUTION – Hydrogen sulfide and sulfur dioxide are both toxic gases. Hydrogen sulfide gas is also flammable. Because of this, such gases must be stored, transferred, and used only with gastight systems. Adequate ventilation must also be provided to handle any accidental leakage. Presence of these gases is readily noticeable. Due to their unpleasant odor and irritant effect, they give warning of their presence.

## 36.2 20 Percent salt spray

36.2.1 The samples are to be supported vertically and exposed to salt spray (fog) as specified in Standard Practice for Operating Salt Spray (Fog) Testing Apparatus, ASTM B117-1995, except that the salt solution is to consist of 20 percent by weight of common salt (sodium chloride) and distilled water. The pH value of this solution as collected after spraying in the test apparatus is to be between 6.5 and 7.2, and the specific gravity between 1.126 and 1.157 at 95°F (35.0°C).

## 36.3 Samples for moist hydrogen sulfide air mixture test and moist carbon dioxide-sulfur dioxide air mixture test

36.3.1 The specimens intended for tests specified in 36.4.1 and 36.5.1 are to be supported vertically in a rectangular chamber (10 – 12 inches long, 8 – 10 inches wide, and 12 – 17 inches high) of glass provided with a glass cover having openings for gas inlet and outlet. The size of the test chamber is not critical and its dimensions are to be varied (even beyond those limits specified) to accommodate the number and size of the specimens to be tested.

## 36.4 Moist hydrogen sulfide air mixture

36.4.1 The samples are to be exposed to a moist hydrogen sulfide air mixture in a closed glass chamber. On five days out of every seven, an amount of hydrogen sulfide equivalent to 1.0 percent of the volume of the chamber is to be introduced into the chamber from a commercial gas cylinder, the volume required being measured with a flowmeter and timer. Prior to each introduction of gas, the remaining gas-air mixture from the previous day is to be thoroughly purged from the chamber. On the two days out of every seven that this does not occur, the chamber is to remain closed and no purging or introduction of gas is to be provided. During the exposure, the gas-air mixture is to be gently stirred by means of a small fan located in the upper middle portion of the chamber. A small amount of water (10 ml/0.003 $m^3$ of chamber volume) is to be maintained at the bottom of the chamber for humidity.

**36.5 Moist carbon dioxide-sulfur dioxide air mixture**

36.5.1 The samples are to be exposed to a moist carbon dioxide-sulfur dioxide air mixture in a closed glass chamber. On five days out of every seven, an amount of carbon dioxide equivalent to 1.0 percent of the volume of the chamber, plus an amount of sulfur dioxide equivalent to 1.0 percent of the volume of the chamber, are to be introduced. Prior to each introduction of gas, the remaining gas-air mixture from the previous day is to be thoroughly purged from the chamber. On the two days out of every seven that this does not occur, the chamber is to remain closed and no purging or introduction of gas is to be provided. A small amount of water (10 ml/0.003 $m^3$ of chamber volume) is to be maintained at the bottom of the chamber for humidity.

**37 90-Day Moist Air Test**

37.1 An automatic sprinkler shall withstand an exposure to high temperature-humidity in accordance with 36.2 for a period of 90 days. Following the exposure, each test sample shall operate at a service pressure not exceeding 7 psig (48 kPa) within 5 seconds after operation of the heat responsive element.

37.2 Five samples are to be installed on a pipe manifold which contains water and the entire manifold is to be placed in a temperature-humidity chamber for 90 days. The temperature of the chamber is to be 203 ±2°F (95 ±1°C) and the humidity is to be 98 ±2 percent. The sprinkler samples for the moist air test are to have heat responsive elements that have a temperature rating not less than 212°F (100°C) to withstand the elevated temperature.

37.3 After the exposure, each sample is to be installed on piping and supplied with water at a service pressure of 7 psig (48 kPa). Each sprinkler is then to be activated by exposing the heat responsive element to a uniform application of heat. The operating parts intended to be released from the sprinkler assembly shall be thrown clear of the frame and deflector within 5 seconds after operation of the heat responsive element.

**38 Stress-Corrosion Cracking Of Brass Sprinkler Parts Test**

38.1 A sprinkler having brass parts shall:

    a) Show no evidence of cracking, delamination, or degradation; or

    b) Perform as intended,

after being subjected for 10 days to a moist ammonia exposure as described in 38.2 and 38.3. When the application of a 175 psig (1.21 MPa) water pressure to the inlet of the sprinkler increases the assembly load by more than 10 percent, the additional load is to be applied during the moist ammonia-air mixture exposure specified in 38.2 and 38.3.

38.2 Five samples are to be degreased and then exposed for 10 days to a moist ammonia-air mixture maintained in a glass chamber 12 ±1 by 12 ±1 by 12 ±1 inches (304.8 ±25.4 by 304.8 ±25.4 by 304.8 ±25.4 mm) having a glass cover.

38.3 A small amount of aqueous ammonia having a specific gravity of 0.94 is to be maintained in the bottom of the chamber, 1-1/2 (+1/2, -0) inches [(38.1 mm) (12.7 mm, -0 mm)] below the bottom of the samples. The moist ammonia-air mixture in the chamber is to be maintained at atmospheric pressure with the temperature constant at 93 ±2°F (34 ±1°C).

38.4 After the exposure period, the test samples are to be examined using a microscope having a magnification of 25X for any cracking, delamination or other degradation as a result of the test exposure. Operating parts exhibiting degradation as a result of the test exposure described in 38.2 and 38.3 shall withstand, without leakage, a hydrostatic test pressure of 175 psig (1.21 MPa) or one equivalent to their maximum design pressure, whichever is greater, for 1 minute, and operate at 7 psig (48 kPa) when exposed to a uniform application of heat. When the samples have any cracking, delamination, or degradation of nonoperating parts as a result of the test exposure, they shall withstand a flowing pressure of 175 psig for 30 minutes.

## 39 Stress-Corrosion Cracking Of Stainless Sprinkler Parts Test

39.1 Austenitic stainless steel parts of a sprinkler shall show no evidence of cracking, delamination, or degradation, or shall demonstrate intended performance, after being subjected to boiling magnesium chloride solution. The exposure to the solution is to be 150 hours for sprinklers intended for use in noncorrosive atmospheres only, and 500 hours for sprinklers intended for use in corrosive atmospheres. See 39.2 – 39.7.

39.2 Five samples are to be degreased prior to being exposed to the magnesium chloride solution.

39.3 Parts used in sprinklers are to be placed in a 500-milliliter flask that is fitted with a thermometer and a wet condenser 30 inches (762 mm) long. The flask is to be filled one-half full with a 42 percent by weight magnesium chloride solution, placed on a thermostatically-controlled electrically heated mantel, and maintained at a boiling temperature of 302 ±2°F (150 ±1°C). The parts are to be unassembled, that is, not contained in a sprinkler assembly. The exposure is to last for 150 or 500 hours, as specified in 39.1.

39.4 After the exposure period, the test samples are to be removed from the boiling magnesium chloride solution and rinsed in de-ionized water.

39.5 The test samples are then to be examined using a microscope having a magnification of 25X for any cracking, delamination, or other degradation as a result of the test exposure. Test samples exhibiting degradation are to be tested as described in 39.6 or 39.7, as applicable. Test samples not exhibiting degradation comply with the requirements and shall not be tested further.

39.6 Operating parts exhibiting degradation are to be further tested as follows. Five new sets of parts are to be assembled in sprinkler frames made of materials that do not alter the corrosive effects of the magnesium chloride solution on the stainless steel parts. These test samples are to be degreased and subjected to the magnesium chloride solution exposure specified in 39.3. Following the exposure, the test samples shall withstand, without leakage, a hydrostatic test pressure of 175 psig (1.2 MPa) for 1 minute, and then operate at 7 psig (48 kPa) – see Operation – Lodgement Test, Section 20.

39.7 Nonoperating parts exhibiting degradation are to be further tested as follows. Five new sets of parts are to be assembled in sprinkler frames made of materials that do not alter the corrosive effects of the magnesium chloride solution on the stainless steel parts. These test samples are to be degreased and subjected to the magnesium chloride solution exposure specified in 39.3. Following the exposure, the test samples shall withstand a flowing pressure of 175 psig (1.21 MPa) for 30 minutes without separation of permanently attached parts.

## 40 Exposure Tests On Sprinklers Incorporating Polymeric Gaskets Or "O" Ring Seals

### 40.1 General

40.1.1 An automatic sprinkler that incorporates a polymeric material to effect the closure of the orifice shall not leak, where specified, and shall operate at a service pressure not exceeding 7 psig (48 kPa) after being exposed, in separate groups of samples, to the exposures specified in 40.2 – 40.6.

Revised 40.1.1 effective October 8, 1998

### 40.2 Corrosive exposures

40.2.1 Three groups, each consisting of five samples, are to be assembled. One group is to be exposed to 20 percent salt spray as specified in 36.2.1, the second to hydrogen sulfide as specified in 36.3.1 and 36.4.1, and the third to carbon dioxide-sulfur dioxide as specified in 36.5.1. Each exposure period is to be 30 days.

40.2.1 revised October 8, 1997

40.2.2 Following the exposure, the operating parts in contact with the polymeric material of each test sample shall operate within 5 seconds after being exposed to a service pressure not exceeding 7 psig (48 kPa).

Revised 40.2.2 effective October 8, 1998

### 40.3 Temperature cycling exposure

40.3.1 Five samples are to be exposed to ten temperature cycles, each comprised of a 24-hour exposure to a low temperature of minus 40°F (minus 40°C) and a 24-hour exposure to a high temperature as specified in Table 23.1.

40.3.2 Following the exposures, each sprinkler is to be installed on piping and supplied with water at a service pressure of 7 psig (48 kPa). Each sprinkler is then to be operated by exposing the heat responsive element to a uniform application of heat. The operating parts in contact with the polymeric material of each test sample shall operate as intended within 5 seconds.

Revised 40.3.2 effective October 8, 1998

### 40.4 Hydrocarbon exposure followed by moist air exposure

40.4.1 Two groups, each consisting of five samples, are to be assembled. One group is to have the sprinkler inlet exposed to a liquid mixture of saturated hydrocarbon chains ranging from C12 to C17, mixed in equal parts by weight. The second group is to have the sprinkler inlet exposed to a solid mixture of saturated hydrocarbon chains ranging from C18 to C25, mixed in equal parts by weight. Sufficient hydrocarbon material is to be placed in the inlet to completely cover the polymeric seal. Both groups of sprinklers are then to be conditioned at 70 ±10°F (21 ±5.6°C) for a minimum of 72 hours. After these exposures, the samples are then to be subjected to the 90 day moist air test specified in Section 37, 90-Day Moist Air Test, with the sprinkler installed in the pendent position and the hydrocarbon mixtures left in the inlet.

Added 40.4.1 effective October 8, 1998

40.4.2 After these test exposures, each sample is to be hydrostatically pressurized at 7 psig (48 kPa) and examined for leakage for a period of 1 minute, and then operated by exposing the heat responsive element to a uniform application of heat.

Added 40.4.2 effective October 8, 1998

## 40.5 Hydrocarbon exposure followed by water immersion exposure

40.5.1 Two groups, each consisting of five samples, are to be assembled and subjected to the hydrocarbon exposures described in 40.4. After the minimum 72 hour hydrocarbon exposure, the samples are to be installed on a manifold and hydrostatically pressurized to a pressure value of 25 psig less than the rated pressure and immersed for 90 days in tap water maintained at a temperature of 87 ±2°C (189 ±3.6°F). After 30 and 60 days, the hydrostatic pressure is to be released and then repressurized to a pressure value of 25 psig less than the rated pressure.

Added 40.5.1 effective October 8, 1998

40.5.2 After these exposures, each sample is to be hydrostatically pressurized and operated at 7 psig (48 kPa) and examined for leakage for a period of 1 minute, and then operated by exposing the heat responsive element to a uniform application of heat.

Added 40.5.2 effective October 8, 1998

## 40.6 Exposure to antifreeze solutions

40.6.1 Four groups, each consisting of five samples, are to be assembled. The samples are to be installed onto a manifold. The manifold is to be partially filled, such that the inlet of each sample is exposed to the following antifreeze solutions (by volume) for 90 days at a temperature of 87 ±2°C (189 ±3.6°F):

    a) One group exposed to a 60 percent diethylene glycol/40 percent tap water mixture;

    b) One group exposed to a 53 percent ethylene glycol/47 percent tap water mixture;

    c) One group exposed to a 60 percent propylene glycol/40 percent tap water mixture; and

    d) One group exposed to a 70 percent glycerine/30 percent tap water mixture.

Added 40.6.1 effective October 8, 1998

40.6.2 After these exposures, each sample is to be hydrostatically pressurized at 7 psig (48 kPa) and examined for leakage for a period of 1 minute, and then operated by exposing the element to a uniform application of heat.

Added 40.6.2 effective October 8, 1998

## 41 Vacuum Test

41.1 A sprinkler incorporating elastomeric components used to provide a water seal at the sprinkler orifice shall not be damaged and shall comply with the Leakage Test, Section 14, following exposure to a vacuum as specified in 41.2.

41.2 Five samples are to be installed on a manifold and subjected to a vacuum of 18 inches of mercury (minus 61 kPa) for 1 minute. The samples are then to be removed from the manifold, visually examined for damage, and then subjected to the Leakage Test, Section 14.

## 42 Elastomeric Parts Test

42.1 An elastomeric part used to provide a seal shall have the following properties when tested as specified in the Standard for Gaskets and Seals, UL 157:

a) For silicone rubber (having poly-organo-siloxane as its constituent characteristic), a minimum tensile strength of 500 psi (3.4 MPa) and a minimum ultimate elongation of 100 percent.

b) For natural rubber and synthetic rubber other than silicone rubber, a minimum tensile strength of 1500 psi (10.3 MPa) and minimum ultimate elongation of 150 percent; or a minimum tensile strength of 2200 psi (15.2 MPa) and a minimum ultimate elongation of 100 percent.

c) Those properties relating to maximum tensile set; minimum tensile strength and elongation after oven aging; and hardness after oven aging, all as specified in UL 157. Also, the maximum compression set shall be 25 percent. The maximum service temperature used to determine the oven time and temperature for oven aging is 60°C, unless the product is designated for use at a higher temperature.

42.2 The Standard for Gaskets and Seals, UL 157, provides for the testing of either finished elastomeric parts or sheet or slab material. Sheet or slab material is to be tested when the elastomeric parts are O-rings having diameters of less than 1 inch (25.4 mm). The material tested is to be the same as that used in the product, regardless of whether finished elastomeric parts or sheet or slab material is tested.

## 43 Freezing Test

43.1 Following exposure to the freezing conditions described in 43.2, a sprinkler shall either operate, shall leak at low pressure, or shall not sustain any damage when water pressure is applied and shall comply with the requirements in Leakage Test, Section 14 and in Sensitivity Test, Section 19.

43.2 Five sample sprinklers are to be individually connected to one end of a 4 inch (102 mm) long, 1 inch nominal size schedule 40 pipe. Each pipe is to be completely filled with water and exposed to an atmosphere of minus 20 ±10°F (minus 29 ±5°C) for 24 hours. Following the exposure, the samples are to be visually examined. When no damage or evidence of operation is noted, the samples are then to be checked to determine whether they leak at a pressure of 7 psig (48 kPa). When they do not leak at a pressure of 7 psig, the samples shall then comply with the requirements in Leakage Test, Section 14, and Sensitivity Test, Section 19. The test is to be repeated when test apparatus, other than a sprinkler, fractures due to the freezing.

## 44 Fire Test for Extended Coverage Sprinklers Intended for Light Hazard Occupancies

### 44.1 General

44.1.1 When tested as described in 44.2.1 – 44.4.9, an extended coverage sprinkler for light-hazard occupancies shall limit the average loss of weight of three wood cribs to not more than 35 percent.

44.1.2 The fire test is to be conducted in a room having the maximum dimensions intended for the sprinkler as specified by the manufacturer.

44.1.3 Recessed or concealed sprinklers with vented escutcheons are to be installed in a manner that does not inhibit air flow through the escutcheon (unblocked).

No Text on This Page

## 44.2 Test method – sidewall type

44.2.1 For a sidewall type sprinkler intended for installation at distances from a smooth (unobstructed) ceiling between 4 and 6 inches (152 mm), one sprinkler is to be installed on a wall with the deflector located 4 inches (102 mm) below a smooth (unobstructed), horizontal ceiling, as illustrated in Figure 44.1. For a sidewall type sprinkler intended for installation at distances below the ceiling exceeding 6 inches, two series of tests are to be conducted, one with the sprinkler installed 4 inches below the ceiling and a second test series with the sprinkler installed at the maximum distance below the ceiling specified by the manufacturer. A sidewall type sprinkler intended for use with obstructed ceilings, such as those ceilings having beams, is to be similarly installed, except that the obstructions specified by the manufacturer are to be incorporated into the ceiling. The base of a horizontal type sprinkler is to be installed adjacent to the wall. The deflector of an upright or pendent type sidewall sprinkler is to be mounted at the minimum clearance from the wall specified by the manufacturer. A sidewall type sprinkler is to be installed using a 10-inch (254-mm) long, 1-inch diameter nipple with reducing coupling installed with axis perpendicular to the wall. See Figure 44.1.

## 44.3 Test method – ceiling, pendent, or upright types

44.3.1 A sprinkler of the ceiling, pendent, or upright type is to be installed in its intended installation position with the deflector 10 inches (254 mm) below the ceiling, unless specifically designed for other positions (such as recessed or ceiling type installations). See Figure 44.1.

## 44.4 Test method – all types

44.4.1 Water distribution measurements are to be conducted in an enclosed room with an open sprinkler discharging water at the minimum flow rate and maximum area of coverage specified by the manufacturer. The minimum flow rate is to be not less than a minimum water density of 0.1 gallon per minute per square foot (0.68 L/s/m$^2$) for the specified coverage area. For sprinklers rated at a pressure exceeding 175 psig (1.2 MPa), tests are to be conducted using a flow rate corresponding to a pressure of 75 psig (517 kPa) less than the rated pressure. Water collection pans that are 12 inches (305 mm) square, and 12 inches deep with a lip on one edge, are to be located on the floor of the enclosed room in the areas of the 11 crib locations as shown in Figure 44.2. The distribution data are to be recorded and used in determining the specific positions of the wood cribs as required for the second and third fire tests specified in 44.4.2.

44.4.1 revised October 8, 1997

44.4.2 A series of three fire tests are to be conducted at each flow rate using automatic sprinklers. For the first fire test, a wood crib as specified in 44.4.4 – 44.4.6 is to be located at Crib Location 1 of the test enclosure, see Figure 44.2. For the second fire test, the wood crib is to be located at Crib Location 2, 3, 4, 5, 6, or 7, see Figure 44.2, whichever location had the least amount of water collected during the distribution determinations. However, when Crib Location 5, 6, or 7 had the least amount of water collected then:

> a) A sprinkler other than a sidewall type is to be rotated 180 degrees and the crib placed in Crib Location 1, 3, or 4, whichever is opposite the crib location that had the least amount of water collected; and

> b) A sidewall type sprinkler is to be installed on the wall near Crib Location 2.

44.4.2 revised October 8, 1997

**Figure 44.1**
**Piping arrangements for fire test for extended coverage sprinklers for light hazard occupancies**

## SIDEWALL SPRINKLER



## SPRINKLERS OTHER THAN SIDEWALL TYPES



S3158

Case 1:03-cv-00668-GET   Document 20   Filed 10/31/03   Page 114 of 150

**Figure 44.2**
**Location of fire test cribs for extended coverage sprinklers intended for light hazard occupancies**
Figure 44.2 revised May 25, 1999



SPRINKLER OTHER THAN SIDEWALL TYPE (WHEN OTHER THAN SIDEWALL TYPE IS BEING TESTED)

SIDEWALL TYPE SPRINKLER (WHEN SIDEWALL TYPE IS BEING TESTED)

POSSIBLE CRIB LOCATION (SEE TEXT FOR SPECIFIC LOCATION DETERMINATIONS)

S3159A

44.4.3  For the third fire test, the wood crib is to be located in the center of one of the four quadrants of the test room (see Figure 44.2, Crib Location 8, 9, 10, or 11), whichever had the least amount of water collected during the distribution determination. However, when Crib Location 8 or 9 had the least amount of water collected, then:

a)  A sprinkler other than a sidewall type is to be rotated 180 degrees and the fire placed in Crib Location 10 or 11, whichever is opposite the crib location that had the least amount of water collected; and

b)  A sidewall type sprinkler is to be installed on the wall near Crib Location 2.

44.4.4  The wood crib is to be dimensioned 20 by 20 by 15 inches high and weigh 33 ±2 pounds-mass (15 ±1 kg).

44.4.5  The wood crib is to consist of ten alternate layers of five trade size 2- by 2-inch [nominal 1-1/2- by 1-1/2-inch (38.1- by 38.1-mm)] kiln-dried spruce or fir lumber 20 inches (508 mm) long. The alternate layers of the lumber are to be placed at right angles to the adjacent layers. The individual wood members in each layer are to be evenly spaced along the length of the previous layer of wood members and stapled to the adjacent members.

44.4.6  After the wood crib is assembled, it is to be conditioned at a temperature of 120 ±10°F (49 ±5°C) for not less than 16 hours. Following the conditioning, the moisture content of the crib is to be measured with a probe type moisture meter. The moisture content of the crib at any measurement location is not to exceed 5 percent prior to weighing the crib for the fire test.

44.4.7  For each test, the crib is to be placed on four bricks, one at each corner of the crib, that are contained in a 21 by 21 by 4 inch (533 by 533 by 102 mm) deep steel pan filled with 1/4 gallon (0.95 L) of heptane on a 1-inch (25.4 mm) layer of water. When the crib position is in a corner, the edge of the crib is to be positioned 1/2 inch (12 mm) from both walls.

44.4.8  The test room enclosure and sprinkler sample are to be maintained at a temperature of 75 ±15°F (24 ±8°C) prior to each test. The room is not to have provisions for ventilation other than that provided by the two door openings shown in Figure 44.2.

44.4.9  The water flow for the sprinkler is to be preset for the flow rate specified in 44.4.1. The test room doors are to be fully opened. The heptane is to be ignited. The test is to be conducted for 10 minutes after the ignition of the heptane. Ten minutes after ignition, the water for the sprinkler is to be turned off. When the fire in the crib has not been extinguished, it is to be carefully extinguished to prevent further destruction of the crib. The crib is to be removed from the test enclosure and is to be conditioned at a temperature of 120 ±10°F (49 ±5°C) for not less than 16 hours. Following the conditioning, the moisture content of the crib is to be measured with a probe type moisture meter. The moisture content of the crib at any measurement location is not to exceed 5 percent prior to weighing the crib to determine the crib weight loss.

44.4.9 revised October 8, 1997

## 45  Wall Wetting Test for Extended Coverage Sprinklers Intended for Light Hazard Occupancies

45.1  When tested as described in 45.2 – 45.4, and installed as specified by the manufacturer, each sprinkler shall wet the entire area of the wall surfaces of the test room to a minimum height of 30 inches (762 mm) above the floor.

45.2 The wall wetting tests are to be conducted in an enclosed room having the maximum dimensions intended for the sprinkler as specified by the manufacturer and a ceiling 8 feet (2.4 m) high.

45.3 Sidewall type sprinklers are to be installed at the greatest intended distance from the wall and at the minimum and maximum intended distance below the ceiling. The piping configuration shown in Figure 44.1 is to be used.

45.4 The manufacturer's specified minimum water flow rate is to be used. For sprinklers having a pressure rating greater than 175 psig (1.2 MPa), a flow rate corresponding to a pressure of 75 psig (517 kPa) less than the rated pressure is to be used. The water is to flow for 1 minute. After 1 minute of water flow, the flow is to be discontinued and each of the four walls examined to determine whether they are continuously wet from the floor to at least 30 inches (762 mm) above the floor.

45.4 revised October 8, 1997

## 46 Evaporation Test For Sprinkler Coatings

46.1 When tested as specified in 46.3, a protective coating of a sprinkler such as wax or other material shall not shrink, harden, crack, or flake.

No Text on This Page

46.2 When tested as specified in 46.3, the loss of volatile material in a protective coating of a sprinkler shall not exceed 5 percent of the weight of the original sample.

46.3 A 50 milliliter sample of the protective coating is to be placed in a metal or glass cylindrical container having a flat bottom, an inside diameter of 55 millimeters, and an inside height of 35 millimeters. The container, without any lid, is to be placed in an automatically controlled, circulating-air, constant-ambient-temperature oven. The oven temperature is to be controlled as described in High Temperature – Test for Coated Sprinklers, Section 24. The test is to be conducted for 90 days. During the test, the sample is to be removed from the oven at 7 day intervals and allowed to cool for not less than 2 nor more than 4 hours. During this cooling time, the sample is to be examined for evidence of shrinking, hardening, cracking, or flaking. The sample is to be weighed before and after the 90 day exposure to determine loss of volatiles.

## 47 Cycling Tests For Flow Control (FC) Sprinklers

### 47.1 Operational cycling test

47.1.1 An FC sprinkler shall operate as intended for 10,000 cycles when tested as described in 47.1.2. Following the 10,000 cycles of operation the sprinkler shall comply with the requirement in 14.1, except that slight weeping is not prohibited. Slight weeping is defined as leakage not exceeding 20 milliliters per minute.

47.1.2 The sprinkler is to be installed in a test fixture and supplied with water at a pressure of 40 ±5 psig (276 ±49 kPa). Heat is to be applied to the sprinkler until it operates and attains the fully open position. The heat application then is to be discontinued and the heat sensing element permitted to cool until the sprinkler closes. This procedure is to be repeated until the specified number of test cycles is completed. The interval between each closing of the sample and reapplication of the heat is not to be greater than 60 seconds.

### 47.2 Cycling after water exposure test

47.2.1 An FC sprinkler that is continuously exposed to water shall operate as intended for 1000 cycles when tested as described in 47.1.2, after being immersed for 14 days in distilled water at a temperature between 203 and 212°F (95 to 100°C).

### 47.3 Contaminated-water cycling test

47.3.1 An FC sprinkler shall show no evidence of clogging when subjected to 1000 cycles as described in 47.1.2 using water that has been contaminated in accordance with 47.3.2. Following the 1000 cycles, the sprinkler shall comply with the requirements in 14.1, except that slight weeping is not prohibited. Slight weeping is defined as leakage not exceeding 20 milliliters per minute.

47.3.2 The water used during the cycling specified in 47.3.1 is to consist of 15 gallons (0.06 m$^3$) of tap water into which has been mixed 1.584 kilograms of contaminants which sieve as described in Table 47.1. The solution is to be continuously agitated during the test.

**Table 47.1**
**Contaminant for contaminated-water cycling test**

| Sieve designation[a] | Nominal sieve opening, inch | Grams of contaminant (±5 Percent) | | |
|---|---|---|---|---|
| | | Pipe scale | Top soil | Sand |
| No. 25 | 0.0278 | – | 456 | 200 |
| No. 50 | 0.0117 | 82 | 82 | 327 |
| No. 100 | 0.0059 | 84 | 6 | 89 |
| No. 200 | 0.0029 | 81 | – | 21 |
| No. 325 | 0.0017 | 153 | – | 3 |
| Total | | 400 | 544 | 640 |

[a] Sieve designations correspond with those specified in the Standard Specification for Wire-Cloth Sieves for Testing Purposes, ASTM E11-95. Cenco-Meinzer sieve sizes 25 mesh, 50 mesh, 100 mesh, 200 mesh, and 325 mesh, corresponding with the number designation in the table, have been found to comply with ASTM E11-95.

## 48 Piled Stock Fire Test For Flow (FC) Control Sprinklers

48.1 When an FC sprinkler is tested under the conditions described in 48.2 – 48.12, the water discharge shall:

    a) Limit the loss in weight of corrugated cartons (see 48.7), within 45 minutes of the start of the test, to not more than 50 percent.

    b) Result in the ceiling temperature being reduced to a value less than 530°F (295°C) above ambient within 5 minutes after start of water discharge.

    c) Result in the ceiling temperature not exceeding 530°F for more than three consecutive minutes and the average temperature not exceeding 530°F from the time the temperature initially falls below 530°F above ambient to the end of the test.

48.2 The test room is to be 60 by 60 feet square and have a ceiling 15 feet, 9 inches (4.8 m) high. The test room is to be vented and have provision for drainage of sprinkler discharge. See Figure 48.1.

Case 1:03-cv-00668-GET   Document 20   Filed 10/31/03   Page 120 of 150

**Figure 48.1**
**Location of FC sprinklers and piled cartons**



528630

48.3  Eighteen sprinklers are to be installed over half of the test room by use of a sprinkler grid consisting of three 1-1/2-inch branch lines that are looped on both ends. Each branch line is to be individually supplied from a 2-1/2 inch cross main. The sprinkler grid is to provide a 10 by 10 foot (3.05 by 3.05 m) sprinkler spacing, and sprinkler deflectors are to be located 10 inches (254 mm) below the ceiling for pendent sprinklers and 7 inches (178 mm) below for upright sprinklers. See Figure 48.1.

48.4  Temperatures are to be recorded by means of 24 thermocouples located near the ceiling. Six thermocouples, identified as Nos. 1 – 6 in Figure 48.1, are to be located 2 inches (50.8 mm) below the ceiling and directly above the sprinklers, and eighteen thermocouples are to be located next to the heat sensitive element of each sprinkler.

48.5  The water supply for the sprinkler system is to be adjusted to provide an average waterflow of 0.15 gallons per minute per square foot of floor area (0.11 L/s/m$^2$) for 5.6 nominal "K" factor sprinklers when all sprinklers are operating.

48.5 revised January 24, 2000

48.6  The waterflow during sprinkler discharge is to be continuously monitored so that the waterflow is capable of being adjusted as required during the test to provide the average sprinkler discharge flow rate specified in 48.5.

48.7  The piled stock is to consist of 30 tri-wall corrugated cartons (see 48.8) placed on pallets and arranged in a pile that is three pallet-cartons wide by five long by two high. See Figure 48.2. A 6-inch (152-mm) free space is to be maintained between all carton stacks.

**Figure 48.2**
**Carton arrangement**
Figure 48.2 revised May 25, 1999



S2884

48.8  Each carton is to measure 42 by 42 by 42 inches (1.1 by 1.1 by 1.1 m), and is to comply with the requirements for Class 2, Style E, "AAA" fluting, triple wall corrugated fiber boards as specified in the Federal Specification for Boxes, Fiberboard, Corrugated, Triple-Wall, PPP-B-640D (August 7, 1969). The distance from the inside of the inside wall to the outside of the outside wall is to be 1/2 inch (12.7 mm). Inside each carton is to be placed a carton complying with all of the above, except that each of these cartons is to measure 41 by 41 by 41 inches (1.0 by 1.0 by 1.0 m).

48.9  To provide structural stability during this test, two pieces of 56 by 40-inch wire fabric or 0.053 – 0.059 inch (1.35 – 1.50 mm) thick sheet metal are to be placed, in crisscross fashion, in each inside carton. Each support member is to be cut in its middle to facilitate insertion of the other diagonal member.

48.10  The ignition source for the fire test is to consist of 1.5 pounds (0.68 kg) of shredded paper placed on the floor in the space between the first and second carton in the middle row as illustrated in Figure 48.2 and ignited.

48.11  The fire test is to be continued until the fire is extinguished or until more than 50 percent of the piled stock is destroyed.

48.12  At the completion of water discharge, when the fire in the cartons has not been extinguished, it is to be carefully extinguished to prevent further destruction. The cartons are to be examined visually to determine compliance with the requirement specified in of 48.1(a). When it is not obvious that less than 50 percent of the cartons have been destroyed, the cartons are to be:

a) Oven dried and weighed so that the weight of the cartons is capable of being compared with the weight of unaltered cartons, or, when oven drying is not possible; then

b) Weighed 7 days after the fire test so that the weight of the cartons is capable of being compared with the weight of new cartons. During the 7 days, the cartons are to be stored in a sheltered area.

## 49  Piled Stock Fire Test for Extended Coverage Sprinklers Intended for Ordinary Hazard Occupancies

49.1  When tested as described in 49.2 – 49.11, the water discharge from the sprinkler shall:

a) Not result in operation of more than the maximum number of sprinklers specified in Table 49.1 within 45 minutes of the start of the test.

b) Result in the ceiling temperature to be reduced to a value less than 530°F (295°C) above ambient within 5 minutes after start of water discharge. Additionally, from the time the temperature initially falls below 530°F above ambient to the end of the test, the ceiling temperature shall not exceed this value for more than three consecutive minutes and the average temperature for this period shall not exceed 530°F above ambient.

*49.1 effective October 8, 1998*

49.2  The test room for the fire tests shall have provisions for venting the heat and smoke and for drainage of the sprinkler discharge. See Figure 49.1 for a typical test room.

*49.2 effective October 8, 1998*

**Table 49.1**
**Piled stock fire test conditions and criteria**

Table 49.1 effective October 8, 1998

| Sprinkler coverage area, feet | Test flow per sprinkler, gpm | Maximum number of sprinklers to operate |
|---|---|---|
| 20 by 20 | 80 | 5 |
| 18 by 18 | 65 | 5 |
| 16 by 16 | 51 | 6 |
| 14 by 14 | 39 | 8 |

Case 1:03-cv-00668-GET    Document 20    Filed 10/31/03    Page 124 of 150

**Figure 49.1**
*Location of piled cartons*
Figure 49.1 effective October 8, 1998



PLAN VIEW

o – IGNITION SOURCE 1-1/2 LBS SHREDDED PAPER
⊠ – THERMOCOUPLE POSITIONED 2" BELOW CEILING ABOVE BOXES
NOTE – THERMOCOUPLES ALSO POSITIONED NEXT TO EACH SPRINKLER

CARTON ARRANGEMENT



ELEVATION VIEW
(CARTONS ONLY)

⬜ – 42" X 42" X 42" DOUBLE TRI-WALL METAL LINED CARTONS

SM10328

No Text on This Page

49.3  In the first fire test, the sprinklers are to be installed in the test room at the maximum sprinkler spacing specified by the manufacturer with the ignition source located between four automatic sprinklers arranged to discharge water as specified in Table 49.1. The sprinkler grid is to consist of three 1-1/2-inch branch lines that are looped on both ends. Each branch line is to be individually supplied from a minimum 2-1/2 inch cross main. The sprinkler deflectors are to be located 12 inches (304 mm) below the ceiling. A clearance of 18 inches (457 mm) between the sprinkler deflector and the commodity is to be provided.

*49.3 effective October 8, 1998*

49.4  In the second test, the sprinklers are to be installed in the test room, using the minimum spacing specified by the manufacturer, with the ignition source located directly below one sprinkler with each sprinkler flowing water corresponding to the values specified in Table 49.1 for the applicable coverage area. A clearance of 10 feet (3.05 m) between the sprinkler deflector and the top of commodity is to be provided.

*49.4 effective October 8, 1998*

49.5  Temperatures are to be recorded by means of thermocouples located near the ceiling, which are to be located 2 inches (50.8 mm) below the ceiling and directly above the boxes. Additional thermocouples are to be located next to the heat sensitive element of each sprinkler.

*49.5 effective October 8, 1998*

49.6  The waterflow during sprinkler discharge is to be continuously monitored so that the waterflow is to be adjusted as required during the test to provide the applicable sprinkler discharge flow specified in Table 49.1.

*49.6 effective October 8, 1998*

49.7  The piled stock is to consist of 45 tri-wall corrugated cartons (see 49.8) placed on pallets and arranged in a pile that is three pallet-cartons wide by five long by three high. See Figure 49.1. A 6-inch (152-mm) free space is to be maintained between all carton stacks.

*49.7 effective October 8, 1998*

49.8  Each carton having moisture content of 10 ±2 percent is to measure 42 by 42 by 42 inches (1.1 by 1.1 by 1.1 m), and is to comply with the requirements for Class 2, Style E, "AAA" fluting, triple wall corrugated fiber boards as specified in the Federal Specification for Boxes, Fiberboard, Corrugated, Triple-Wall, PPP-B-640D (August 7, 1969). The distance from the inside of the inside wall to the outside of the outside wall is to be 1/2 inch (12.7 mm). Inside each carton is to be placed a carton complying with all of the above, except that each of these cartons is to measure 41 by 41 by 41 inches (1.0 by 1.0 by 1.0 m).

*49.8 effective October 8, 1998*

49.9  To provide structural stability during these tests, a five sided steel stiffener of 56 by 40-inch or 0.053 – 0.059 inch (1.35 – 1.50 mm) thick sheet metal are to be placed, in each inside carton.

*49.9 effective October 8, 1998*

49.10  The ignition source for the first fire test is to consist of 1.5 pounds (0.68 kg) of shredded paper placed on the floor in the space between the first and second carton in the middle row as illustrated in Figure 49.1 and ignited.

*49.10 effective October 8, 1998*

49.11  The fire test is to be continued for 45 minutes.

*49.11 effective October 8, 1998*

## 50 Distribution Tests for Extended Coverage Sprinklers Intended for Ordinary Hazard Occupancies

50.1 The water collected in any individual collection pan, the average water collected for all collection pans in the distribution area, and the average water collected for collection pans in any 16 square feet (1.5 $m^2$) area shall comply with the values specified in Table 50.1 with four sprinklers discharging water at the flows and distances above the collection pans specified in Table 50.1. The sprinklers shall be tested using the coverage areas specified by the manufacturer.

50.1 effective October 8, 1998

### Table 50.1
### Pan collection values

Table 50.1 effective October 8, 1998

| Sprinkler coverage area, ft by ft | Number of collection pans | Deflector to pan distance, ft | Waterflow per sprinkler, gpm | Minimum collection in any individual pan gpm/ft$^2$ | Minimum average collection in any 16 ft$^2$ area, gpm/ft$^2$ | Minimum average collection in all pans, gpm/ft$^2$ |
|---|---|---|---|---|---|---|
| 14 x 14 | 64 | 7.5 | 30 | 0.075 | 0.11 | 0.15 |
| | 64 | 7.5 | 39 | 0.10 | 0.15 | 0.20 |
| | 64 | 3.0 | 30 | 0.03 | 0.08 | 0.15 |
| | 64 | 3.0 | 39 | 0.03 | 0.11 | 0.20 |
| 16 x 16 | 100 | 7.5 | 39 | 0.075 | 0.11 | 0.15 |
| | 100 | 7.5 | 51 | 0.10 | 0.15 | 0.20 |
| | 100 | 3.0 | 39 | 0.03 | 0.08 | 0.15 |
| | 100 | 3.0 | 51 | 0.03 | 0.11 | 0.20 |
| 18 x 18 | 144 | 7.5 | 49 | 0.075 | 0.11 | 0.15 |
| | 144 | 7.5 | 65 | 0.10 | 0.15 | 0.20 |
| | 144 | 3.0 | 49 | 0.03 | 0.08 | 0.15 |
| | 144 | 3.0 | 65 | 0.03 | 0.11 | 0.20 |
| 20 x 20 | 196 | 7.5 | 60 | 0.075 | 0.11 | 0.15 |
| | 196 | 7.5 | 80 | 0.10 | 0.15 | 0.20 |
| | 196 | 3.0 | 60 | 0.03 | 0.08 | 0.15 |
| | 196 | 3.0 | 80 | 0.03 | 0.11 | 0.20 |

50.2 Four open sprinklers are to be installed in their intended position (upright or pendent) in the 1.5 by 1.5 by 3/4 inch (38.1 by 38.1 by 19.05 mm) tees, each supplied with water through two 1.5 inch (38.1 mm) diameter pipes with sprinklers placed at the corners of spacings specified by the manufacturer. The upright and pendent sprinkler deflectors are to be located 7 inches (0.178 m) below flat ceiling and frame arms are to be parallel to the piping on which it is installed. A ceiling mounted sprinkler type is to be installed as specified by the manufacturer.

50.2 effective October 8, 1998

50.3  Collection pans, having dimensions of 1 foot square (305 mm square), are to be centered below the sprinklers at distances below the sprinkler deflectors as specified in Table 50.1.

50.3 effective October 8, 1998

50.4  Water is to be discharged for 10 minutes. The amount collected in each pan is to be measured, and the density in gallons per minute per square foot (L/s per m$^2$) calculated.

50.4 effective October 8, 1998

## 51  High Temperature Exposure Test For Flow Control (FC) Sprinklers

51.1  After being conditioned as described in 51.2, the change in the average discharge coefficient "K" of an FC sprinkler shall not exceed 10 percent when compared with sprinklers that have not been conditioned.

51.2  Five sprinklers are to be conditioned for 1 hour in a preheated circulating air oven maintained at 1000°F (537°C). The sprinklers then are to be removed from the oven and allowed to cool for at least 3 hours at room temperature.

51.3  After cooling, the sprinklers are to be subjected to the Calibration Test, Section 29, to determine compliance with the requirements in 51.1.

51.4  The sprinklers are to be maintained in their intended installation position at all times during the exposure and while being subjected to the Calibration Test, Section 29.

## MANUFACTURING AND PRODUCTION TESTS

## 52  General

52.1  The manufacturer shall provide regular production control, inspection, and tests. The program shall include at least the tests specified in Production Leakage Test, Section 53, for each sprinkler.

## 53  Production Leakage Test

53.1  Each automatic sprinkler shall not leak when subjected to the appropriate hydrostatic test pressure as specified in Table 53.1, maintained for not less than 2 seconds. See 53.2.

53.1 revised October 8, 1997

**Table 53.1**
**Test pressures for the production leakage test**

Table 53.1 added October 8, 1997

| Rated pressure | | Test pressure | |
|---|---|---|---|
| psig | (MPa) | psig | (MPa) |
| 175 | (1.2) | 500 | (3.4) |
| 250 | (1.7) | 500 | (3.4) |
| 300 | (2.1) | 600 | (4.1) |

53.2  Other test arrangements shall be permitted to be utilized when determined to be equivalent.

## MARKING

### 54 General

54.1 A four- to six-character identification number, with no intervening spaces, shall be used to identify the manufacturer and sprinkler operating characteristics. The number shall be cast or die-stamped on the sprinkler deflector or on a visible non-operating part, which is not used to install the sprinkler. In addition, the identification number for decorative ceiling sprinklers is permitted to be located behind the cover plate that is removable with common tools, provided the number will be visible after the sprinkler is installed and the cover plate is removed.

*Revised 54.1 effective January 20, 2001*

54.2 The identification number shall consist of one or two characters which identify the manufacturer, followed by three or four digits. The last digits shall be unique to each combination of model, orifice size, thermal sensitivity classification, and deflector or water discharge characteristics.

*Revised 54.2 effective January 20, 2001*

*54.3 Deleted 54.3 effective January 20, 2001*

*54.4 Deleted 54.4 effective January 20, 2001*

54.5 The deflector of sprinklers intended for horizontal sidewall installation shall be marked with the word TOP. See 54.7.

*Revised 54.5 effective January 20, 2001*

*54.6 Deleted 54.6 effective January 20, 2001*

54.7 The deflector of a sidewall sprinkler shall clearly show its intended orientation with regard to the direction of flow. When an arrow is used to indicate the direction of flow, it shall be accompanied by the word FLOW.

54.8 The year of manufacture shall be die-stamped or cast on a visible area of automatic sprinklers. Temperature ratings shall be die-stamped or cast on a visible area of the sprinklers. Sprinklers produced in the last 3 months of a calendar year shall be marked with the current year or the following year as the date of manufacture, and those produced in the first 6 months of a calendar year shall be marked with the preceding year or the current year as the date of manufacture. Other marking methods are capable of being used when determined to provide equivalent permanency to the method described above.

54.9 The frame arms of automatic sprinklers of the various temperature ratings shall be colored in accordance with the color code designated in Table 7.1.

*Exception No. 1: The color identification for coated sprinklers shall be permitted to be a dot on the top of the deflector, the color of the coating material, or colored frame arms.*

*Exception No. 2: Frame arm color identification is not required for plated or painted sprinklers, ceiling sprinklers, or similar decorative types.*

*Exception No. 3: Frame arm or dot color identification is not required for sprinklers having glass bulb heat responsive elements color coded in accordance with Table 7.1.*

54.10  Plated, painted or coated decorative sprinklers shall be provided with a distinctive means to identify these finishes as being applied at the factory.

*54.11  Deleted 54.11 effective January 20, 2001*

54.12  When a manufacturer produces sprinklers at more than one factory, each sprinkler shall have a distinctive marking to identify it as the product of a particular factory.

54.12.1  When glass bulb sprinklers are manufactured with more than one supplier of glass bulbs, each sprinkler shall have a distinctive marking to identify the glass bulb manufacturer.

Added 54.12.1 effective January 20, 2001

*54.13  Deleted 54.13 effective January 20, 2001*

*54.14  Deleted 54.14 effective January 20, 2001*

*54.15  Deleted 54.15 effective January 20, 2001*

*54.16  Deleted 54.16 effective January 20, 2001*

54.17  An escutcheon intended for installation with recessed and concealed type sprinkler assemblies and not attached by the manufacturer shall be marked as follows: "FOR USE WITH (SPRINKLER MANUFACTURER'S NAME OR TRADEMARK, MODEL DESIGNATION, STYLE, AND DESCRIPTION INCLUDING "K" FACTOR, HEAT RESPONSIVE ELEMENT TYPE AND SPRINKLER TEMPERATURE RATING)."

*Exception:  When the escutcheon is compatible with all derivations (including all types such as pendent and sidewall) of the model designation of the sprinkler, the "K" factor, heat responsive element type, and sprinkler temperature rating are not required.*

54.17 revised January 24, 2000

54.18  The cover plate for a concealed sprinkler shall be marked with the words: "Do not paint" on the exterior surface.

54.19  Sprinklers with rated pressures exceeding 175 psig (1.2 MPa) shall have the rated pressure marked, die-stamped, or cast on a visible area on a non-operating part of the sprinkler.

54.19 added October 8, 1997

## INSTALLATION INSTRUCTIONS

### 55 Design Parameters and Installation Instructions

55.1 Each package of extended coverage, dry type, quick response, sidewall type and flow control sprinklers; and sprinklers for installation not specifically outlined in the National Fire Protection Association Standard for Installation of Sprinkler Systems, NFPA 13-96, shall be provided with design parameter instructions or with a statement indicating that design parameter instructions are available from the manufacturer. The design parameter instructions for dry and extended coverage sprinklers shall include the minimum operating pressure. The design parameter instructions for an extended coverage sprinkler shall specify the coverage area dimensions, minimum waterflow rate, the orifice size, and the "K" factor, and the type of ceiling configuration under which the ceiling is to be installed.

55.1 effective June 17, 1997

55.2 Each box of ceiling type sprinklers shall be provided with installation instructions that specify the method of sprinkler assembly.

55.3 Installation instructions for dry sprinklers installed in dry systems shall include information on the appropriate sprinkler-fitting compatibility, so as to minimize the potential to accumulate water, scale, and sediment of the sprinkler inlet and provide for an unobstructed flow path upon operation.

55.3 effective October 8, 1998

55.4 Each box of sidewall and extended coverage (EC) sidewall sprinklers shall be provided with installation instructions that specify the ranges for deflector distances below the ceiling of $4 - 6$, $6 - 12$, $12 - 18$, $4 - 12$, $4 - 18$, or $6 - 18$ inches.

Added 55.4 effective October 8, 1998

## APPENDIX A

## A1 TOLERANCE LIMIT CALCULATION METHODS

A1.1 The calculation methods for determining compliance with the tolerance limit requirements specified in 13.2.1 and 19.3.1 are described in A1.2 – A1.5.

A1.2 Record the sample operation time in decimal form.

A1.3 Calculate the mean and unbiased standard deviation. The sample unbiased standard deviation (S) is calculated from the formula:

$$S = \sqrt{\frac{\sum_{i=1}^{n}(X_i - \bar{X})^2}{n-1}}$$

*in which:*

   $\bar{X}$ = *sample mean*

   $X_i$ = *individual values of each sample tested*

   $n$ = *number of samples tested*

A1.4 Determine K, where K is a factor specified in Table A1.1 (Table for K, Factors for One-Sided Tolerance Limits for Normal Distributions):

   a) In calculations for the Strength of Heat Responsive Element Test for Frangible Bulb Types (13.2.1), use columns one and two of Table A1.1.

   b) In calculations for the Response Test for Ceiling and Recessed Type Sprinklers – Ordinary and Intermediate Temperature Rated (43.3), use columns one and three of Table A1.1.

A1.5 The steps to complete the comparison with the requirements specified in 13.2.1 are to be performed as indicated in Figure A1.1. The steps to complete the comparison with the requirements of 19.3.3 are to be performed as indicated in Figure A1.2.

**Table A1.1**
**Table for K, factors for one-sided tolerance limits for normal distributions**

| n | Strength of heat responsive element test for frangible bulb types (13.2.1) $\gamma = 0.99$ $p = 0.99$ (99% of samples) | Response test for ordinary and intermediate temperature rated ceiling type sprinklers (including concealed, flush, and recessed) (19.3) $\gamma = 0.95$ $p = 0.99$ (99% of samples) |
|---|---|---|
| 10 | 5.075 | 3.981 |
| 11 | 4.828 | 3.852 |
| 12 | 4.633 | 3.747 |
| 13 | 4.472 | 3.659 |
| 14 | 4.336 | 3.585 |
| 15 | 4.224 | 3.520 |
| 16 | 4.124 | 3.463 |
| 17 | 4.038 | 3.415 |
| 18 | 3.961 | 3.370 |
| 19 | 3.893 | 3.331 |
| 20 | 3.832 | 3.295 |
| 21 | 3.776 | 3.262 |
| 22 | 3.727 | 3.233 |
| 23 | 3.680 | 3.206 |
| 24 | 3.638 | 3.181 |
| 25 | 3.601 | 3.158 |
| 30 | 3.446 | 3.064 |
| 35 | 3.334 | 2.994 |
| 40 | 3.250 | 2.941 |
| 45 | 3.181 | 2.897 |
| 50 | 3.124 | 2.863 |

**Figure A1.1**
**Tolerance limit worksheet for strength of heat responsive element test for frangible bulb types**
**(13.2.1)**

| Sample Bulb Strength Values, Pounds (Kg) | Sprinkler Assembly Load Values, Pounds (Kg) |
|---|---|
| | |

$\bar{X}_1$ [Mean Bulb Strength, Pounds (Kg)]

$S_1$ [Sample Unbiased Standard Deviation for $\bar{X}_1$ Pounds (Kg)]

$\bar{X}_2$ [Mean Assembly Load, Pounds (Kg)]

$S_2$ (Sample Unbiased Standard Deviation for $\bar{X}_2$)

$K_1$ (Bulb Strength Factor from Table A1.1 for $\gamma = 0.99$ and $P = 0.99$)

$K_2$ (Assembly Load Factor from Table A1.1 for $\gamma = 0.99$ and $P = 0.99$)

$TL_2$ (Upper Tolerance Limit for Sprinkler Assembly Load = $\bar{X}_2 + K_2S_2$)

$TL_1$ (Lower Tolerance Limit for Bulb Strength = $\bar{X}_1 - K_1S_1$)

*Sample Data Is Capable Of Being Used When $TL_1 > 2TL_2$*

**Figure A1.2**
**Tolerance limit worksheet for response test for ordinary and intermediate temperature rate ceiling type sprinklers (including concealed, flush, and recessed) (19.3) Operation Times**

| Min:Sec = Min (Decimal) | Min:Sec = Min (Decimal |
|---|---|
| | |

$\bar{X}$ (Mean Sample Sprinkler Operating Time, Minutes)    =

S (Sample Unbiased Standard Deviation, Min)    =

n (Sample Size)    =

K (Factor from Table A1.1 for $\gamma$ = 0.95 and P = 0.99)    =

TL (Tolerance Limit = $\bar{X}$ + KS)    =

Sample Data Is Capable Of Being Used When:

     TL ≤ 3.15 For Intermediate Temperature Rated Ceiling Type Sprinklers



# EXHIBIT / ATTACHMENT

## 4

**(To be scanned in place of tab)**

| **QUALITY   PLAN** | PLAN NO. QIP-45GB<br>PAGE 1 OF 3 |
|---|---|
| PROGRAM OR PROJECT: SUB-ASSEMBLY/FINAL OF COMPONENT<br>ITEMS & MANUAL, SEMI-AUTOMATIC & AUTO ASSEMBLIES | DRAWING NO.<br>SEE PART DRAWING |
| PART OR ASSEMBLY NAME:<br>GLASS BULB SPRINKLERS | DRAWING REVISION:<br>SEE PART DRAWING |

| PLANNED BY:<br>J. TERPOILLI | DATE:<br>4/29/99 | APPROVED BY: | DATE: |
|---|---|---|---|

**1.0 OPERATIONS PERFORMED:**

  1.1 SADDLE STAMPING MANUALLY AND AUTOMATICALLY.
  1.2 SUB-ASSEMBLY OF THE SADDLE, O-RING, BELLEVILLE WASHER AND/OR
      SPRING WASHER, MANUALLY AND AUTOMATICALLY. (AS REQUIRED BY UNIT)
  1.3 MACHINE SEAT AREA. (REMOVE PAINT IN COUNTER BORE AS REQUIRED)
  1.4 RETAP COMPRESSION SCREW THREAD. (WHEN REQUIRED ON UNIT)
  1.5 INSTALL GUIDE PINS OR NOSE TO DEFLECTOR/FRAME SUB-ASSEMBLY. (THIS
      IS A PEEN/ROLLOVER OPERATION WHEN REQUIRED BY UNIT)
  1.6 PIN INSERTION TO FRAME ARM. (WHEN REQUIRED BY UNIT)
  1.7 STAMP/RE-STAMPING OR ETCH OF DATE/OTHER DATA ON DEFLECTOR.
      (WHEN REQUIRED ON UNIT)
  1.8 ORBITAL RIVETING OF DEFLECTOR TO FRAME.(ROLLOVER) THIS IS MANUAL
      SEMI-AUTOMATIC AND/OR AUTOMATIC OPERATION. (WHEN REQUIRED BY
      UNIT)
  1.9 INSTALL BUSHING IN FRAME C/B. (WHEN REQUIRED BY UNIT)
  1.10 SUB-ASSEMBLY OF GLASS BULB TO FRAME SUB-ASSEMBLY WITH SADDLE SUB-
      ASSEMBLY AND COMPRESSION SCREW, WITH GREASE ON BULB TIP ONLY,
      MANUALLY, SEMI-AUTOMATIC AND AUTOMATICALLY. (AS REQUIRED BY UNIT)
  1.11 SUB-ASSEMBLY OF GLASS BULB TO FRAME SUB-ASSEMBLY WITH CAP, GREASE
      ON BULB TIP ONLY DEFLECTOR/LOAD SCREW SUB-ASSEMBLY AND HELPER
      SPRING. (AS REQUIRED BY UNIT)
  1.12 STAKING OF COMPRESSION SCREW/LOAD SCREW TO FRAME. (SINGLE OR
      DOUBLE STAKING AS REQUIRED BY UNIT)
  1.13 100 % HYDRO-TEST AT 3-7 LOW PSI AND 500 PSI MINIMUM ON HIGH END
      OF SCALE AND LINE PRESSURE. (SEMI AUTO) THIS IS DONE MANUALLY AND
      AUTOMATICALLY FOR LOW/HIGH. (ALL UNITS ARE NOT TESTED AT LOW END
  1.14 INSTALL SUPPORT CUP TO FRAME SUB-ASSEMBLY. (WHEN REQUIRED)
  1.15 LOCTITE OF COMPRESSION SCREW OR LOAD SCREW TO FRAME SUB-ASSEMBLY.
      (AS REQUIRED BY UNIT MANUAL AND/OR AUTO) K-17 TORQUE DOWN IS 1.5
      INCH LBS. AFTER LOCTITE.
  1.16 APPLY TEMPILAQ INDICATING LIQUID TO COMPRESSION SCREW.
      (WHEN REQUIRED BY UNIT)
  1.17 LOCTITE AND INSTALL PINTLE TO FRAME SUB-ASSEMBLY. (WHEN REQUIRED)
  1.18 TEFLON COAT NPT THREADS. (WHEN REQUIRED ON UNIT)
  1.19 VIBRA SEAL OF NPT THREADS. (AS REQUIRED ON UNIT)
  1.20 WAX COAT UNIT. (WHEN REQUIRED ON UNIT)
  1.21 INSPECT, PACK AND LABEL. THIS IS DONE AFTER THE BUBBLE REDUCTION/
      DISAPPEARANCE TEST. SEE QUALITY PLAN QIP-40GB FOR DATA ON BUBBLE
      REDUCTION/DISAPPEARANCE AND PERTINENT INFORMATION.


**2.0 INSPECTION INSTRUCTIONS INPROCESS AND FINAL:**

  2.1 SAMPLE UNITS FROM THE ASSEMBLY AREA USING THE INSPECTION CRITERIA
      OUTLINED ON FORM QIP045GB. RECORD THE DATA FROM THE UNITS ON THIS
      FORM. THIS FORM IS FOR INPROCESS AND FINAL INSPECTION.

PRODUCED IN

| QUALITY PLAN | PLAN NO. QIP-45GB PAGE 2 OF 3 |
|---|---|
| PROGRAM OR PROJECT: SUB-ASSEMBLY/FINAL OF COMPONENT ITEMS & MANUAL, SEMI-AUTOMATIC & AUTO ASSEMBLIES | DRAWING NO. SEE PART DRAWING |
| PART OR ASSEMBLY NAME: GLASS BULB SPRINKLERS | DRAWING REVISION: SEE PART DRAWING |
| PLANNED BY: J. TERPOILLI | DATE: 4/29/99 | APPROVED BY: | DATE: 4/29/99 |

2.0 INSPECTION INSTRUCTIONS INPROCESS AND FINAL: (CONTINUED)

2.2 A = ACCEPTED.

2.3 R = REJECTED.

2.4 N/R = NOT RUNNING. (THIS PHASE OF THE OPERATION)

2.5 (M I) METHOD OF INSPECTION YOU USED TO CHECK UNITS, GAGE OR INSTRUMENT NUMBER.

2.6 UNITS MUST BE CLEANED PRIOR TO ASSEMBLY.

2.7 ASSURE UNITS HAVE BEEN PROPERLY ORBITAL RIVETED. 3/8", 7/16" AND 1/2" UNITS HAVE A BREAKAWAY TORQUE OF 9 INCH LBS. MINIMUM FROM FRAME TO DEFLECTOR SUB-ASSEMBLY. (THIS IS A ROLLOVER OPERATION) THE MAX ANGULARITY ON THE DEFLECTOR/FRAME SUB-ASSEMBLY IS 2 DEGREES. NO CRACKS, SPLITS OR MISSING AREAS IN DEFLECTOR/FRAME ARE ACCEPTABLE. UNITS WITH THE 3/4" MEDIUM STYLE DEFLECTOR HAVE A 13 INCH LBS. AND LARGE HAVE 18 INCH LBS. MINIMUM BREAKAWAY TORQUE FOR THE ORIENTATION OF THE DEFLECTOR TO THE FRAME SEE DRAWING.

2.8 ASSURE UNITS ARE BEING RETAPED (WHEN REQUIRED) AND ACCEPT THE GO THREAD GAGE THRU AS REQUIRED BY THREAD SIZE. THE MAX ON THE NO GO THREAD GAGE IS THREE (3) TURNS.

2.9 WHEN REQUIRED BY UNIT (AFTER THE PAINTING PROCESS) ASSURE THE UNITS IS BEING MACHINED IN THE COUNTER BORE AREA TO REMOVE ANY PAINT PRIOR TO ASSEMBLY AND SEAT SIZE/FINISH IS ACCEPTABLE. NO BURRS ARE ALLOWED.

2.10 ASSURE SADDLE STAMPING IS CLEAR AND THE DATA IS AS REQUIRED BY UNIT. (NO DAMAGE IS ALLOWED TO THE SADDLE FROM STAMPING)

2.11 ASSURE FRAME DATE IS CORRECT, EITHER ON THE FRAME OR DEFLECTOR. THIS IS BASED ON CALENDER YEAR WITH A + 6 MONTHS - 3 MONTHS FROM JANUARY 1ST OF EACH YEAR.

2.12 WHEN REQUIRED BY UNIT ASSURE BUSHINGS ARE INSERTED CORRECTLY AND EXTERNAL THREADS HAVE NOT BEEN EXPANDED AND BUSHING IS NOT LOOSE.

2.13 WHEN REQUIRED BY UNIT ASSURE PIN HAS BEEN INSTALLED CORRECTLY IN FRAME ARM AND IS NOT LOOSE. (SEE DRAWING FOR LOCATION DATA)

2.14 ASSURE UNIT STAKING AND/OR LOCTITE HAS BEEN PERFORMED CORRECTLY. THE MINIMUM BREAKAWAY TORQUE IS 5 INCH LBS. LOCTITE IS APPLIED TO THE COMPRESSION/LOAD SCREW. FOR THE K17 UNITS 1 1/2 INCH LBS. ON THE NUT AND 3 INCH LBS. ON THE COMPRESSION SCREW MINIMUM EACH.

2.15 WHEN REQUIRED BY UNIT ASSURE GUIDE PINS MOVE FREELY WITHIN THE FRAME/DEFLECTOR SUB-ASSEMBLY. (DO NOT BIND AND WILL NOT TURN)

2.16 ASSURE THE CORRECT BULB HAS BEEN INSTALLED TO THE FRAME SUB-ASSEMBLY ALONG WITH THE CORRECT MARKED SADDLE. IN THE CASE OF THE BULBS, SOME FRAMES FOR EXAMPLE CAN ONLY HAVE NOR BULBS. CHECK OUR FILES FOR DATA, AS REQUIRED.

# QUALITY PLAN

PLAN NO. QIP-43GB
PAGE 3 OF 3

| PROGRAM OR PROJECT: | DRAWING NO. |
|---|---|
| RECEIVING INSPECTION GLASS BULBS | SEE PART DRAWING |

| PART OR ASSEMBLY NAME: | DRAWING REVISION: |
|---|---|
| GLASS BULBS 2.5MM, 3MM AND 5MM | SEE PART DRAWING |

| PLANNED BY: | DATE: | APPROVED BY: | DATE: |
|---|---|---|---|
| J. TERPOILLI | 12/7/99 | | |

## 1.0 INSPECTION INSTRUCTIONS RECEIVING: (CONTINUED)

1.10 SEE DRAWING 136-21 FOR DAY IMPEX DATA. 136-510 FOR CENTRAL DATA
AND 136-058 FOR JOB DATA ON 5MM BULBS. FOR 3MM BULBS SEE DRAWING
136-104 FOR JOB DATA AND 136-125 FOR CENTRAL DATA. FOR 2.5MM
BULBS SEE DRAWING 136-169. SEE DRAWING 136-207 FOR NORBULB.

### "CRUSH TEST" (BULB STRENGTH)

| LBS. MINIMUM | BULB SIZE | DRAWING NUMBER |
|---|---|---|
| 540 | 5MM | 136-21 |
| 280 | 5MM | 136-510 |
| 630 | 5MM | 136-058 |
| 510 | 3MM | 136-104 |
| 330 | 3MM | 136-125 |
| 400 | 2.5MM | 136-169 |
| 345 | 3MM | 136-207 |

1.12 SAMPLES IN CRUSH TESTING SHALL NOT EXCEED 55 POUNDS OF FORCE
PER SECOND.

## 2.0 ACCEPTANCE CRITERIA:

2.1 WHEN UNITS ARE REJECTED YOU ARE REQUIRED TO INITIATE AN N C R.
PLEASE NOTIFY YOUR SUPERVISOR AND TAG UNITS IN QUESTION.

NOTES: A) CAUTION! ALWAYS CHECK FOR CURRENT CALIBRATION OF INSTRUMENTS
YOU ARE USING.
B) ASSURE THE DRAWINGS YOU ARE USING ARE THE CURRENT REVISION
LEVEL.
C) REFERENCE IS MADE TO UNDERWRITERS LABORATORIES STANDARD 199
PARAGRAPH 17.1 AND EX683. ALSO FACTORY MUTUAL STANDARD
PARAGRAPH 4.7.2.
D) PLEASE REFER TO QUALITY PROCEDURE QGP-01.

CONFIDENTIAL
CSC-0031269

# CENTRAL SPRINKLER CORP.
## INPROCESS/FINAL INSPECTION FORM
## GLASS BULB SPRINKLER
## P/N SEE DRAWING
## SUB—ASSEMBLY & ASSEMBLY

DATE: _____ SHIFT: 1  2  3 INSPECTOR:_____ DRAWING REV. SEE BELOW
A/R:_____ NCR #_____ PART NUMBER: SEE BELOW

| CHARACTERISTICS: _____  TIME: A.M. P.M. | UNIT 1 | UNIT 2 | UNIT 3 | UNIT 4 | DWG. ZONE | METHOD OF INSPECTION (M I) |
|---|---|---|---|---|---|---|
| 17-GUIDE PINS SUB-ASSY. # 1 # 2 17A-GUIDE PINS ____ 1 DEG. 30' | | | | | NONE  SEE DWG. | VISUAL (PINS DO NOT BEND OR TURN GB4) COMPARATOR FOR GB4 TYPES |
| 18-NOSE/FRAME | | | | | NONE | VISUAL |
| 19-ROLLOVER      "K-17" 19A-ASSEMBLY         ↓ 19B-HYDRO-TEST  19C-LOCTITE TORQUE NUT DOWN(BREAK COMP. SCREW      AWAY) 19D-BULB 19E-WAX COAT SADDLE | | | | | NONE NONE NONE  NONE  NONE NONE NONE | BREAKAWAY VISUAL 2 PSI MINIMUM LOW 500 PSI MINIMUM HIGH  1 1/2 INCH LBS. MIN. 3 INCH LBS. MINIMUM BULB DOES NOT TURN VISUAL (SEE Q-PLAN) |
| 20-SUPPORT CUPS   # 1 # 2 | | | | | NONE | TORQUE WRENCH 13 INCH LBS. MINIMUM |
| 21-STAKING-LOCTITE | | | | | NONE | 3 INCH LBS. MIN. TORQUE WRENCH SEE COMMENTS |
| 22-TAPE # 1 # 2 # 3 | | | | | NONE | VISUAL |
| 23-VIBRA SEAL | | | | | NONE | VISUAL SEE COMMENTS |
| 24-TEMPILAQ | | | | | NONE | VISUAL SEE COMMENTS |
| 25-WAX COAT TEMP. 165 & 212 DEG. | | | | | SEE DWG. | VISUAL SEE COMMENTS THIS IS HAND DIP |
| 26-INSPECT/PACK/LABEL 26A-REVISION | | | | | SEE DWG. | VISUAL ENTER P/N VISUAL ENTER REV. |
| 27- | | | | | | |

COMMENTS: # 3 GO THREAD GAGE MUST GO FREELY AND THE MAX TURNS ON THE NO/GO THREAD GAGE IS 3 TURNS. # 5 STAMPING MUST BE CLEAR IN (F) FAHRENHEIT AND (C) CENTIGRADE. # 9 IN A CALENDER YEAR THE FRAMES ARE + 6 MONTHS AND - 3 MONTHS FROM JANUARY 1ST OF EACH YEAR. # 8 CHECK THREAD ANGLE ON COMPARATOR # 10B WHEN REQUIRED BY UNIT DUE TO TYPE. # 21 CHECK ONE UNIT MINIMUM AFTER 24 HOURS CURE PER SHIFT. # 23 NO VOIDS AND/OR FLAKING PERMITTED. # 24 NO VOIDS. # 25 NO VOIDS. # 19C IS A BREAKAWAY WITH 2 HRS. MINIMUM CURE. ____

## INPROCESS/FINAL ASSEMBLY
## GLASS BULB SPRINKLERS
## MASTER FILE INDEX

| QUALITY PLAN NUMBER | REVISION OF QUALITY PLAN | INSPECTION FORM NUMBER | REVISION OF INSP. FORM | PART NUMBER | DESCRIPTION OF SUB-ASSEMBLY AND INPROCESS/FINAL ASSEMBLY |
|---|---|---|---|---|---|
| QIP-40GB | 6 | QIP0406B | 4 | XXX-XXX | BUBBLE REDUCTION/DISAPPEARANCE TEST |
| QIP-41GB | 3 | QIP0416B | 2 | XXX-XXX | GLASS BULB LIQUID BATH TESTING |
| QIP-42GB | 11 | QIP0426B | 6 | XXX-XXX | FRAME LOAD TESTING |
| QIP-43GB | 6 | QIP0436B | 3 | XXX-XXX | RECEIVING INSPECTION 3 AND 5MM BULBS |
| QIP-44GB | 0 | QIP0446B | 2 | XXX-XXX | SADDLE LIFT TESTING |
| QIP-45GB | 5 | QIP0456B | 5 | XXX-XXX | SUB-ASSY./FINAL ASSY. OF COMPONENT ITEMS |
| QIP-46GB | 0 | QIP0466B | 0 | XXX-XXX | LODGEMENT (AGENCY) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

CONFIDENTIAL
CSC-0031266



# EXHIBIT / ATTACHMENT

## 5

**(To be scanned in place of tab)**

| QUALITY PLAN | PLAN NO. QIP-43GB PAGE 1 OF 3 |
|---|---|
| PROGRAM OR PROJECT: RECEIVING INSPECTION GLASS BULBS | DRAWING NO. SEE PART DRAWING |
| PART OR ASSEMBLY NAME: GLASS BULBS 2.5MM, 3MM AND 5MM | DRAWING REVISION: SEE PART DRAWING |

| PLANNED BY: J. TERPOILLI | DATE: 8/9/99 | APPROVED BY:      DATE: |
|---|---|---|

**1.0 INSPECTION INSTRUCTIONS RECEIVING:**

1.1 RANDOM SAMPLING INSPECTION SHALL BE PERFORMED IN ACCORDANCE WITH ANSI/ASQC Z1.4 LEVEL S-3 WITH AN A.Q.L. OF 1.5 FOR ACCEPT/REJECT CRITERIA. AN EXAMPLE OF THIS IS 10,500 UNITS RECEIVED WOULD HAVE 32 SAMPLES SELECTED AT RANDOM FROM THE SUB-LOT AND INSPECTED TO THE CRITERIA CONTAINED IN THIS QUALITY PLAN AND FORMS DETAILED IN THIS PLAN. THE ACCEPT RATE IS 1/2, WHICH MEANS "1" NON-CONFORMANCE IS ALLOWED IN THE 32 SAMPLES SELECTED AND "2" NON-CONFORMANCES SHALL CAUSE THE LOT TO BE REJECTED UNDER NORMAL INSPECTION CRITERIA. IF LOT SIZE IS LESS THAN TEN THOUSAND (10,000) PIECES MULTIPLE LOTS MAY BE COMBINED TO FORM LARGER LOTS. IF LOTS ARE NOT COMBINED A REDUCED SAMPLING PLAN IS ACCEPTABLE. SKIP LOT INSPECTIONS ARE ACCEPTABLE. IF SKIP LOTS ARE DONE, INCOMING INSPECTION PROCEDURE QGP-01 PARAGRAPH 6.2.5 MUST BE FOLLOWED.

1.2 GLASS AMPOULES SHALL BE INSPECTED TO THE CRITERIA LISTED ON FORM QIP043GB. THIS CONSIST OF BATH, CRUSH, VISUAL AND DIMENSIONAL.

1.3 A = ACCEPTED R = REJECTED.

1.4 TEST DATA SHOULD BE SUPPLIED WITH SHIPMENT OR SENT UNDER SEPERATE COVER.

1.5 ASSURE THE LOT/BATCH NUMBERS CONCUR ON THE CARTONS WITH THE DOCUMENTATION AS RECEIVED FROM VENDOR.

1.6 BATH TESTING IS PERFORMED IN OUR WATER/OIL TEST UNITS. IN THIS TEST 32 OF THE 32 SAMPLES ARE SELECTED AT ONE TIME AND IMMERSED IN BATH. THE BATH IS AGITATED BY MEANS OF MOTOR DRIVEN STIRRER TO MAINTAIN UNIFORM TEMPERATURE THRU OUT THE LIQUID. THE SPEED CONTROL OF THE STIRRER IS SET TO APPROXIMATELY 3 OR FULL AUTO. THE TEMPERATURE OF THE BATH IS INCREASED RAPIDLY AT FIRST AND THEN GRADUALLY SET TO ACHIEVE 1 DEGREE MAXIMUM INCREASE PER MINUTE WHEN IT IS WITHIN 20 DEGREES APPROXIMATE OF THE RATED TEMPERATURE OF THE BULB. WHEN THE TEMPERATURE OF THE BATH IS OBTAINED (SEE CHART IN THIS QUALITY PLAN) YOU MUST RECORD THE TEMPERATURE THE BULBS OPERATE. THESE RESULTS ACCEPT/REJECT ARE RECORDED ON FORM QIP043GB.

1.7 CRUSH TESTING IS PERFORMED IN OUR BULB STRENGTH MACHINE. THIS IS COMPRESSION EQUIPMENT. SELECT THE 32 SAMPLE UNITS AT RANDOM FROM THE LOT. ON START UP PLACE ONE SADDLE IN THE BOTTOM FIXTURE HOLDER (FOR 3 MM THE SMALLER SADDLE HOLE IS USED AND FOR 5 MM THE LARGER SADDLE HOLE IS USED) AND A COMPRESSION SCREW IN THE TOP OF THE UPPER DIE. RESET THE POINTER ON COM-TEN GAGE TO "0". TURN THE MACHINE TO THE ON POSITION AND PLACE THE BULB IN THE DIES WITH THE POINT DOWN IN THE SADDLE AND THE RADIUS SIDE UP.

CONFIDENTIAL
CSC-0031262

QIP-43GB
PAGE 1 OF 3
FORM REV. 6

| QUALITY PLAN | PLAN NO. QIP-43GB<br>PAGE 2 OF 3 |
|---|---|
| PROGRAM OR PROJECT:<br>RECEIVING INSPECTION GLASS BULBS | DRAWING NO.<br>SEE PART DRAWING |
| PART OR ASSEMBLY NAME:<br>GLASS BULBS 2.5MM, 3MM AND 5MM | DRAWING REVISION:<br>SEE PART DRAWING |
| PLANNED BY:    DATE:<br>J. TERPOILLI    8/9/99 | APPROVED BY:    DATE: |

1.0 INSPECTION INSTRUCTIONS RECEIVING: (CONTINUED)
    1.7 GRADUALLY TURN THE FORCE DIAL TO A MAX READING OF 10 AND
        ALLOW THE BOTTOM RAM TO COME UP WHILE HOLDING THE BULB CENTERED
        TO THE COMPRESSION SCREW. ONCE THE TOP RADIUS OF THE BULB COMES
        IN CONTACT WITH THE COMPRESSION SCREW REMOVE YOUR HAND AND CLOSE
        THE DOOR. ALLOW THE RAM TO CONTINUE ITS TRAVEL UNTIL THE BULB
        BREAKS. RECORD THE GAGE READING ON FORM QIP043GB. REPEAT THIS
        SEQUENCE FOR THIS SAMPLE LOT. ALWAYS WEAR SAFTEY GLASSES DURING
        THIS TEST. NOTE: THE SADDLE MUST BE REPLACED AFTER EACH BULB IS
        CRUSHED AND THE SCREW MUST BE REPLACED AFTER FIVE (5) SAMPLES
        HAVE BEEN TESTED.
    1.8 DIMENSIONAL INSPECTION SHALL BE PERFORMED USING OUR COMPARATOR
        AND THE OVER LAY CHART WHICH CONCURS WITH THE PARTICULAR BULB
        YOU ARE INSPECTING. THE RESULTS OF THE SAMPLES SHALL BE
        RECORDED ON FORM QIP043GB. AS STATED IN SECTION 1.1 THE ACCEPT/
        REJECT CRITERIA IS 1/2.
    1.9 ASSURE BULB COLOR AGREES WITH CHART/RANGE FOR TEMPERATURE.
        SEE CHART BELOW.

                    "BATH TESTING CHART"

| BULB SIZE/<br>STYLE | TEMP. IN<br>"F" | DEGREES<br>"C" | COLOR | RANGE IN<br>"F" | RANGE IN<br>"C" |
|---|---|---|---|---|---|
| 5MM/G5/N5 | 135 | 57.2 | ORANGE | 135-145 | 57.2-62.7 |
| 3MM/F3/N3 | 135 | 57.2 | ORANGE | 130-140 | 54.4-60.0 |
| 2.5MM/20 | 135 | 57.2 | ORANGE | 130-140 | 54.4-60.0 |
| 5MM/G5/N5 | 155 | 68.3 | RED | 155-166 | 68.3-74.4 |
| 5MM/L5/16 | 155 | 68.3 | RED | 153-164 | 67.2-73.3 |
| 5MM/L5/20 | 155 | 68.3 | RED | 148-159 | 64.4-70.5 |
| 3MM/F3/N3 | 155 | 68.3 | RED | 150-161 | 65.5-71.6 |
| 3MM/L3 | 155 | 68.3 | RED | 150-161 | 65.5-71.6 |
| 2.5MM/20 | 155 | 68.3 | RED | 150-161 | 65.5-71.6 |
| 5MM/G5/N5 | 175 | 79.4 | YELLOW | 175-186 | 79.4-85.5 |
| 3MM/F3/N3 | 175 | 79.4 | YELLOW | 169-181 | 76.1-82.7 |
| 2.5MM/20 | 175 | 79.4 | YELLOW | 169-181 | 76.1-82.7 |
| 5MM/G5/N5 | 200 | 93.3 | GREEN | 200-214 | 93.3-101.1 |
| 3MM/F3/N3 | 200 | 93.3 | GREEN | 193-207 | 89.4-97.2 |
| 2.5MM/20 | 200 | 93.3 | GREEN | 193-207 | 89.4-97.2 |
| 3MM/F3/N3 | 250 | 121.1 | BLUE | 249-266 | 120.6-130.0 |
| 2.5MM/20 | 250 | 121.1 | BLUE | 241-259 | 116.1-126.1 |
| 5MM/G5/N5 | 286 | 141.1 | BLUE | 286-306 | 141.1-152.2 |
| 3MM/F3 | 286 | 141.1 | BLUE | 276-296 | 135.5-146-6 |
| 2.5MM/20 | 286 | 141.1 | BLUE | 276-296 | 135.5-146.6 |
| 5MM/G5/N5 | 360 | 182.2 | PURPLE | 360-385 | 182.2-196.1 |

| **QUALITY PLAN** | PLAN NO. QIP-43GB<br>PAGE 3 OF 3 |
|---|---|
| PROGRAM OR PROJECT:<br>RECEIVING INSPECTION GLASS BULBS | DRAWING NO.<br>SEE PART DRAWING |
| PART OR ASSEMBLY NAME:<br>GLASS BULBS 2.5MM, 3MM AND 5MM | DRAWING REVISION:<br>SEE PART DRAWING |

| PLANNED BY:<br>J. TERPOILLI | DATE:<br>8/9/99 | APPROVED BY:        DATE: |
|---|---|---|

1.0 INSPECTION INSTRUCTIONS RECEIVING: (CONTINUED)
    1.10 SEE DRAWING 136-21 FOR DAY IMPEX DATA, 136-510 FOR CENTRAL DATA
        AND 136-058 FOR JOB DATA ON 5MM BULBS. FOR 3MM BULBS SEE DRAWING
        136-104 FOR JOB DATA AND 136-125 FOR CENTRAL DATA. FOR 2.5MM
        BULBS SEE DRAWING 136-169. SEE DRAWING 136-207 FOR NORBULB.

"CRUSH TEST" (BULB STRENGTH)

| LBS. MINIMUM | BULB SIZE | DRAWING NUMBER |
|---|---|---|
| 540 | 5MM | 136-21 |
| 280 | 5MM | 136-510 |
| 630 | 5MM | 136-058 |
| 510 | 3MM | 136-104 |
| 220 | 3MM | 136-125 |
| 400 | 2.5MM | 136-169 |
| 345 | 3MM | 136-207 |

    1.12 SAMPLES IN CRUSH TESTING SHALL NOT EXCEED 55 POUNDS OF FORCE
        PER SECOND.

2.0 ACCEPTANCE CRITERIA:
    2.1 WHEN UNITS ARE REJECTED YOU ARE REQUIRED TO INITIATE AN N C R.
        PLEASE NOTIFY YOUR SUPERVISOR AND TAG UNITS IN QUESTION.

NOTES: A) CAUTION! ALWAYS CHECK FOR CURRENT CALIBRATION OF INSTRUMENTS
        YOU ARE USING.
      B) ASSURE THE DRAWINGS YOU ARE USING ARE THE CURRENT REVISION
        LEVEL.
      C) REFERENCE IS MADE TO UNDERWRITERS LABORATORIES STANDARD 199
        PARAGRAPH 17.1 AND EX683. ALSO FACTORY MUTUAL STANDARD
        PARAGRAPH 4.7.2.
      D) PLEASE REFER TO QUALITY PROCEDURE QGP-01.

CONFIDENTIAL
CSC-0031264

## INPROCESS/FINAL ASSEMBLY
## GLASS BULB SPRINKLERS
## MASTER FILE INDEX

| QUALITY PLAN NUMBER | REVISION OF QUALITY PLAN | INSPECTION FORM NUMBER | REVISION OF INSP. FORM | PART NUMBER | DESCRIPTION OF SUB-ASSEMBLY AND INPROCESS/FINAL ASSEMBLY |
|---|---|---|---|---|---|
| QIP-40GB | 6 | QIP040GB | 4 | XXX-XXX | BUBBLE REDUCTION/DISAPPEARANCE TEST |
| QIP-41GB | 3 | QIP041GB | 2 | XXX-XXX | GLASS BULB LIQUID BATH TESTING |
| QIP-42GB | 11 | QIP042GB | 6 | XXX-XXX | FRAME LOAD TESTING |
| QIP-43GB | 6 | QIP043GB | 3 | XXX-XXX | RECEIVING INSPECTION 3 AND 5MM BULBS |
| QIP-44GB | 0 | QIP044GB | 2 | XXX-XXX | SADDLE LIFT TESTING |
| QIP-45GB | 5 | QIP045GB | 5 | XXX-XXX | SUB-ASSY./FINAL ASSY. OF COMPONENT ITEMS |
| QIP-46GB | 0 | QIP046GB | 0 | XXX-XXX | LODGEMENT (AGENCY) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

CONFIDENTIAL
CSC-0031265



# EXHIBIT / ATTACHMENT

## 6

(To be scanned in place of tab)



# Installation of Sprinkler Systems

NFPA 13
1999 Edition




**National Fire Protection Association**
An International Codes and Standards Organization
NFPA

### 3-2.6 Special Coatings.

**3-2.6.1\*** Listed corrosion-resistant sprinklers shall be installed in locations where chemicals, moisture, or other corrosive vapors sufficient to cause corrosion of such devices exist.

**3-2.6.2\*** Corrosion-resistant coatings shall be applied only by the manufacturer of the sprinkler.

*Exception: Any damage to the protective coating occurring at the time of installation shall be repaired at once using only the coating of the manufacturer of the sprinkler in the approved manner so that no part of the sprinkler will be exposed after installation has been completed.*

**3-2.6.3\*** Unless applied by the manufacturer, sprinklers shall not be painted, and any sprinklers that have been painted shall be replaced with new listed sprinklers of the same characteristics, including orifice size, thermal response, and water distribution.

*Exception: Factory-applied paint or coating to sprinkler frames in accordance with 3-2.5.1 shall be permitted.*

**3-2.6.4** Ornamental finishes shall not be applied to sprinklers by anyone other than the sprinkler manufacturer, and only sprinklers listed with such finishes shall be used.

**3-2.6.5** Sprinklers protecting spray areas and mixing rooms in resin application areas shall be protected against overspray residue so that they will operate quickly in the event of fire. If covered, cellophane bags having a thickness of 0.003 in. (0.076 mm) or less or thin paper bags shall be used. Coverings shall be replaced frequently so that heavy deposits of residue do not accumulate. Sprinklers that have been painted or coated, except by the sprinkler manufacturer, shall be replaced with new listed sprinklers having the same characteristics.

### 3-2.7 Escutcheon Plates.

**3-2.7.1** Nonmetallic escutcheon plates shall be listed.

 **3-2.7.2\*** Escutcheon plates used with a recessed or flush-type sprinkler shall be part of a listed sprinkler assembly.

**3-2.8\* Guards and Shields** Sprinklers subject to mechanical injury shall be protected with listed guards.

### 3-2.9 Stock of Spare Sprinklers.

**3-2.9.1** A supply of spare sprinklers (never fewer than six) shall be maintained on the premises so that any sprinklers that have operated or been damaged in any way can be promptly replaced. These sprinklers shall correspond to the types and temperature ratings of the sprinklers in the property. The sprinklers shall be kept in a cabinet located where the temperature to which they are subjected will at no time exceed 100°F (38°C).

**3-2.9.2** A special sprinkler wrench shall also be provided and kept in the cabinet to be used in the removal and installation of sprinklers.

**3-2.9.3** The stock of spare sprinklers shall include all types and ratings installed and shall be as follows:

(1) For systems having less than 300 sprinklers, not fewer than six sprinklers

(2) For systems with 300 to 1000 sprinklers, not fewer than 12 sprinklers

(3) For systems with over 1000 sprinklers, not fewer than 24 sprinklers

### 3-3 Aboveground Pipe and Tube.

**3-3.1** Pipe or tube shall meet or exceed one of the standards in Table 3-3.1 or be in accordance with 3-3.5. In addition, steel pipe shall be in accordance with 3-3.2 and 3-3.3, copper tube shall be in accordance with 3-3.4, and chlorinated polyvinyl chloride (CPVC) and polybutylene pipe shall be in accordance with 3-3.5 and with the portions of the ASTM standards specified in Table 3-3.5 that apply to fire protection service.

**Table 3-3.1 Pipe or Tube Materials and Dimensions**

| Materials and Dimensions | Standard |
| --- | --- |
| Ferrous Piping (Welded and Seamless) | |
| Specification for Black and Hot-Dipped Zinc-Coated (Galvanized) Welded and Seamless Steel Pipe for Fire Protection Use | ASTM A 795 |
| Specification for Welded and Seamless Steel Pipe | ANSI/ASTM A 53 |
| Wrought Steel Pipe | ANSI B36.10M |
| Specification for Electric-Resistance-Welded Steel Pipe | ASTM A 135 |
| Copper Tube (Drawn, Seamless) | |
| Specification for Seamless Copper Tube | ASTM B 75 |
| Specification for Seamless Copper Water Tube | ASTM B 88 |
| Specification for General Requirements for Wrought Seamless Copper and Copper-Alloy Tube | ASTM B 251 |
| Fluxes for Soldering Applications of Copper and Copper-Alloy Tube | ASTM B 813 |
| Brazing Filler Metal (Classification BCuP-3 or BCuP-4) | AWS A5.8 |
| Solder Metal, 95-5 (Tin-Antimony-Grade 95TA) | ASTM B 32 |
| Alloy Materials | ASTM B 446 |

**3-3.2\*** When steel pipe listed in Table 3-3.1 is used and joined by welding as referenced in 3-6.2 or by roll-grooved pipe and fittings as referenced in 3-6.3, the minimum nominal wall thickness for pressures up to 300 psi (20.7 bar) shall be in accordance with Schedule 10 for pipe sizes up to 5 in. (127 mm), 0.134 in. (3.40 mm) for 6-in. (152-mm) pipe, and 0.188 in. (4.78 mm) for 8- and 10-in. (203- and 254-mm) pipe.

*Exception: Pressure limitations and wall thickness for steel pipe listed in accordance with 3-3.5 shall be in accordance with the listing requirements.*

**3-3.3** When steel pipe listed in Table 3-3.1 is joined by threaded fittings referenced in 3-6.1 or by fittings used with pipe having

**Figure 10-1(b)** *(Continued)*

| Hydrostatic test | All new underground piping hydrostatically tested at <br> _____ psi      for      _____ hours | Joints covered <br> ☐ Yes  ☐ No |
|---|---|---|
| Leakage test | Total amount of leakage measured <br> _____ gallons _____ hours <br> Allowable leakage <br> _____ gallons _____ hours | |
| Hydrants | Number installed        Type and make | All operate satisfactorily <br> ☐ Yes  ☐ No |
| Control valves | Water control valves left wide open <br> If no, state reason | ☐ Yes  ☐ No |
| | Hose threads of fire department connections and hydrants interchangeable with those of fire department answering alarm | ☐ Yes  ☐ No |
| Remarks | Date left in service | |
| Signatures | Name of installing contractor <br><br> **Tests witnessed by** <br> For property owner (signed)        Title        Date <br> For installing contractor (signed)        Title        Date | |
| Additional explanation and notes | | |

## 10-2  Acceptance Requirements.

**10-2.1\*  Flushing of Piping.**  Fire service mains (from the water supply to the system riser) and lead-in connections to system risers shall be completely flushed before connection is made to sprinkler piping. The flushing operation shall be continued for a sufficient time to ensure thorough cleaning. The minimum rate of flow shall be not less than one of the following:

(1) The hydraulically calculated water demand rate of the system including any hose requirements

(2) That flow necessary to provide a velocity of 10 ft/sec (3.1 m/sec) *[see Table 10-2.1(2)]*

(3) The maximum flow rate available to the system under fire conditions

## 10-2.2  Hydrostatic Tests.



**10-2.2.1\***  All piping and attached appurtenances subjected to system working pressure shall be hydrostatically tested at 200 psi (13.8 bar) and shall maintain that pressure without loss for 2 hours. Loss shall be determined by a drop in gauge pressure or visual leakage. The test pressure shall be read from a gauge located at the low elevation point of the system or portion being tested.

*Exception No. 1: Portions of systems normally subjected to system working pressures in excess of 150 psi (10.4 bar) shall be tested as de-*

*scribed in 10-2.2.1 at a pressure of 50 psi (3.5 bar) in excess of system working pressure.*

*Exception No. 2: Where cold weather will not permit testing with water, an interim air test shall be permitted to be conducted as described in 10-2.3.*

*Exception No. 3: Modifications affecting 20 or fewer sprinklers shall not require testing in excess of system working pressure.*

*Exception No. 4: Where addition or modification is made to an existing system affecting more than 20 sprinklers, the new portion shall be isolated and tested at not less than 200 psi (13.8 bar) for 2 hours.*

*Exception No. 5: Modifications that cannot be isolated, such as relocated drops, shall not require testing in excess of system working pressure.*

*Exception No. 6: In buried pipe, leakage shall be permitted as follows:*

*(a)\* The amount of leakage at the joints shall not exceed 2 qt/hr (1.89 L/hr) per 100 gaskets or joints, irrespective of pipe diameter.*

*(b)\* The amount of allowable leakage specified in item (a) of this exception shall be permitted to be increased by 1 fluid ounce (30 ml) per inch valve diameter per hour for each metal seated valve isolating the test section.*

*(c) If dry barrel hydrants are tested with the main valve open so the hydrants are under pressure, an additional 5 oz/min (150 ml/min) of leakage shall be permitted for each hydrant.*

*(d) The amount of leakage in buried piping shall be measured at the specified test pressure by pumping from a calibrated container.*