```
                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF GEORGIA
                       ATLANTA DIVISION
                civil action no. 1:03-CV-0668 GET
```

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
DEC 2 3 2003
LUTHER D. THOMAS, Clerk
By: [signature] Deputy Clerk

GOODY'S FAMILY CLOTHING, )
INC.,                    )
              PLAINTIFF  )   DEPOSITION OF
                         )   T. STEVEN WRIGHT
vs.                      )
                         )
CENTRAL SPRINKLER COMPANY)
A/K/A TYCO FIRE PRODUCTS,)
LP AND LIFE SAFETY, INC.,)
                         )
              DEFENDANT  )

      The deposition of T. STEVEN WRIGHT was taken upon oral examination, to be used for all purposes pursuant to the Federal Rules of Civil Procedure before Martha L. Crutcher, Registered Professional Reporter and Notary Public, State of Kentucky at Large, at Crutcher-Prather Court Reporting, 128 South Keeneland, Richmond, Kentucky. The deposition was taken October 14, 2003, commencing at the hour of 10:30 a.m.

\*\*\*\*\*\*

MARTHA L. CRUTCHER, RPR
REGISTERED PROFESSIONAL REPORTER
P. O. BOX 63
RICHMOND, KENTUCKY 40476
(859) 623-3695

ORIGINAL

24