UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION



FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 23 2003

LUTHER D. _____, Clerk
By: _____, Deputy Clerk

# ORIGINAL

GOODY'S FAMILY CLOTHING, INC.

    Plaintiff,

vs.

CENTRAL SPRINKLER COMPANY
a/k/a TYCO FIRE PRODUCTS, LP
and LIFE SAFETY, INC.,

    Defendants.

C.A. File
1:03-CV-0668 GET

---

DEPOSITION OF HAROLD E. FRANCK

---

FRIDAY, OCTOBER 10, 2003

---

ADVANCED ENGINEERING ASSOCIATES
4713 MACCORKLE AVENUE, SE
CHARLESTON, WEST VIRGINIA

10:22 A.M.

Tapes of this proceeding will be erased in six months unless further notified.

**DISK ENCLOSED**

GARRETT REPORTING SERVICE
"PROFESSIONAL STENOMASK FOR THE RECORD"

POST OFFICE BOX 20200, CHARLESTON WEST VIRGINIA 25362 • (304) 346-0460 FAX (304) 757-7425